AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| PALOMA GAOS   ADR | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. |
| GOOGLE INC. | ) ) | |
| _Defendant_ | ) | E-filing   C V. 1 0 - 0 4 8 0 9 JW |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Google, Inc.
1600 Amphitheater Parkway
Mountain View, California 94043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kassra P. Nassiri,
Nassiri & Jung LLP, 47 Kearny Street, Suite 700, San Francisco, California, 94108
(415) 762-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: ___OCT 2 5 2010___

_____Tiffany Salinas-Harwell_____
_Signature of Clerk or Deputy Clerk_