**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Case No. _____

**STANDING ORDER REGARDING
CASE MANAGEMENT IN CIVIL CASES**

This order sets forth requirements for initial case management in all civil matters assigned to District Judges James Ware, Ronald M. Whyte, Jeremy Fogel and Lucy H. Koh, and Magistrate Judges Patricia V. Trumbull and Howard R. Lloyd.  All papers filed must include the case number of the action followed by the initials of the assigned district judge or magistrate judge and, if applicable, the initials of the magistrate judge to whom the action is referred for discovery or other pretrial activity.

Plaintiff shall serve a copy of this Standing Order on all parties to this action and on all parties subsequently joined, in accordance with Fed.R.Civ.P. 4 and 5.  Following service, plaintiff shall file a certificate of service in accordance with Civil L.R. 5-6(a).

All disclosure or discovery disputes in cases assigned to district judges are referred to the assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a).  Magistrate judges themselves handle disclosure and discovery disputes in the cases assigned to them.

Before selecting a hearing date for a motion before any of the judges of the San Jose Division, counsel must confer with opposing counsel to determine that the proposed hearing date will not cause undue prejudice.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Ware may be noticed for hearing on any Monday at 9:00 a.m.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Whyte may be noticed for hearing on any Friday at 9:00 a.m.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Fogel may be noticed for hearing only after contacting Judge Fogel's Administrative Law Clerk, Christian Delaney, at

1    408-535-5426 and obtaining an available date.

2        Civil motions under Civil L.R. 7-2 in cases assigned to Judge Koh may be noticed for
3    hearing only after contacting Judge Koh's Courtroom Deputy, Martha Parker Brown, at 408-535-
4    5346 and obtaining an available date.

5        Civil motions under Civil L.R. 7-2 in cases assigned to Magistrate Judge Trumbull may be
6    noticed for hearing on any Tuesday at 10:00 a.m.

7        Civil motions under Civil L.R. 7-2 in cases assigned to Judge Lloyd may be noticed for
8    hearing on any Tuesday at 10:00 a.m.

9        Pursuant to Fed.R.Civ.P. 16 and 26 and Civil L.R. 16-10(a), a Case Management
10   Conference will be held on _____ at
11   _____, at the United States Courthouse, 280 South First Street, San
12   Jose, CA. This conference may be continued only by court order pursuant to Civil L.R. 16-2(e).
13   Parties may not stipulate to continue a Case Management Conference without court approval.

14       Pursuant to Civil L.R. 16-3, in advance of the Case Management Conference, counsel shall
15   confer with their respective clients and opposing counsel for the purposes specified in Fed.R.Civ.P.
16   26(f), Civil L.R. 16-8 and 16-9, and in patent cases, Patent L.R. 3-1 through 3-6. A meaningful meet
17   and confer process prior to the Case Management Conference and good faith compliance with the
18   requirements of this Order are essential elements of effective case management. Failure to meet and
19   confer, to be prepared for the Case Management Conference or to file a Joint Case Management
20   Conference Statement may result in sanctions. Parties may, but are not required, to attend the Case
21   Management Conference.

22       In all "E-Filing" cases when filing papers in connection with any motion for determination
23   by a judge, the parties shall, in addition to filing papers electronically, lodge with chambers a printed
24   copy of the papers by the close of the next court day following the day the papers are filed
25   electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the
26   Clerk's Office, in an envelope clearly marked with the Judge's name, case number, and "E-filing
27   Chambers Copy". Parties shall not file a paper copy of any document with the Clerk's Office that
28

United States District Court
For the Northern District of California

has already been filed electronically.

**IT IS SO ORDERED.**

Dated: July 30, 2010

                                           _____
                                         James Ware
                                         United States District Judge

                                           _____
                                         Ronald M. Whyte
                                         United States District Judge

                                           _____
                                         Jeremy Fogel
                                         United States District Judge

                                           _____
                                         Lucy H. Koh
                                         United States District Judge

                                           _____
                                         Patricia V. Trumbull
                                         Unites States Magistrate Judge

                                           _____
                                         Howard R. Lloyd
                                         United States Magistrate Judge