1  RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center, 28th Floor
   San Francisco, CA  94111-3823
3  Telephone:     (415) 984-8700
   Facsimile:     (415) 984-8701
4
   Attorneys for Defendant
5  Google Inc.

*IT IS SO ORDERED*
*Judge James Ware*
11/19/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PALOMA GAOS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>Defendant. | Case No.  5:10-cv-04809-JW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Date Filed:  October 25, 2010 |

1   Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate that
2   Defendant Google Inc. shall have until December 17, 2010, to respond to the complaint filed by
3   Plaintiff Paloma Gaos on October 25, 2010, which was served on October 26, 2010.  The
4   stipulated extension of time will not affect the date of any event or deadline already fixed by
5   Court order in the case.

7   Dated:  November 15, 2010          O'MELVENY & MYERS LLP

9                                      By:      */s/ Randall W. Edwards*
                                            Randall W. Edwards
10                                          Attorneys for Defendant
                                            Google Inc.

12  Dated:  November 15, 2010          NASSIRI & JUNG LLP

14                                     By:      */s/ Kassra P. Nassiri*
                                            Kassra P. Nassiri
15                                          Attorneys for Plaintiff
                                            Paloma Gaos

17
18  Filer's Attestation:  In compliance with General Order 45(X)(B), I hereby attest that concurrence
    in the filing of this Stipulation has been obtained from Kassra P. Nassiri.
19

20  Dated:  November 15, 2010          O'MELVENY & MYERS LLP

22                                     By:      */s/ Randall W. Edwards*
                                            Randall W. Edwards
23                                          Attorneys for Defendant
                                            Google Inc.