1  RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center, 28th Floor
   San Francisco, CA  94111-3823
3  Telephone:     (415) 984-8700
   Facsimile:     (415) 984-8701
4
   Attorneys for Defendant
5  Google Inc.

*IT IS SO ORDERED*
*Judge James Ware*
12/13/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PALOMA GAOS, an individual, on behalf of herself and all others similarly situated, | Case No.  5:10-cv-04809-JW |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | Date Filed:  October 25, 2010 |
| GOOGLE INC., a Delaware Corporation, | |
| Defendant. | |

1 | Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate that Defendant Google Inc. shall have until January 27, 2011 to respond to the complaint filed by Plaintiff Paloma Gaos on October 25, 2010, which was served on October 26, 2010.  The parties previously had agreed to an extension until December 17 for Google to respond.  The further stipulated extension is to allow the parties to further discuss the case and is not made for purposes of improper delay.

The stipulated extension of time will not affect the date of any event or deadline already fixed by Court order in the case.

Dated: December 10, 2010            O'MELVENY & MYERS LLP


By:_____/s/ *Randall W. Edwards*_____
        Randall W. Edwards
Attorneys for Defendant
Google Inc.

Dated: December 10, 2010            NASSIRI & JUNG LLP
                                    EDELSON MCGUIRE LLC


By:_____/s/ *Kassra P. Nassiri*_____
        Kassra P. Nassiri
Attorneys for Plaintiff
Paloma Gaos

Filer's Attestation:  In compliance with General Order 45(X)(B), I hereby attest that concurrence in the filing of this Stipulation has been obtained from Kassra P. Nassiri.

Dated: December 10, 2010            O'MELVENY & MYERS LLP


By:_____/s/ *Randall W. Edwards*_____
        Randall W. Edwards
Attorneys for Defendant
Google Inc.