1  RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
   JEAN B. NIEHAUS (S.B. #254891) jniehaus@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA  94111-3823
   Telephone:      (415) 984-8700
4  Facsimile:      (415) 984-8701

5  Attorneys for Defendant
   Google Inc.

**IT IS SO ORDERED**
Judge James Ware
1/31/2011

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

11 | PALOMA GAOS, an individual, on behalf       | Case No.  5:10-cv-04809-JW
   | of herself and all others similarly situated,|
12 |                                              | **STIPULATION EXTENDING TIME TO**
   |              Plaintiff,                      | **RESPOND TO COMPLAINT**
13 |                                              |
   |         v.                                   | Date Filed:  October 25, 2010
14 |                                              |
   | GOOGLE INC., a Delaware Corporation,         |
15 |                                              |
   |              Defendant.                      |

STIPULATION EXTENDING TIME
5:10-CV-04809-JW

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate that Defendant
2  Google Inc. shall have until February 10, 2011 to respond to the complaint filed by Plaintiff
3  Paloma Gaos on October 25, 2010, which was served on October 26, 2010.  The parties
4  previously had agreed to an extension until January 27, 2011 for Google to respond, in order to
5  allow the parties to further discuss the case.  The further stipulated extension is to allow the
6  parties to continue to discuss the case and is not made for purposes of improper delay.

7  The stipulated extension of time will not affect the date of any event or deadline already
8  fixed by Court order in the case.

10  Dated: January 26, 2011                    O'MELVENY & MYERS LLP

12                                              By:      */s/ Randall W. Edwards*
13                                                       Randall W. Edwards
                                                         Attorneys for Defendant
14                                                       Google Inc.

15  Dated: January 26, 2011                    NASSIRI & JUNG LLP
                                                EDELSON MCGUIRE LLC
16

18                                              By:      */s/ Kassra P. Nassiri*
                                                         Kassra P. Nassiri
19                                                       Attorneys for Plaintiff
                                                         Paloma Gaos

21  Filer's Attestation:  In compliance with General Order 45(X)(B), I hereby attest that concurrence
22  in the filing of this Stipulation has been obtained from Kassra P. Nassiri.

24  Dated: January 26, 2011                    O'MELVENY & MYERS LLP

26                                              By:      */s/ Randall W. Edwards*
                                                         Randall W. Edwards
27                                                       Attorneys for Defendant
                                                         Google Inc.

- 2 -                                 STIPULATION EXTENDING TIME
                                       5:10-CV-04809-JW