IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PALOMA GAOS,

        Plaintiff,

v.

GOOGLE INC,

        Defendant.

CASE NO. 5:10-CV-04809-EJD

~~[Proposed]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Bradley M. Baglien, whose business address and telephone number is Edelson McGuire, LLC, 350 North LaSalle, Suite 1300, Chicago, IL 60654 (312) 589-6370 and who is an active member in good standing of the bar of the Supreme Court of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: September 19, 2011



Hon. Edward J. Davila
United States District Judge