KASSRA P. NASSIRI (215405)
(knassiri@nassiri-jung.com)
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

MICHAEL J. ASCHENBRENER
(mja@aschenbrenerlaw.com) (277114)
ASCHENBRENER LAW, P.C.
795 Folsom Street, First Floor
San Francisco, CA 94107
Telephone: (415) 813-6245
Facsimile: (415) 813-6246

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION | Case No. 5:10-cv-04809-EJD <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | **SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: August 23, 2013 <br> Time: 9:00 a.m. <br> Place: Courtroom 1, 5th Floor <br> Judge: Hon. Edward J. Davila |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted to practice in the States of California, Illinois, and Minnesota, and represent Plaintiffs in the above-titled action. I am over the age of eighteen and am fully competent to make this declaration. This declaration is based upon my personal knowledge, except where expressly noted otherwise.

2. One of the seven proposed Cy Pres Recipients, the MacArthur Foundation, has withdrawn from consideration for receiving Cy Pres funds. As a result, the remaining six proposed Cy Pres Recipients are: World Privacy Foundation; Carnegie-Mellon; Chicago-Kent College of Law Center for Internet, Society & Policy; Berkman Center for Internet and Society at Harvard University; Stanford Center for Internet and Society; and, AARP, Inc.

3. Plaintiffs' counsel are in the process of obtaining comprehensive and detailed proposals from the remaining six proposed Cy Pres Recipients for what each Recipient would do with the Cy Pres Funds.

4. Plaintiffs will be able to post to the Settlement Website the proposed Cy Pres Recipients and the amounts for each Recipient within the time set forth in the proposed settlement schedule appended to Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement.

5. Plaintiffs further wish to supplement the proposed notice plan by advising the Court as to the maximum amounts of attorneys' fees and expenses that Plaintiffs may request.

6. Concerning attorneys' expenses, Plaintiffs hereby advise the Court that they may request up to $30,000 for expenses.

7. Concerning attorneys' fees, Plaintiffs hereby advise the Court that they may request up to 25% or $2.125 million of the Settlement Fund.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2013   ASCHENBRENER LAW, P.C.

s/ Michael J. Aschenbrener
Michael J. Aschenbrener

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on August 21, 2013, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: August 21, 2013        ASCHENBRENER LAW, P.C.


                              By: s/ Michael Aschenbrener
                              Michael Aschenbrener