UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 1 hr, 5 mins

CIVIL MINUTES

| | |
|---|---|
| Judge: Edward J. Davila | Courtroom Deputy: Elizabeth Garcia |
| Date: August 23, 2013 | Court Reporter: Irene Rodriguez |
| Case No.: C-10-04809 EJD | Special Master: N/A |
| Related Case No.: N/A | Interpreter: N/A |

CASE TITLE

In re Google Referrer Header Privacy Litigation

APPEARANCES

Attorney(s) for Plaintiff(s): Kassra Nassiri, Ilan Chorowsky, Michael Aschenbrener
Attorney(s) for Defendant(s): Edward Johnson, Randall Edwards

PROCEEDINGS

Motion for Preliminary Approval of Settlement (Doc. 52)

ORDER AFTER HEARING

Hearing held. The Court requested revised proposed order and forms submitted by September 6, 2013. The matter will be submitted on September 6, 2013.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: