1  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, California  94111-3823
   Telephone:   (415) 984-8700
4  Facsimile:    (415) 984-8701

5  EDWARD D. JOHNSON (S.B. #189475)
   wjohnson@mayerbrown.com
6  ERIC B. EVANS (S.B. #232476)
   eevans@mayerbrown.com
7  Two Palo Alto Square, Suite 300
   El Camino Real
8  Palo Alto, CA 94306-2112
   Telephone:   (650) 331-2000
9  Facsimile:    (650) 331-2060

10 Attorneys for Defendant
   Google Inc.
11

12                  **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN JOSE DIVISION**

15

16 | In re GOOGLE REFERRER HEADER | Case No. 5:10-cv-04809-EJD |
   | PRIVACY LITIGATION | |
17 | | CLASS ACTION |
18 | _____ | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF DEADLINE TO FILE SUPPLEMENTAL MATERIALS** |
19 | This Document Relates To: All Actions | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING STIPULATED EXTENSION**

Having considered the parties' Stipulated Request for Extension of Deadline to File Supplemental Materials, and for good cause shown,

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the deadline to file the supplemental information requested at the August 23, 2013 Preliminary Approval Hearing is extended until September 13, 2013.

Dated: ___9/10_____, 2013         _____
                                    Hon. Edward J. Davila
                                    United States District Court