# epic.org

**ELECTRONIC PRIVACY INFORMATION CENTER**

**Filed**

SEP 1 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

August 30, 2013

Clerk of the United States District Court for the Northern District of California
San Jose Courthouse, Courtroom 4 - 5th Floor
280 South 1st Street
San Jose, CA 95113

Attention: The Honorable Edward J. Davila

1718 Connecticut Ave NW

Suite 200

Washington DC 20009

USA

+1 202 483 1140 [tel]

+1 202 483 1248 [fax]

www.epic.org

Re:   **In re Google Referrer Header Privacy Litigation, No. 10-4809**

Dear Judge Davila:

We are writing to correct an error in our August 30, 2013 letter to you regarding *In re Google Referrer Header Privacy Litigation*. In footnote 15 on page 7, we erroneously stated that approximately $100,000 would be received by the class. This number was based on 7,000 class members each receiving the $15 award. In fact, about 600,000 class members filed claims, producing a total payment of $9.2 million. We apologize for this error, which resulted from a calculation based on the number of class members who had opted out and not the number of class members who applied for settlement funds.

At the same time, the fact that the revised settlement provided that almost half the settlement fund would go directly to class members strengthens the argument of Consumer Privacy Groups that the *Fraley* settlement benefitted from Judge Seeborg's substantial review.

Respectfully,

/s/ Marc Rotenberg
Marc Rotenberg, Executive Director
Electronic Privacy Information Center
(EPIC)

cc:
Judge Richard Seeborg
Michael James Aschenbrener,
Ilan Chorowsky
Kassra Powell Nassiri