KASSRA P. NASSIRI (215405)
(knassiri@nassiri-jung.com)
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

MICHAEL J. ASCHENBRENER
(mja@aschenbrenerlaw.com) (277114)
ASCHENBRENER LAW, P.C.
795 Folsom Street, First Floor
San Francisco, CA 94107
Telephone: (415) 813-6245
Facsimile:  (415) 813-6246

Attorneys for Plaintiffs and the Settlement Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION | Case No. 5:10-cv-04809-EJD |
| | CLASS ACTION |
| This Document Relates To: All Actions | **JOINT STATUS REPORT** |

The Parties submit the following joint status report:

## I. THE CLASS ADMINISTRATOR TIMELY IMPLEMENTED THE NOTICE PLAN

On March 26, 2014, this Court issued its Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Order"). (Dkt. 63.) The Order requires that the Class Administrator implement the Notice Plan, including the Settlement Website and Publication Plan, no later than thirty days after entry of the Preliminary Approval Order. (Order at 14.) Accordingly, on April 25, 2014, the Class Administrator launched the fully-operational settlement website ([www.googlesearchsettlement.com](www.googlesearchsettlement.com)), launched the toll-free telephone number (855-332-3405) where class members can obtain additional information and request a class notice, issued a press release, and implemented the publication notice plan. (Declaration of Kassra P. Nassiri, ¶ 2.)

## II. GOOGLE'S DISCLOSURES HAVE BEEN UPDATED TO REFLECT RECENT CHANGES IN GOOGLE'S SEARCH SERVICES

Section 3.1 of the proposed Settlement Agreement and Release (Dkt. 52-3, "Settlement Agreement") concerns Google's disclosures of how it handles search queries. Section 3.1 further provides the following:

> If a subsequent change to Google's services renders the Agreed-Upon Disclosures inaccurate, Google may make future changes to its disclosures to ensure continued accuracy. Likewise, Google may change the form or placement of the disclosures as part of future changes to its privacy policies, provided that the substance remains substantially the same and that it is incorporated into the applicable terms of the service of privacy policy and is reasonably accessible to the user.

The Parties negotiated and attached to the Settlement Agreement specific disclosure language that was based on Google's search services at the time. (Exhibit A to the Settlement Agreement.) The settlement did not require Google to implement the exact disclosure attached at Exhibit A, but to make a "disclosure in substantially the same content and form" as that contained in Exhibit A. (*Id.*) The disclosure in Exhibit A states:

> **Are my search queries sent to websites when I click on Google Search results?**
>
> In some cases, yes. When you click on a search result in Google Search, your web browser also may send the Internet address, or URL, of the search results page to the destination webpage as the HTTP Referrer [preceding term will be a hyperlink to the Key Terms page, located at https://www.google.comlintl/en/policies/privacy/key-terms/]. The URL of the search results page will sometimes contain the search query you entered. If you are using SSL Search (Google's encrypted search functionality) or if you are logged in to your Google Account, under most circumstances your search terms will not be sent as part of the URL in the HTTP Referrer. There are some exceptions to this behavior. For example, if you click on an ad appearing on the search results page, your browser will continue to send the search terms in the HTTP Referrer to help advertisers to improve the relevancy of the ads they present to you. More information on SSL Search can be found here [preceding term will be a hyperlink to: http://support.google.com/websearch/bin/answer.py?hl=en&answer= 173733]. Google may provide Google Analytics users with the search query or with the information contained in the HTTP Referrer.

In April 2014, prior to Google's implementation of any disclosure under the Settlement Agreement, Google made changes to its search services which, in turn, changed how referrer headers are handled. As a result, Google revised its disclosure, pursuant to Section 3.1 of the Settlement Agreement, to reflect the changes to its search service. The revised disclosure, which is now incorporated on Google's website per the Settlement Agreement, and which is linked to the settlement website (http://www.googlesearchsettlement.com/hc/en-us/articles/201921810-Where-can-I-get-more-information-about-referrer-headers-and-or-how-Google-handles-your-search-queries-), reads as follows:

> **Are my search queries sent to websites when I click on Google Search results?**
>
> In some cases, yes. When you click on a search result in Google Search, your web browser also may send the Internet address, or URL, of the search results page to the destination webpage as the HTTP Referrer. The URL of the search results page may sometimes contain the search query you entered. If you are using SSL Search (Google's encrypted search functionality), under most circumstances, your search terms will not be sent as part of the URL in the HTTP Referrer. There are some exceptions to this behavior, such as if you are using some less popular browsers. More information on SSL Search can be found here. Search queries or information contained in the HTTP Referrer may be

>       available via Google Analytics or an application programming
>       interface (API). In addition, advertisers may receive information
>       relating to the exact keywords that triggered an ad click.

(Declaration of Randall W. Edwards, ¶ 2.)

### III. THE PARTIES AGREED ON NON-SUBSTANTIVE CHANGES TO THE CLASS NOTICE TO REFLECT THE NEW LOCATION OF GOOGLE'S WEB HISTORY DISCLOSURES ON GOOGLE'S WEBSITE

Also in April 2014, Google reorganized its website and changed the location of its Web History disclosures.  Google no longer maintains a separate webpage titled "Privacy FAQ for Google Web History."  Accordingly, the disclosure language for Web History was moved to the webpage https://support.google.com/accounts/answer/54068?hl=en, titled "About Web History."  The content of the disclosure language is substantially the same as the disclosure language attached to the Settlement Agreement.  (Edwards Decl. ¶ 3.)

Accordingly, the Parties agreed to update the Class Notice to include the new Web History URL and reflect the organizational change of Google's webpages.  A copy of the revised Class Notice that was published by the Class Administrator is attached as Exhibit A to the Nassiri Declaration.  These changes to the Class Notice are highlighted for the Court's convenience.  The settlement website also contains a direct link to Google's Web History disclosure. (http://www.googlesearchsettlement.com/hc/en-us/articles/201921810-Where-can-I-get-more-information-about-referrer-headers-and-or-how-Google-handles-your-search-queries- .)

|  | Respectfully submitted, |
|---|---|
| Dated: May 2, 2014 | NASSIRI & JUNG LLP |
|  | /s/ Kassra P. Nassiri<br>Kassra P. Nassiri<br>*Counsel for Plaintiffs Gaos & Italiano* |

| | | |
|---|---|---|
| Dated: May 2, 2014 | | ASCHENBRENER LAW, P.C. |

/s/ Michael Aschenbrener
Michael Aschenbrener
*Counsel for Plaintiffs Gaos & Italiano*

Dated: May 2, 2014                                  O'MELVENY & MYERS LLP

/s/ Randall W. Edwards
Randall W. Edwards
*Counsel for Defendant Google in Gaos*

Dated: May 2, 2014                                  MAYER BROWN LLP

/s/ Edward D. Johnson
Edward D. Johnson
*Counsel for Defendant Google in Priyev*

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Joint Status Report.

Dated: May 2, 2014                               NASSIRI & JUNG LLP

<u>/s/ Kassra P. Nassiri</u>
Kassra P. Nassiri
*Counsel for Plaintiffs Gaos & Italiano*