Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW
No. 236
Washington, DC 20036
Voice: (703) 203-3848
Email: tfrank@gmail.com

*Attorneys for Objectors Theodore H. Frank and Melissa Holyoak*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION | Case No. 5:10-cv-04809-EJD |
| | **DECLARATION OF MELISSA HOLYOAK** |
| THEODORE H. FRANK and MELISSA A. HOLYOAK | Date:       August 29, 2014<br>Time:       9:00 a.m.<br>Courtroom:  4<br>Judge:       Hon. Edward J. Davila |
| Objectors. | |

Case No: 5:10-cv-04809 EJD
DECLARATION OF MELISSA HOLYOAK

I, Melissa A. Holyoak, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. My mailing address is 1718 M Street NW, #236, Washington, DC 20036. My telephone number is (573) 823-5377. My email address is melissaholyoak@gmail.com.

3. I am a United States resident who has submitted a search query to Google on hundreds or thousands of occasions since October 25, 2006.

4. I am thus a member of the proposed settlement class with standing to object. *See* Fed. R. Civ. P. 23(e)(5).

5. I have an email account through Google's Gmail service. Nonetheless, I did not receive any direct notice of the settlement in this case, even though the defendant undoubtedly possesses my contact information in its records.

6. I bring this objection in good faith to prevent approval of an unfair settlement and ratification of an improper certification. I am a senior attorney with the Center for Class Action Fairness ("Center"). Because the Center is non-profit, it cannot and does not settle its objections for a *quid pro quo* cash payment to withdraw, as many professional objectors do. I am willing to stipulate to an injunction forbidding me from settling my objection for personal financial gain. *See* Brian T. Fitzpatrick, *The End of Objector Blackmail?*, 62 VAND. L. REV. 1623 (2009) (suggesting inalienability of objections as solution to objector blackmail problem).

7. The specific grounds of my objection are identified in my contemporaneously-filed objection.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2014 in Salt Lake City, Utah.

_____
Melissa A. Holyoak

Case No: 5:10-cv-04809 EJD                                                                                      2
DECLARATION OF MELISSA HOLYOAK