# Exhibit B

Nassiri Declaration

KASSRA P. NASSIRI (215405)
(knassiri@nassiri-jung.com)
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

MICHAEL J. ASCHENBRENER
(mja@aschenbrenerlaw.com) (277114)
ASCHENBRENER LAW, P.C.
795 Folsom Street, First Floor
San Francisco, CA 94107
Telephone: (415) 813-6245
Facsimile:  (415) 813-6246

ILAN CHOROWSKY (Admitted Pro Hac Vice)
(ilan@progressivelaw.com)
PROGRESSIVE LAW GROUP, LLC
1 N LaSalle Street, Suite 2255
Chicago, IL 60602
Telephone: (312) 787-2717
Facsimile: (888) 574-9038

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION<br><br>This Document Relates To: All Actions | Case No. 5:10-cv-04809-EJD<br><br>CLASS ACTION<br><br>**DECLARATION OF KASSRA P. NASSIRI IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR FEES AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     August 29, 2014<br>Time:    9:00 a.m.<br>Place:    Courtroom 4, 5th Floor<br>Judge:   Hon. Edward J. Davila |

Pursuant to 28 U.S.C. § 1746, I, Kassra P. Nassiri, hereby declare and state as follows:

1. I make this declaration of my own personal knowledge, except for those matters stated on information and belief. If called to testify, I could and would do so competently about the matters stated herein.

2. I am an attorney admitted to practice in the State of California. I am a principal in the firm Nassiri & Jung LLP and represent Plaintiffs as co-lead counsel in this matter.

3. I am a 2001 graduate of Harvard Law School, and have been a licensed attorney since that year.

4. I have no affiliation with the Berkman Center at Harvard, the Center for Internet and Society at Stanford, or the Center for Information, Society and Policy at Chicago-Kent.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2014						NASSIRI & JUNG LLP

								s/ Kassra P. Nassiri
								Kassra P. Nassiri