# Exhibit C

Class Administrator Declaration

KASSRA P. NASSIRI (215405)
knassiri@nassiri-jung.com
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

MICHAEL J. ASCHENBRENER (277114)
mja@aschenbrenerlaw.com
ASCHENBRENER LAW, P.C.
795 Folsom Street, First Floor
San Francisco, CA 94107
Telephone: (415) 813-6245
Facsimile: (415) 813-6246

ILAN CHOROWSKY (*Admitted Pro Hac Vice*)
(ilan@progressivelaw.com)
PROGRESSIVE LAW GROUP, LLC
1 N LaSalle Street, Suite 2255
Chicago, IL 60602
Tel: (312) 787-2717
Fax: (888) 574-9038

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To: All Actions | Case No. 5:10-cv-04809-EJD<br><br>**SUPPLEMENTAL DECLARATION OF RICHARD W. SIMMONS REGARDING CLASS NOTICE**<br><br>Date: August 29, 2014<br>Time: 9:00 a.m.<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

1  STATE OF MINNESOTA    )
2                       ) SS
3  COUNTY OF HENNEPIN    )
4
5  I, Richard W. Simmons, declare as follows:

6      1.   I am the President of Analytics Consulting LLC ("Analytics")[1], a firm in Chanhasssen, Minnesota, that provides consulting services relating to the design and administration of class action and mass tort litigation settlements and notice programs.

9      2.   I am responsible for designing the Notice Plan for the proposed settlement in this matter and for overseeing Analytics' execution of the Notice Plan. I am over 21 years of age, and I have personal knowledge of the facts herein and, if called as a witness, could and would testify competently thereto.

12      3.   This declaration is based on my personal knowledge, information provided by Analytics personnel, and information provided by Analytics' media partners.

14      4.   As of August 5, 2014, Plaintiffs' Motion for Fees, Costs, and Incentive Awards was available on the Settlement Website.

16      5.   Class Members with questions about the Settlement were provided with contact information to ask questions to the Class Administrator via the Settlement Website, a toll-free phone number, and a P.O. Box address.

19      6.   Our firm complied with all CAFA requirements, sending notification of this proposed settlement to the appropriate state and federal authorities on August 8, 2013. To date, no government official has raised an objection to the Settlement.

22      7.   Four objections, on behalf of five objectors, were timely filed. These five objectors include:
23          1. Kim Morrison;
24          2. David Weiner;
25          3. Theodore Frank/Melissa Holyoak; and,
26          4. Cameron Jan.

---

[1] In October 2013, Analytics Consulting LLC acquired Analytics Incorporated (d/b/a BMC Group Class Action Services ("BMC Group")). I was formerly the President/Managing Director of BMC Group. References to Analytics herein include the prior legal entities.

1

DECLARATION OF RICHARD W. SIMMONS
CASE NO. 5:10-CV-4809-EJD

8. We have received no late objections.

9. Thirteen Class Members timely excluded themselves from the Settlement. These individuals are:

1. Charles Andrew Breiterman, New York, NY, cbreiterman@gmail.com
2. Richard Wilbourn, Madison, MS, rwilbournIII@yahoo.com
3. Kojack Davis, Gretna, LA, kdavizoo@me.com
4. Elliott Walters, Pittsburgh, PA, elliottmwalters@gmail.com
5. Zoe Carpenter, Germantown, MD, z03carpenter@gmail.com
6. Charles A. Templeton III, Garland, TX, ctempleton3@gmail.com
7. Brittany Knapp, Bowie, MD, knapptime1@aim.com
8. Justin Chang, Sunnyvale, CA, justchang@gmail.com
9. Timothy Brooks, Abingdon, MD, tmdbd@outlook.com
10. Nathan Wittman, Winter Park, FL, nathanwittman@gmail.com
11. Aziz Hussain, Hamtramck, MI, azizsaleh@gmail.com
12. Robyn Lenore Palmgren, Portland, OR, robynp51688@yahoo.com
13. Francisco Roena-Santos, Broadmoor Village, CA, neverarealityz4@aol.com

10. We have received no late requests for exclusion.

11. Between April 25, 2014 and May 25, 2014, digital banner advertisements regarding the settlement were displayed 221,668,171 times and viewed by an estimated 95,014,649 individuals. The banner advertisement was "clicked" (and the individual directed to the settlement website) 198,018 times. This overall click-through rate (0.09%) is: 1) comparable with similarly informative digital advertisements; and 2) comparable with other legal notice campaigns. The click through rate among "Security Conscious" class members (0.15%) is significantly higher than similarly informative digital advertisements, and the click through rate among "Security Conscious" class members for advertisements displayed on technical websites was 0.25%, which is a very high click through rate.

12. Based upon my experience, the overall engagement rate with class members from these digital advertisements is greater than would have been with a print publication campaign. Additionally,

1  the Notice Plan in this case utilized the most cost-effective method available, and the cost of the Notice
2  Plan was in line with notice plans in similar settlements.

3       13.    Consistent with the model class notices provided by the Federal Judicial Center, the
4  digital banner advertisements used in this manner contain the same language that would have been used
5  on the outside of an envelope in a mailed notice campaign.  They also provide the same language that
6  would have been used in an emailed notice campaign.  Functionally, they provide the same information,
7  in a similar framework:  In this instance, rather than opening a letter or clicking on an email, to obtain
8  more information, the class member clicks on a digital image and is directed to a full website regarding
9  the settlement.

10       14.    In my experience, requiring objections to be mailed rather than electronically submitted
11  is common. In fact, of the hundreds of settlements I have administered, all have required objections to be
12  sent via mail.

13       15.    I believe the Notice Program provided the best notice practicable under the circumstances
14  of this case.

17      _s/ Richard W. Simmons_
18      Richard W. Simmons

21      Dated: August 22, 2014