# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION<br><br>This Document Relates To: All Actions | Case No. 5:10-cv-04809-EJD<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD<br><br>Hon. Edward J. Davila |

The Court has considered the Administrative Motion of Plaintiffs Gaos, Italiano, and Priyev for an Order granting them leave to file a Reply Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Award of Attorneys' Fees, Expenses, and Incentive Awards in excess of fifteen (15) pages and the Parties' stipulation for such relief.

Good cause shown, the Court hereby ORDERS that Plaintiffs shall have leave to file a memorandum in excess of fifteen (15) pages, and shall be permitted to file a Reply Memorandum in Support of Motion for Final Approval of Class Action Settlement and Motion for Award of Attorneys' Fees, Expenses, and Incentive Awards that is up to twenty-five (25) pages in length.

**IT IS SO ORDERED.**

Date: 8/25/2014

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE