UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME:  1 hr, 30 mins

CIVIL MINUTES

Judge: Edward J. Davila                        Courtroom Deputy: Elizabeth Garcia
Date:   August 29, 2014                        Court Reporter: Irene Rodriguez
Case No.: C-10-04809 EJD                       Special Master: N/A
Related Case No.: N/A                          Interpreter: N/A

CASE TITLE

In re Google Referrer Header Privacy Litigation

APPEARANCES

Attorney(s) for Plaintiff(s): Kassra Nassiri, Michael Aschenbrener, Ilan Chorowsky, Alex Stepick
Attorney(s) for Defendant(s): Randall Edwards, Edward Johnson

PROCEEDINGS

Final Approval of Settlement [Doc. 65]
Motion for Attorney Fees, Expenses and Costs [Doc. 65]

ORDER AFTER HEARING

Hearing held. The Court took the matters under submission after oral argument. The Court to issue written order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: