Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW, No. 236
Washington, DC 20036
Voice: (703) 203-3848
Email: tfrank@gmail.com

*Attorney for Objectors Melissa Holyoak and Theodore H. Frank*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION<br><br>MELISSA HOLYOAK and THEODORE H. FRANK,<br><br>        Objectors. | Case No. 5:10-cv-04809-EJD<br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

Notice is hereby given that objecting class members Melissa Holyoak and Theodore H. Frank appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Motion for Final Approval of Class Action Settlement; Granting Motion for Attorneys Fees, Costs and Incentive Awards (Dkt. 85), filed March 31, 2015, from this Court's Final Judgment and Order of Dismissal with Prejudice (Dkt. 86), also filed March 31, 2015, and from all opinions and orders that merge therein.

| Circuit Rule 3-2 Representation Statement ||
|---|---|
| **Party** | **Counsel** |
| Paloma Gaos,<br><br>*Plaintiff.* | **Michael James Aschenbrener**<br>Aschenbrener Law P.C.<br>795 Folsom Street<br>First Floor<br>San Francisco, CA 94107<br>415-813-6245<br><br>**Anne Katherine Schmidlin**<br>Aschenbrener Law<br>815 W. Van Buren<br>Suite 415<br>Chicago, IL 60607<br>312-859-9303<br><br>**Bradley Michael Baglien**<br>**Christopher Lillard Dore**<br>Edelson PC<br>350 North LaSalle, Suite 1300<br>Chicago, IL 60654<br>312-589-6370<br><br>**Michael Patrick Dillingham**<br>Dillingham Law Group<br>155 Sansome St., Ste. 500<br>San Francisco, CA 94104<br>415-578-2520<br><br>**Kassra Powell Nassiri**<br>**Charles Hyunchul Jung**<br>Nassiri & Jung LLP<br>47 Kearny Street<br>Suite 700<br>San Francisco, CA 94108<br>415-762-3100 |

Case No. 5:10-cv-04809-EJD                                                                                                   1
NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

| | | |
|---|---|---|
| 1 | Gabriel Priyev, <br><br> *Plaintiff.* | **Mark Anthony Bulgarelli** <br> **Ilan Chorowsky** <br> Progressive Law Group LLC <br> 140 S. Dearborn Street <br> Suite 315 <br> Chicago, IL 60603 <br> 312-787-2717 <br><br> **Kathryn S. Diemer** <br> **Peter John Iannuzzi** <br> Diemer Whitman & Cardosi, LLP <br> 75 East Santa Clara Street <br> Suite 290 <br> San Jose, CA 95113 <br> 408-971-6270 <br><br> **Alex Stepick, IV** <br> Stepick Law, LLC <br> 2nd Floor South <br> 2260 North Elston Ave. <br> Chicago, IL 60614 <br> 773-245-3884 |
| | Melissa Holyoak, Theodore H. Frank, <br><br> *Objectors.* | **Theodore Harold Frank** <br> Center for Class Action Fairness <br> 1718 M Street <br> No. 236 <br> Washington, DC 20036 <br> 703-203-3848 |
| | David Weiner, <br><br> *Objector.* | **Michael Frederick Creamer, Jr** <br> 207 Oak Glen <br> Anaheim, CA 92817 <br> 714-623-2299 |
| | Kim Morrison, <br><br> *Objector.* | **Matt Kurilich** <br> 17321 Irvine Blvd. <br> Suite 115 <br> Tustin, CA 92780 <br> 714-734-3715 |
| | Cameron Jan. <br><br> *Objector.* | **Joseph Darrell Palmer** <br> 2244 Faraday Avenue <br> Suite 121 <br> Carlsbad, CA 92008 <br> 858-215-4064 |

| Google Inc.,<br><br>*Defendant*. | **Randall W. Edwards**<br>**Jean Bastian Niehaus**<br>O'Melveny & Myers LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111<br>415-984-8700<br><br>**Eric Butler Evans**<br>**Jonathan Anderson Helfgott**<br>**Edward D. Johnson**<br>Mayer Brown LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>650-331-2000 |
|---|---|

Dated: April 27, 2015          Respectfully submitted,

/s/ *Theodore H. Frank*
Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW, No. 236
Washington, DC 20036
Email: tfrank@gmail.com
Voice: (703) 203-3848

*Attorney for Objectors Melissa Holyoak and Theodore H. Frank*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

In addition, I caused for a copy of the foregoing to be mailed to the following person:

| | |
|---|---|
| Eric Butler Evans<br>Mayer Brown LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112 | |

DATED this 27th day of April, 2015,

                                                  */s/ Theodore H. Frank*
                                                  Theodore H. Frank