# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 22, 2019

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

     Re:  Theodore H. Frank, et al.
           v. Paloma Gaos, Individually and on Behalf
           of All Others Similarly Situated, et al.,
           No. 17-961 (Your docket No. 15-15858)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

                                      Sincerely,

                                      SCOTT S. HARRIS, Clerk

                                      By *[signature]*

                                      Herve' Bocage
                                      Judgments/Mandates Clerk

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 22, 2019

Mr. Theodore Harold Frank, Esq.
Hamilton Lincoln Law Institute
1629 K Street, NW, Suite 300
Washington, DC 20006

   Re: Theodore H. Frank, et al.
     v. Paloma Gaos, Individually and on Behalf
     of All Others Similarly Situated, et al.,
     No. 17-961

Dear Mr. Frank:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

  The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---:|
| **Printing of record:** | $8,054.00 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $8,354.00 |

  This amount may be recovered from respondents.

              Sincerely,

              SCOTT S. HARRIS, Clerk

              By *[signature]*

              Herve' Bocage
              Judgments/Mandates Clerk

Enc.
cc: All counsel of record
   Clerk, USCA Ninth Circuit
     (Your docket No. 15-15858)

## Supreme Court of the United States

### No. 17-961

**THEODORE H. FRANK, ET AL.,**

                                                                                                         Petitioners

v.

**PALOMA GAOS, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners Theodore H. Frank, et al. recover from Paloma Gaos, Individually and on Behalf of All Others Similarly Situated, et al., Eight Thousand Three Hundred and Fifty-four Dollars ($8,354.00) for costs herein expended.

                                              March 20, 2019

| | |
|---|---|
| **Printing of record:** | $8,054.00 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $8,354.00 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States