**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

MAY 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: GOOGLE REFERRER HEADER PRIVACY LITIGATION,

-------------------------------

PALOMA GAOS; et al.,

        Plaintiffs-Appellees,

v.

MELISSA ANN HOLYOAK; THEODORE H. FRANK,

        Objectors-Appellants,

v.

GOOGLE, INC., a Delaware corporation,

        Defendant-Appellee.

No. 15-15858

D.C. No. 5:10-cv-04809-EJD
Northern District of California,
San Jose

ORDER

Before: WALLACE, McKEOWN, and BYBEE, Circuit Judges.

The motion to remand (Dkt. 66) is granted. The motion for summary disposition (Dkt. 69) is denied. The district court's judgment is vacated, and the case is remanded for further proceedings consistent with the Supreme Court's opinion, which remanded the case for the purpose of addressing the plaintiffs' standing in light of *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016).