UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

AUG 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: GOOGLE REFERRER HEADER PRIVACY LITIGATION, <br><br> PALOMA GAOS; et al., <br><br>　　　　　Plaintiffs - Appellees, <br><br> v. <br><br> MELISSA ANN HOLYOAK; THEODORE H. FRANK, <br><br>　　　　　Objectors - Appellants, <br><br> v. <br><br> GOOGLE, INC., a Delaware corporation, <br><br>　　　　　Defendant - Appellee. | No. 15-15858 <br><br> D.C. No. 5:10-cv-04809-EJD <br> U.S. District Court for Northern California, San Jose <br><br> **MANDATE** |

The judgment of this Court, entered May 13, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7