**MAYER BROWN LLP**
Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Eric B. Evans (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

*Attorneys for Defendant Google LLC,
formerly known as Google Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION<br><br>This document relates to: All Actions | CASE NO. 5:10-cv-04809-EJD<br><br>**CLASS** ACTION<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTE that pursuant to U.S. District Court, Northern District of California, Local Rule 5-1(c)(2), Jonathan A. Helfgott (California Bar Number 278969) is no longer with Mayer Brown LLP, counsel of record for Defendant Google LLC in the above-captioned matter.  Please remove his name from your service list.

DATED:  December 2, 2019                         MAYER BROWN LLP


                                                 By:    /s/ Edward D. Johnson
                                                 EDWARD D. JOHNSON
                                                 ERIC B. EVANS

                                                 *Attorneys for Defendant Google LLC*