KASSRA P. NASSIRI (215405)
(knassiri@njfirm.com)
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

MICHAEL J. ASCHENBRENER (277114)
(masch@kamberlaw.com)
KAMBERLAW, LLC
201 Milwaukee St, Suite 200
Denver, Colorado 80206
Telephone: (303) 222-0281

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION<br><br>_____<br><br>This Document Relates To: All Actions | ) Case No. 5:10-CV-4809-EJD<br>)<br>)<br>) **STIPULATION TO RESCHEDULE**<br>) **DECEMBER 12, 2019 CMC**<br>)<br>)<br>) CLASS ACTION<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant, by and through

2 their undersigned counsel, hereby stipulate and agree to vacate the Case Management

3 Conference ("CMC") set for December 12, 2019 at 10:00 a.m. and reset the CMC for January

4 30, 2010 at 10:00 a.m., or a date and time convenient for the Court.

5        1.      On September 5, 2019, the Court set the CMC for December 12, 2019 at 10:00

6                a.m. (ECF 101.)

7        2.      The parties are actively discussing several alternatives to resolve the litigation

8                through settlement. As a result, the parties request an adjournment of the

9                December 12, 2019 CMC so they may continue meaningful settlement

10               discussions.

11       3.      The requested CMC extension would not materially delay the schedule of the

12               case.

13       //

14       //

15       //

16       //

17       //

18       //

19       //

20       //

21       //

22       //

23       //

24       //

25       //

26       //

27

28

1

STIPULATION TO RESCHEDULE                                              10-cv-4809-EJD
DECEMBER 12, 2019 CMC

Respectfully submitted,

Date:  December 2, 2019                    NASSIRI & JUNG LLP

                                           By: s/ Kassra P. Nassiri
                                           Kassra P. Nassiri
                                           *Counsel for Plaintiffs*

Date:  December 2, 2019                    KAMBERLAW, LLC

                                           By: s/ Michael Aschenbrener
                                           Michael Aschenbrener
                                           *Counsel for Plaintiffs*

Date: December 2, 2019                     MAYER BROWN LLP

                                           By: Edward D. Johnson
                                           Edward D. Johnson
                                           *Counsel for Defendant Google*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   Dec. 3, 2019

                                           JUDGE EDWARD J. DAVILA
                                           U.S. DISTRICT COURT JUDGE

## CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)

       Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose

behalf this filing is submitted, concur in the filing's content and have authorized the filing.

       Date: December 2, 2019

                                           s/ Michael Aschenbrener
                                           Michael Aschenbrener

STIPULATION TO RESCHEDULE                                              10-cv-4809-EJD
DECEMBER 12, 2019 CMC