1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALOMA GAOS, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE, LLC,<br><br>            Defendant. | Case No. 5:10-cv-04809-EJD<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE; CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' joint case management conference statement. Dkt. No. 128. The parties are referred to Magistrate Judge Kim for a settlement conference. The parties shall contact Judge Kim's deputy clerk no later than October 5, 2020 to schedule the conference. The case management conference scheduled for October 8, 2020 is continued to December 17, 2020 at 10:00 a.m. The parties shall file an updated joint case management statement no later than December 7, 2020.

**IT IS SO ORDERED.**

Dated:    September 29, 2020

_____
EDWARD J. DAVILA
United States District Judge