UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE REFERRER HEADER PRIVACY LITIGATION | Case No. 10-cv-04809-EJD   (SK)<br><br>**NOTICE OF TELEPHONIC SCHEDULING CONFERENCE FOR SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court will hold a telephonic Scheduling Conference in preparation for the Settlement Conference on **September 30, 2020 at 9:00 AM**. Counsel shall use the following dial-in information to access the call:

**Teleconference Number: (877) 336-1831**

**Access Code: 1598603**

On the telephonic conference call, counsel must be prepared to discuss and set a date for settlement conference and must provide firm dates which they and their clients can attend. Counsel should communicate with their clients about availability before the telephone conference call or have their clients participate in the telephone conference call to confirm a settlement date.

**IT IS SO ORDERED.**

Dated: September 29, 2020

_____
SALLIE KIM
United States Magistrate Judge