KASSRA P. NASSIRI (215405)
(kass@njfirm.com)
NASSIRI & JUNG LLP
1700 Montgomery St., Suite 207
San Francisco, California 94111
Telephone: (415) 762-3100
Facsimile:  (415) 534-3200

MICHAEL ASCHENBRENER (277114)
(masch@kamberlaw.com)
KAMBERLAW, LLC
201 Milwaukee St, Suite 200
Denver, Colorado 80206
Telephone: (303) 222-0281

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION<br><br>―――――――――――――――――――――<br>This Document Relates To: All Actions | Case No. 5:10-cv-04809-EJD<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT**<br><br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

PLEASE TAKE NOTICE that a class-wide settlement in principle has been reached between Plaintiffs Paloma Gaos, Anthony Italiano, and Gabriel Priyev and Defendant Google LLC that would resolve the class's claims against Google. The parties are currently negotiating a written settlement agreement. Plaintiffs intend to submit a motion seeking preliminary approval of the class action settlement promptly after executing a written class settlement agreement.

Dated: October 6, 2021

KAMBERLAW, LLC

By: */s/ Michael Aschenbrener*
Michael Aschenbrener
*Counsel for Plaintiffs*

NASSIRI & JUNG LLP

By: */s/ Kassra P. Nassiri*
Kassra P. Nassiri
*Counsel for Plaintiffs*

MAYER BROWN LLP

By: */s/ Edward D. Johnson*
Edward D. Johnson
*Counsel for Defendant Google LLC*

*Under Civ. L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each signatory.*