1 | KASSRA P. NASSIRI (215405)
  | (kass@njfirm.com)
2 | NASSIRI & JUNG LLP
  | 1700 Montgomery Street, Suite 207
3 | San Francisco, California 94111
  | Tel.:  (415) 762-3100
4 | Fax.: (415) 534-3200

5 | MICHAEL J. ASCHENBRENER (277114)
  | (masch@kamberlaw.com)
6 | KAMBERLAW, LLC
  | 201 Milwaukee Street Suite 200
7 | Denver, Colorado 80206
  | Tel.:  (415) 813-6245
8 | Fax.: (415) 813-6246

9 | Attorneys for Plaintiffs and the Putative Class

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| In re:                                      | Case No.: 5:10-cv-04809-EJD       |
|---------------------------------------------|-----------------------------------|
| GOOGLE REFERRER HEADER PRIVACY LITIGATION   | <u>CLASS ACTION</u>               |
|                                             | **CERTIFICATE OF SERVICE**        |
| This Document Relates to: All Actions       | JUDGE:   Hon. Edward J. Davila    |

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 1700 Montgomery Street, Suite 207, San Francisco, CA 9411. On the date shown below, I served true copies of the following document(s):

- **NOTICE OF SETTLEMENT**

**[X]**   **BY CM/ECF**. On the date shown below, I electronically filed true and correct copies of the aforementioned document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users were served by the CM/ECF system.

**[X]**   **STATE**. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2021.

                                                        */s/ Clive Tan*
                                                      CLIVE TAN