1  KASSRA P. NASSIRI (215405)
   (kass@njfirm.com)
2  NASSIRI & JUNG LLP
   1700 Montgomery Street, Suite 207
3  San Francisco, CA 94111
   Tel.: (415) 762-3100
4  Fax.: (415) 534-3200

5  MICHAEL J. ASCHENBRENER (277114)
   (masch@kamberlaw.com)
6  KAMBERLAW, LLC
   201 Milwaukee Street, Suite 200
7  Denver, Colorado 80206
   Tel.: (303) 222-0281
8
   Attorneys for Plaintiffs and the Putative Class
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: <br><br> GOOGLE REFERRER HEADER PRIVACY LITIGATION <br><br> This Document Relates to: All Actions | Case No.: 5:10-cv-04809-EJD <br><br> CLASS ACTION <br><br> **JOINT STIPULATION FOR STAY OF MOTIONS PENDING SETTLEMENT AND VACATING STATUS CONFERENCE** <br><br> Judge: Hon. Edward J. Davila <br><br> Related to Docket Nos. 152 and 157 <br><br> *Complaint filed:* October 25, 2010 <br><br> JURY TRIAL DEMANDED |

Plaintiffs ("Plaintiffs") and Defendant Google LLC ("Defendant"), by and through their counsel of record, submit this Stipulation for Stay of Motions Pending Settlement.

### RECITALS

**WHEREAS**, currently pending before the Court are Defendant's Motion for Judgment on the Pleadings (ECF 152; hearing January 29, 2022) and Defendant's Motion for Leave to File Motion for Reconsideration (ECF 157);

**WHEREAS**, after multiple sessions before Magistrate Judge Sallie Kim, the parties have reached a settlement in principle, and expect to submit a class action settlement for the Court's preliminary approval soon (ECF 160);

**WHEREAS**, in order to conserve Court and party resources, the parties wish to vacate the calendar date for ECF 152 and to stay briefing on ECF 157;

**WHEREAS**, if the class action settlement is not finally approved, or if final approval is vacated, the parties propose that the Court set a case management conference to set new schedules for the stayed motions;

**WHEREAS**, in light of the fact that the parties are currently engaged in preparing a settlement agreement, the parties agree that the November 18, 2021 status conference and November 12, 2021 status conference statement deadline should be vacated.

*[Continued on next page]*

## **STIPULATION**

**NOW, THEREFORE**, the parties, by and through their counsel of record, stipulate and request that the Court vacate the calendar date for ECF 152 and to stay briefing on ECF 157. **IT IS SO STIPULATED.**

[*Signatures on the page to follow*]

DATED:  October 18, 2021

Respectfully submitted,
NASSIRI & JUNG LLP

By: */s/ Kassra P. Nassiri*

    Kassra P. Nassiri (SBN 215405)
    (kass@njfirm.com)
    NASSIRI & JUNG LLP
    1700 Montgomery Street, Suite 207
    San Francisco, California 94111
    Telephone:  (415) 762-3100
    Facsimile:   (415) 534-3200

    Michael J. Aschenbrener (SBN 277114)
    (masch@kamberlaw.com)
    KAMBERLAW, LLC
    201 Milwaukee Street, Suite 200
    Denver, Colorado 80206
    Telephone:  (303) 222-0281
    *Attorneys for Plaintiffs and the Putative Class*

DATED:  October 18, 2021

MAYER BROWN LLP

By: */s/ Edward D. Johnson*

    Edward D. Johnson (SBN 189475)
    (wjohnson@mayerbrown.com)
    MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
    3000 El Camino Real
    Palo Alto, California 94306-2112
    Telephone:  (650) 331-2000
    Facsimile:   (650) 331-2060
    *Attorneys for Defendant Google LLC*

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each signatory.

DATED: October 18, 2021

Respectfully submitted,
NASSIRI & JUNG LLP

By: /s/ *Kassra P. Nassiri*

Kassra P. Nassiri
*Attorneys for Plaintiffs and the Putative Class*