1  KASSRA P. NASSIRI (215405)
   (kass@njfirm.com)
2  NASSIRI & JUNG LLP
   1700 Montgomery Street, Suite 207
3  San Francisco, CA 94111
   Tel.: (415) 762-3100
4  Fax.: (415) 534-3200

5  MICHAEL J. ASCHENBRENER (277114)
   (masch@kamberlaw.com)
6  KAMBERLAW, LLC
   201 Milwaukee Street, Suite 200
7  Denver, Colorado 80206
   Tel.: (303) 222-0281
8
   Attorneys for Plaintiffs and the Putative Class
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| In re: | Case No.: 5:10-cv-04809-EJD |
|---|---|
| GOOGLE REFERRER HEADER PRIVACY LITIGATION | CLASS ACTION |
|  | [~~PROPOSED~~] **ORDER GRANTING STAY OF MOTIONS PENDING SETTLEMENT AND VACATING STATUS CONFERENCE** |
| This Document Relates to: All Actions | Judge:   Hon. Edward J. Davila |
|  | *Date filed:*   October 25, 2010 |
|  | JURY TRIAL DEMANDED |

**[~~PROPOSED~~] ORDER**

Having reviewed the *Joint Stipulation for Stay of Motions Pending Settlement and Vacating Status Conference*, and good cause appearing therefor:

1. **IT IS HEREBY ORDERED THAT** the calendar date for *Defendant Google LLC's Motion for Judgment on the Pleadings* [ECF 152] is vacated.

2. **IT IS FURTHER ORDERED THAT** the briefing for *Defendant Google LLC's Motion for Leave to File Motion for Reconsideration of Order Denying Motion to Dismiss for Lack of Standing* [ECF 157] is stayed.

3. **IT IS FURTHER ORDERED THAT** the November 18, 2021 status conference and November 12, 2021 status conference statement deadline are vacated.

4. If the class action settlement is not finally approved, or if final approval is vacated, the Court will set a case management conference to set new schedules for the stayed motions.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Further, all pending motions are terminated for administrative purposes only. The motions may be renoticed for hearing if the case does not settle.

DATED:  October 18, 2021

EDWARD J. DAVILA
United States District Judge

1