# EXHIBIT F

## CLAIM FORM

# CLASS ACTION SETTLEMENT CLAIM FORM

### *In re Google Referrer Privacy Litigation*
Case No. 5:10-cv-4809-EJD
United States District Court for the Northern District of California

### ***ANY FIELD BELOW WITH AN * (ASTERISK) IS A REQUIRED FIELD***

You should complete this Claim Form if you submitted a search query to Google and clicked on a search result within the United States between October 25, 2006, and September 30, 2013, inclusive, and you wish to make a Claim for Settlement Payment.

The Notice of Proposed Class Action Settlement describes your legal rights and options. Please review this Settlement Website or call 1-833-512-2306 for more information.

If you wish to submit a Claim for a Settlement Payment, please provide the information requested below. You must submit your Claim online on or before **[CLAIMS DEADLINE]** at **11:59 p.m. Pacific Time**.

## 1. CLASS MEMBER INFORMATION

*It is your responsibility to notify the Settlement Administrator of any changes to your contact information after you submit your Claim. You may update your contact information on the Contact page.*

_____  ____  _____
*First Name                                                         MI      *Last Name

_____
*Mailing Address 1: Street Address/P.O. Box

_____
*Mailing Address 2: Apartment/Suite/Floor Number

_____  __ __   __ __ __ __ __ - __ __ __ __
*City                                                                *State        *Zip Code             Zip4 (Optional)

_____@_____._____
*Current Email Address

( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___
Current Phone Number (Optional)

**2. SETTLEMENT PAYMENT ELIGIBILITY\***

☐ I attest that I submitted a search query to Google and clicked on a search result within the United States during the period between October 25, 2006, and September 30, 2013, inclusive.

**Note:** Settlement Class Members who attest to the statement above are eligible to receive a Settlement Payment. Please visit the home page of the Settlement Website at [www.website.com] for the most recent estimate of the size of the Settlement Payment.

**3. PAYMENT SELECTION\***

[Payment Widget]

I understand that if I elect to receive a check, I may give up my right to payment if I do not cash the check within 90 days. I also understand that if I provide inaccurate payment information that the administrator is unable to resolve, I will be giving up my right to payment.

**4. AFFIRMATION AND SIGNATURE\***

☐ I AFFIRM UNDER OATH THAT THE INFORMATION ON THIS CLAIM FORM IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

I UNDERSTAND THAT THE DECISION OF THE SETTLEMENT ADMINISTRATOR REGARDING ELIGIBILITY FOR PAYMENT, AS WELL AS PAYMENT AMOUNT, IS FINAL AND BINDING    .

_____        ___ ___ / ___ ___/ ___ ___ ___ ___
Signature                                                                                    Date (mm/dd/yyyy)

_____
Print Name