# EXHIBIT G

## OPT-OUT FORM

**REQUEST FOR EXCLUSION**

To exclude yourself from the proposed Settlement in *In re Google Referrer Header Privacy Litigation*, please fill out this form completely and mail it to:

In re Google Referrer Header Settlement
c/o Kroll Settlement Administration
P.O. Box 225391
New York, NY 10150-5391

Your request must be post-marked by <u>DATE</u>.

---

I, _____, hereby request to be excluded from the proposed Settlement Class in *In re Google Referrer Header Privacy Litigation*, Case No. 5:10-cv-4809-EJD.

Name: _____

Mailing Address 1 : _____
Mailing Address 2 : _____

Email addresses associated with Google Account (if none, provide an email address you use):
_____

Phone Numbers associated with Google Account (if none, provide a phone number you use):
_____

Signature: _____