# EXHIBIT H

## OBJECTION FORM

**OBJECTION FORM**

If you intend to file a written objection to the proposed Settlement in *In re Google Referrer Header Privacy Litigation*, Case No. 5:10-cv-4809-EJD, please use this form and mail it to each of the following addresses:

In re Google Referrer Header Settlement
c/o Kroll Settlement Administration
P.O. Box 225391
New York, NY 10150-5391

Kassra Nassiri
Nassiri & Jung LLP
1700 Montgomery St, Suite 207
San Francisco, CA 94111

Edward D. Johnson
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

U.S. District Court
Clerk's Office
280 S 1st St
San Jose, CA 95113

Your objection must be post-marked by <u>DATE</u>.

I, _____, hereby object to the proposed Settlement Class in *In re Google Referrer Header Privacy Litigation*, Case No. 5:10-cv-4809-EJD.

Name: _____

Email: _____

Phone Number: _____

Signature: _____

*Please state the reasons for your objection below. If you need additional space, please attach additional pages.*