Theodore H. Frank (SBN 196332)
**HAMILTON LINCOLN LAW INSTITUTE**
**CENTER FOR CLASS ACTION FAIRNESS**
1629 K Street NW, Suite 300
Washington, D.C. 20006
Voice: (703) 203-3848
Email: ted.frank@hlli.org

*Attorneys for Objectors Melissa Holyoak and Theodore H. Frank*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION | Case No. 5:10-cv-04809-EJD |
| MELISSA HOLYOAK and THEODORE H. FRANK, <br><br> Objectors. | **NOTICE OF INTENT TO SEEK ATTORNEYS' FEES OF OBJECTORS MELISSA HOLYOAK AND THEODORE H. FRANK** <br><br> Date: May 4, 2023 <br> Time: 9:00 a.m. <br> Place: Courtroom 4, 5th Floor <br> Judge: Hon. Edward J. Davila |

Case No. 5:10-cv-04809-EJD

NOTICE OF INTENT TO SEEK ATTORNEYS' FEES

Class members Melissa Holyoak and Theodore H. Frank, objectors to the first settlement in this case, do not oppose the parties' request for Rule 23(e)(1) notice. Holyoak and Frank believe that Local Rule 54-5 governs their request for attorneys' fees. But in an abundance of caution, Holyoak and Frank give notice now that:

- their objection and appeals ultimately vacated the judgment approving the first settlement in this case, which paid the class $0;
- the new settlement creates a common fund of $23 million, of which, if the court awards the 25% benchmark to class counsel, will provide a fund of $17.25 million to the class;
- on information and belief, the improvement to the class in the nature of the settlement's distribution reflects the concern that Holyoak and Frank would successfully challenge a second $0 all-*cy-pres* settlement, notwithstanding controversial Ninth Circuit law permitting all-*cy-pres* settlements;
- even in the implausible case that Holyoak and Frank's presence as objectors did not deter a second *cy pres* settlement, Ninth Circuit law (*Rodriguez v. Disner*, 688 F.3d 645 (9th Cir. 2012)) grants objectors the right to attorneys' fees upon a successful appeal that substantially benefits class members;
- while Holyoak and Frank worked on the case, they were also represented by counsel other than themselves;
- Holyoak and Frank therefore intend to seek an attorney fee and non-taxable-cost award of up to 12.5% (half of the Ninth Circuit 25% benchmark) of the $17.25 million increase in net benefit to the class, or $2,156,250, contingent on the Court granting settlement approval under Rule 23(e); and
- Holyoak and Frank reserve the right to request that their common-benefit award come, in whole or in part, from the Rule 23(h) award of fees to class counsel so that the class is not billed twice.

Case No: 5:10-cv-04809 EJD                                                                                                       1
NOTICE OF INTENT TO SEEK ATTORNEYS' FEES

For the convenience of the Court, the parties, and the class, objectors intend, unless the Court otherwise orders, to submit their fee request on the same timetable as class counsel's fee request, so that all matters in this case may be resolved in a single fairness hearing without delay to distribution to the class.

Dated: April 20, 2023                              Respectfully submitted,

                                                   */s/ Theodore H. Frank*
                                                   Theodore H. Frank (SBN 196332)
                                                   Hamilton Lincoln Law Institute
                                                   1629 K Street NW, Suite 300
                                                   Washington, D.C. 20006
                                                   (703) 203-3848
                                                   ted.frank@hlli.org

                                                   *Attorney for Objectors Holyoak and Frank*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing Notice using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 20th day of April, 2023.

/s/ Theodore H. Frank