# EXHIBIT D
## FENWICK DECLARATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Referrer Header Privacy Litigation* | Case No. 5:10-cv-04809-EJD<br><br>**DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONECTION WITH PRELIMINARY APPROVAL**<br><br>Judge: Hon. Edward J. Davila |

I, Scott M. Fenwick, hereby declare:

    1.    I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the proposed Settlement Administrator in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with preliminary approval.

    2.    Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities, labor and employment, consumer, and government enforcement matters. Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years.

    3.    Kroll is prepared to provide a full complement of notification services in connection with that certain Settlement Agreement and Release (the "Settlement Agreement") entered into in

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

connection with the above captioned matter (hereinafter, the "Settlement"), including notice of the Settlement, and through the use of a Settlement Website to be created in connection with this matter.

4. Apart from Kroll's engagement as the proposed Settlement Administrator for the above-referenced case, Kroll has not been engaged by Nassiri & Jung LLP or Progressive Law Group within the previous two-year period ending December 14, 2022. Kroll has been engaged by KamberLaw LLC in various court-approved class action settlement administrations across multiple jurisdictions, some of which are currently active.

### Settlement Website

5. Kroll will work with counsel to create a dedicated Settlement Website. The Settlement Website URL will be www.RefererHeaderSettlement.com. The Settlement Website will contain a summary of the Settlement, will enable online claim filing, will allow Settlement Class Members to contact the Settlement Administrator with any questions or changes of address, provide notice of important dates, such as the Final Approval Hearing, Claim Form filing deadline, and Objection and Exclusion Deadline, and provide Settlement Class Members who file Claim Forms online the opportunity to select an electronic payment method, including Venmo, Zelle, PayPal, e-Mastercard, ACH, or payment by check. The Settlement Website will also contain relevant case documents including Plaintiffs' Complaints, the Settlement Agreement, the Notice of Proposed Class Action Settlement, Plaintiffs' Motion for Preliminary Approval, and the Preliminary Approval Order. Lastly, the Settlement Website will contain the Kroll privacy policy, including the policy for California Consumer Privacy Act ("CCPA").

6. If a Class Member suspects their confidential data has been lost or stolen in connection with a Claim Form submission, they can contact Kroll via the Settlement Website or call the Settlement's toll-free number.

7. The Settlement Website, www.RefererHeaderSettlement.com, was obtained on December 2, 2022, and will provide a description of Kroll's role as the Settlement Administrator and a clear statement that the Settlement Administrator will not request confidential information by email. It will also provide instructions to identify whether an email related to the Settlement was sent by the

Settlement Administrator. The domain www.ReferrerHeaderSettlement.com was also obtained on December 2, 2022, and will automatically forward web traffic to the Settlement Website.

### Toll-Free Number

8. Kroll has established a toll-free number for the Settlement, which will allow Settlement Class Members to call and obtain information about the Settlement through an interactive voice response system. The toll-free number (1-833-512-2306) will be available twenty-four hours a day, seven days a week.

### Administration Cost

9. Based on Kroll's current understanding of the class size and requested administration services, estimated Notice and Administrative Costs for administration of the Settlement will be between approximately $1,364,245 for a claims rate of 1% and $3,443,120 for a claims rate of 5%. The current estimate is subject to change depending on various factors, such as the actual Settlement class size and/or any Settlement administration scope changes not currently under consideration.

### Data Use Limitation

10. Kroll will solely use Settlement Class Member data for notice and Settlement administration, award calculations, and issuing Settlement Payments to Claimants, and for no other purpose.

### Data Security and Technical Controls

11. Kroll is an industry leader in data security. Kroll is CCPA, HIPAA, and GDPR compliant and maintains numerous industry certifications related to data security, including SOC2 and ISO 27001 certification. Kroll has technical, physical, and procedural protocols and safeguards in place to ensure the security and privacy of Settlement Class Member data. These include standards related to data retention and document destruction; firewalls; complex passwords; multi-factor authentication; data encryption; key management for access to encrypted databases; fully redundant

environmental systems and redundant storage; regular internal and external audits; and documented plans for both incident and crisis response, including breach protocols and physical controls. Kroll's information security program includes vulnerability management, compliance, security monitoring and security engineering supported by a team of information security professionals, including a Chief Information Security Officer and Chief Privacy Officer. Kroll regularly conducts penetration testing and ensures multiple layers of defense on our endpoints, including anti-virus, application whitelisting, as well as incident response and advance persistent threat tools.

**Business/Liability Insurance**

12.  Kroll maintains standard business insurance, including professional liability insurance, cyber insurance, and crime insurance.

**Administrative and Ethical Policies**

13.  Kroll has employee administrative and ethical polices that all employees are required to follow.  These include, but are not limited to:

- Pre-hire background checks and security screenings;
- Annual Code of Ethics training and certification;
- Annual Information Security training and certification;
- HIPAA training; and
- Controls for accessing systems, data, and applications both on site and remotely, along with processes for assigning access and automatic termination of access upon the cessation of employment.

**Crisis and Risk Management**

14.  Kroll has defined and tested incident response and disaster recovery plans that it employs across the organization.  Should an incident occur, Kroll will take immediate action, which will include notification to clients, claimants, and other stakeholders of the incident consistent with applicable privacy laws and regulations, or as otherwise provided in any contractual agreements with

its clients. Kroll also has detailed vendor on-boarding and management policies that determine and define requirements to manage risk associated with outsourcing.

### Physical Access Controls

15. Security keycard access is required to enter Kroll's facilities, and access is logged. Additionally, keycard access is required for employees to use the facility elevators and to enter Kroll's office spaces. Kroll's offices are equipped with alarm systems and CCTV recording systems, and security guards monitor and help control physical access to restricted spaces.

### Data Collection, Retention and Destruction

16. Kroll only requires the collection of data necessary to effectively administer the Settlement. If personally identifiable information ("PII") (e.g., Social Security Numbers, account information, dates of birth, etc.) are not necessary for administration, Kroll will not request such PII. Kroll does not and will not share Settlement Class Member data with third parties unless authorized or directed to do so by the parties or the Court. Internally, access to data is limited to only those employees working on the particular matter. In addition, Kroll has standard practices for data retention and destruction. However, to the extent there are data retention and destruction requirements specific to the Settlement that differ from Kroll's standard policies, Kroll will follow the Settlement guidelines. Kroll uses an outside vendor to assist the shredding of physical media and has locked shred bins available at Kroll's offices.

I declare under penalty of perjury under the laws of the United Sates that the above is true and correct to the best of my knowledge and that this declaration was executed on December 14, 2022, in Woodbury, Minnesota.

*/s/ Scott M. Fenwick*
SCOTT M. FENWICK