```
 1                  UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3

 4                                    CASE NO.  CV-10-04809 EJD
         IN RE GOOGLE REFERRER HEADER
 5       PRIVACY LITIGATION           SAN JOSE, CALIFORNIA

 6                                    MAY 4, 2023

 7                                    PAGES 1 - 42

 8
                         TRANSCRIPT OF PROCEEDINGS
 9             BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
10
       A-P-P-E-A-R-A-N-C-E-S
11
         FOR THE PLAINTIFFS:   NASSIRI & JUNG LLP
12                             BY:  KASSRA P. NASSIRI
                               1700 MONTGOMERY STREET, SUITE 207
13                             SAN FRANCISCO, CALIFORNIA 94111

14                             KAMBERLAW
                               BY:  MICHAEL J. ASCHENBRENER
15                             220 N GREEN STREET
                               CHICAGO, ILLINOIS 60607
16
                               PROGRESSIVE LAW GROUP LLC
17                             BY:  MARK A. BULGARELLI
                               1570 OAK AVENUE, SUITE 103
18                             EVANSTON, ILLINOIS 60201

19
                   (APPEARANCES CONTINUED ON THE NEXT PAGE.)
20

21       OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                     CERTIFICATE NUMBER 8074
22

23          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
         TRANSCRIPT PRODUCED WITH COMPUTER.
24

25
```

1     A P P E A R A N C E S: (CONT'D)

2

3     FOR THE DEFENDANTS:     MAYER BROWN LLP
                             BY:  EDWARD D. JOHNSON
4                                 KRISTEN W. SILVERMAN
                             TWO PALO ALTO SQUARE, SUITE 300
5                            PALO ALTO, CALIFORNIA 94306

6                            BY:  ANKUR MANDHANIA
                             575 MARKET STREET, SUITE 2500
7                            SAN FRANCISCO, CALIFORNIA 94105

8                            O'MELVENY & MYERS LLP
                             BY:  RANDALL W. EDWARDS
9                            TWO EMBARCADERO CENTER, 28TH FLOOR
                             SAN FRANCISCO, CALIFORNIA 94111

10

11

12    FOR OBJECTOR:          HAMILTON LINCOLN LAW INSTITUTE
                             BY:  THEODORE H. FRANK
13                           1629 K STREET NW, SUITE 300
                             WASHINGTON, DC 20006

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                      MAY 4, 2023

 2                        P R O C E E D I N G S

 3         (COURT CONVENED AT 9:05 A.M.)

 4              THE COURT:  LET'S CALL OUR MORNING CALENDAR.  LET'S

 5    TURN OUR ATTENTION TO 10-4809, IN RE GOOGLE REFERRER HEADER

 6    LITIGATION.

 7              WHY DON'T I GET THE APPEARANCE OF THE PARTIES, PLEASE.

 8              WHO APPEARS FOR THE PLAINTIFFS?

 9              MR. NASSIRI:  GOOD MORNING, YOUR HONOR.

10         KASSRA NISSIRI FOR THE PLAINTIFFS.

11              THE COURT:  THANK YOU.  GOOD MORNING.

12              MR. ASCHENBRENER:  GOOD MORNING, YOUR HONOR.

13         MICHAEL ASCHENBRENER FOR PLAINTIFFS.

14              THE COURT:  THANK YOU.

15              MR. BULGARELLI:  GOOD MORNING, YOUR HONOR.

16         MARK BULGARELLI ALSO ON BEHALF OF THE PLAINTIFFS.

17              THE COURT:  THANK YOU.  GOOD MORNING.

18         AND WHO APPEARS FOR THE DEFENSE IN THIS MATTER?

19              MR. JOHNSON:  GOOD MORNING, YOUR HONOR.

20         WARD JOHNSON FOR GOOGLE.

21              THE COURT:  THANK YOU.  GOOD MORNING.

22              MS. SILVERMAN:  GOOD MORNING, YOUR HONOR.

23         KRISTIN SILVERMAN FOR GOOGLE.

24              THE COURT:  THANK YOU.

25              MR. MANDHANIA:  GOOD MORNING, YOUR HONOR.
```

| | | |
|---|---|---|
| 09:05AM | 1 | ANKUR MANDHANIA FOR GOOGLE. |
| 09:05AM | 2 | THE COURT:  THANK YOU. |
| 09:05AM | 3 | MR. EDWARDS:  GOOD MORNING, YOUR HONOR. |
| 09:05AM | 4 | RANDALL EDWARDS FOR GOOGLE. |
| 09:06AM | 5 | THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.  IT'S |
| 09:06AM | 6 | NICE TO SEE EVERYONE. |
| 09:06AM | 7 | WE HAVE AN OBJECTOR IN THE ROOM AS WELL I BELIEVE; IS THAT |
| 09:06AM | 8 | RIGHT? |
| 09:06AM | 9 | MR. FRANK:  THANK YOU, YOUR HONOR. |
| 09:06AM | 10 | TED FRANK, OBJECTOR. |
| 09:06AM | 11 | THE COURT:  THANK YOU.  GOOD MORNING.  IT'S NICE TO |
| 09:06AM | 12 | SEE YOU THIS MORNING AS WELL. |
| 09:06AM | 13 | THIS MATTER IS ON THIS MORNING FOR A MOTION FOR A |
| 09:06AM | 14 | PRELIMINARY APPROVAL OF A SETTLEMENT.  IT SEEMS PREMATURE TO BE |
| 09:06AM | 15 | HAVING THIS CONVERSATION, DOESN'T IT?  DON'T WE NEED TO |
| 09:06AM | 16 | LITIGATE THIS A LITTLE LONGER? |
| 09:06AM | 17 | MR. NASSIRI:  IT'S ONLY BEEN 13 YEARS, YOUR HONOR. |
| 09:06AM | 18 | THE COURT:  RIGHT.  I THINK WE SHOULD AT LEAST LET |
| 09:06AM | 19 | YOUR CHILDREN GET THEIR DRIVER'S LICENSES, YOU KNOW, DO THEIR |
| 09:06AM | 20 | SORORITY, RUSH, AND ALL OF THAT KIND OF BUSINESS IF THEY STILL |
| 09:06AM | 21 | DO SUCH A THING.  I DON'T KNOW IF THAT IS STILL DONE. |
| 09:06AM | 22 | BUT NONETHELESS, I HAVE YOUR PAPERS, YOUR PLEADINGS, |
| 09:06AM | 23 | YOU'RE ALL HERE AND SO MAYBE WE SHOULD HAVE THE DISCUSSION AND |
| 09:06AM | 24 | GO FORWARD. |
| 09:06AM | 25 | IS THERE ANYTHING PRELIMINARILY THAT THE PARTIES WANT TO |

09:06AM  1    ADVANCE?

09:06AM  2              MR. NASSIRI:  NO, YOUR HONOR.

09:06AM  3              THE COURT:  ALL RIGHT.  THANK YOU.

09:06AM  4         ALL RIGHT.  WELL, I HAVE THE PLEADINGS.  IT'S NOT GOING TO

09:07AM  5    SURPRISE YOU THAT I HAVE SOME QUESTIONS, OF COURSE.  LET ME

09:07AM  6    START BY GOING THROUGH SOME OF THE ITEMS THAT I OBSERVED.  I

09:07AM  7    JUST HAVE A COUPLE OF CHECKLISTS HERE.

09:07AM  8         LET ME SAY THAT I DID REVIEW THE NOTICE, THE SETTLEMENT

09:07AM  9    AGREEMENT, ALL OF THE EXHIBITS THAT WERE ATTACHED, WHICH WERE

09:07AM  10   VERY HELPFUL AND OBVIOUSLY IMPORTANT TO THE COURT WHEN IT MAKES

09:07AM  11   ITS DECISION AS TO GRANTING PRELIMINARY APPROVAL.

09:07AM  12        SO IN THE PLEADINGS, PLAINTIFFS' PLEADINGS, OF COURSE, YOU

09:07AM  13   TALK ABOUT DILIGENCE OF CLASS COUNSEL.  AND I'M WONDERING

09:07AM  14   WHETHER OR NOT, DO WE NEED TO KNOW MORE ABOUT WHAT DISCOVERY

09:07AM  15   WAS PROPOUNDED AND OTHER EFFORTS THAT WERE MADE?

09:07AM  16        WE KNOW THAT THIS CASE STARTED, AS YOU SAID, 13 YEARS AGO,

09:08AM  17   AND I THINK IT'S ACCURATE TO SAY THAT THE CASE HAS BEEN

09:08AM  18   LITIGATED PROPERLY.  IT'S GONE THROUGH JUST ABOUT EVERY COURT

09:08AM  19   THAT WE HAVE IN THE FEDERAL SYSTEM EXCEPT THE CIRCUIT.  I GUESS

09:08AM  20   YOU MISSED THE CIRCUIT COURT, BUT EVERYTHING ELSE -- THE

09:08AM  21   FEDERAL CIRCUIT, BUT I THINK YOU HAVE GONE THROUGH EVERY OTHER

09:08AM  22   COURT.

09:08AM  23        DOES THERE NEED TO BE A LITTLE BIT MORE FULSOME

09:08AM  24   INFORMATION ABOUT THE DISCOVERY EFFORTS?  IT SEEMS LIKE WE KNOW

09:08AM  25   WHAT THE CASE WAS ABOUT.  IT SEEMS LIKE THERE WERE EARLY

09:08AM 1    CONVERSATIONS REGARDING SETTLEMENT THAT WENT OFF AND ON, OFF

09:08AM 2    AND ON, AND THEN THERE WAS A SERIES OF LITIGATIONS AND MOTIONS

09:08AM 3    AND THINGS LIKE THAT.

09:08AM 4        ANYTHING ADDITIONAL YOU THINK THAT NEEDS TO BE PUT IN THE

09:08AM 5    PLEADINGS OR INDICATED, MR. NASSIRI?

09:08AM 6        MR. NASSIRI:  THANK YOU, YOUR HONOR.

09:08AM 7        WE HAVE ENGAGED IN ESSENTIALLY TWO ROUNDS OF DISCOVERY OR

09:09AM 8    TWO TIME PERIODS, BEFORE THE FIRST SETTLEMENT AND THEN AGAIN

09:09AM 9    AFTER REMAND, YOUR HONOR, WE ENGAGED IN FURTHER DISCOVERY.

09:09AM 10   THE DISCOVERY GAVE US A LOT OF INFORMATION RELEVANT TO IN

09:09AM 11   PARTICULAR THE STORED COMMUNICATIONS ACT CLAIMS, INCLUDING

09:09AM 12   INFORMATION ABOUT HOW BIG THE CLASS WAS, ABOUT HOW MANY

09:09AM 13   SEARCHES MAY HAVE BEEN IMPACTED, ABOUT VARIOUS CHANGES IN

09:09AM 14   GOOGLE'S CODING AND PLATFORMS THAT WOULD IMPACT KIND OF THE

09:09AM 15   SUBSTANCE AND CONTENT OF THE REFERRER HEADERS THROUGHOUT THE

09:09AM 16   CLASS PERIOD.

09:09AM 17       AND I BELIEVE THAT THAT GAVE US ENOUGH INFORMATION TO MAKE

09:09AM 18   AN INFORMED DECISION PARTICULARLY IN A CASE WHERE THE PRIMARY

09:09AM 19   CLAIM IS STATUTORY TO BE ABLE TO MAKE AN INFORMED DECISION

09:09AM 20   ABOUT WHETHER OR NOT AND ON WHAT TERMS TO SETTLE THE CASE.

09:09AM 21       I'M NOT SURE WHAT FURTHER DISCOVERY WE WOULD TAKE THAT

09:10AM 22   WOULD HELP US IMPROVE THE OUTCOME AT THIS POINT.  SO I BELIEVE

09:10AM 23   THAT WE HAVE SUFFICIENT DISCOVERY, YOUR HONOR.

09:10AM 24       THE COURT:  ALL RIGHT.  THANK YOU.

09:10AM 25       MR. JOHNSON, ANY COMMENT ON THAT?

7

09:10AM  1          MR. JOHNSON:  JUST THAT I AGREE WITH MR. NASSIRI,

09:10AM  2  YOUR HONOR.

09:10AM  3          THE COURT:  OKAY.  THANK YOU.

09:10AM  4      I HAVE A CHECKLIST HERE THAT I'M JUST GOING TO GO THROUGH

09:10AM  5  IN NO PARTICULAR ORDER.

09:10AM  6      THE AMOUNT OF RECOVERY IS SOMETHING THAT -- AND THIS IS

09:10AM  7  INCLUDED IN THE NOTICE AND THAT INFORMATION.

09:10AM  8      I'M WONDERING IF -- DO WE KNOW WHAT THE AMOUNT OF -- AN

09:10AM  9  ESTIMATE OF RECOVERY IS IF PLAINTIFFS HAVE PREVAILED IN THE

09:10AM  10 CASE?  AND WHEN I LOOK AT THE RECOVERY, AND I'M GOING TO

09:10AM  11 SUGGEST SOME DIFFERENT LANGUAGE FOR THAT, YOU PROVIDE, YOU

09:10AM  12 PROVIDE A RANGE OF POTENTIAL COST OF THE ADMINISTRATOR BASED ON

09:10AM  13 THEIR RECOVERY RATE.  I THINK IT'S 1 -- WHAT IS IT, 1.1 TO

09:11AM  14 1.5 PERCENT, SOMETHING LIKE THAT.

09:11AM  15      BUT I'M CURIOUS, IS THAT SOMETHING THAT YOU COULD DO WITH

09:11AM  16 THE ESTIMATE OF RETURN FOR THE PLAINTIFFS?  SHOULD THEY KNOW

09:11AM  17 THAT AND SHOULD THAT BE A LITTLE BIT GREATER STATED?

09:11AM  18          MR. NASSIRI:  I AM NOT -- I DON'T ENTIRELY

09:11AM  19 UNDERSTAND YOUR QUESTION, YOUR HONOR.

09:11AM  20          THE COURT:  I'M SORRY.  I'M NOT ARTICULATING WELL

09:11AM  21 THEN.

09:11AM  22      LET'S GO TO THE NOTICE THEN AND MAYBE THAT'S SOMETHING

09:11AM  23 THAT I CAN TELL YOU ABOUT.  LET'S SEE, I THINK IT'S EXHIBIT 1

09:11AM  24 IS IT OR I?

09:11AM  25          MR. NASSIRI:  I, YOUR HONOR.

09:11AM 1          THE COURT:  YES.  IT SAYS IT'S NUMBER 6.  I HAVE

09:11AM 2  PAGE 4.  IT MIGHT BE A DIFFERENT PAGE THAN YOURS WITH THE ECF.

09:11AM 3       HOW MUCH WILL MY PAYMENT BE?  AND THEN THERE'S A PARAGRAPH

09:12AM 4  THAT TALKS ABOUT THE DISTRIBUTION, SETTLEMENT CLASS FUND AND

09:12AM 5  ALL OF THAT.

09:12AM 6       AND THEN YOU TURN THE PAGE AND THEN IT TALKS IN ANOTHER

09:12AM 7  PARAGRAPH ABOUT IF YOU SUBMIT AN APPROVED, AND YOU HAVEN'T,

09:12AM 8  YOU'LL RECEIVE, AND I GUESS THIS IS THE ANSWER TO THE QUESTION

09:12AM 9  THAT WAS POSED ON THE PREVIOUS PAGE, YOU WILL RECEIVE AN EQUAL

09:12AM 10  SHARE OF THE NET SETTLEMENT FUND.

09:12AM 11       AND I DON'T KNOW WHAT THAT INFORMS AN AVERAGE CLAIMANT.

09:12AM 12  SHOULD THERE BE -- I GUESS MY QUESTION IS SHOULD THERE BE

09:12AM 13  LANGUAGE THERE THAT SAYS THE ESTIMATE IS?  PLEASE SEE OUR

09:12AM 14  ESTIMATE ON ADMINISTRATOR'S COSTS.  WE THINK THAT YOU'RE ABLE

09:12AM 15  TO CALCULATE THAT SO CAN WE -- IS THERE SOME MECHANISM THAT YOU

09:12AM 16  CAN COME UP WITH ON THIS?

09:12AM 17       AND I'M GETTING AHEAD OF MYSELF, BUT LET ME SUGGEST TO YOU

09:12AM 18  WHEN WE GO THROUGH THE 23(B) FACTORS, ONE OF THE QUESTIONS I

09:13AM 19  HAVE IS ON SUPERIORITY.  AND THE QUESTION I'M GOING TO POSE TO

09:13AM 20  YOU IS WHY WOULD SOMEONE JOIN THE CLASS IF THEY'RE GOING TO GET

09:13AM 21  A REDUCED AMOUNT IF THERE ARE STATUTORY DAMAGES THAT ALLOW THEM

09:13AM 22  TO GET $1,000 PER, PER CLICK POTENTIALLY?  AND IF SOMEONE WAS

09:13AM 23  IN THE TIME PERIOD HERE THAT WE'RE ALL GOING TO TALK ABOUT, IF

09:13AM 24  SOMEONE DID 100 SEARCHES, 20 SEARCHES, YOU KNOW, $20,000

09:13AM 25  POTENTIALLY VERSUS WHATEVER THIS POTENTIAL SETTLEMENT IS, IS

09:13AM 1    THAT SOMETHING THAT THE CLAIMANTS, THE CLASS SHOULD KNOW ABOUT

09:13AM 2    BEFORE THEY MAKE A DECISION TO OPT OUT OR I'M GOING TO GO DOWN

09:13AM 3    TO EJD'S COURTROOM AND FILE MY OWN LAWSUIT AND GET MY OWN

09:13AM 4    $1,000 OR $20,000 OR WHATEVER IT IS.

09:13AM 5         YOU UNDERSTAND MY QUESTION?

09:14AM 6              MR. NASSIRI:  I UNDERSTAND THE QUESTION.  I'LL TAKE

09:14AM 7    THE FIRST ONE FIRST.

09:14AM 8         IF YOU LOOK AT EXHIBIT F, YOUR HONOR, WHICH IS THE CLAIM

09:14AM 9    FORM, THE SECOND PAGE.

09:14AM 10             THE COURT:  YES.

09:14AM 11             MR. NASSIRI:  SO SETTLEMENT PAYMENT ELIGIBILITY,

09:14AM 12   THERE'S A NOTE THERE THAT REFERS ANYONE WHO FILES A CLAIM TO

09:14AM 13   CHECK THE SETTLEMENT WEBSITE TO RECEIVE ESTIMATES OF HOW

09:14AM 14   MUCH -- TO LEARN HOW MUCH THEY WILL RECEIVE.

09:14AM 15        WE DECIDED TO DO IT THAT WAY BECAUSE WE THOUGHT IT WOULD

09:14AM 16   BE MORE ACCURATE GIVEN THAT WE ARE NOT SURE HOW MANY CLAIMS

09:14AM 17   WILL BE PAID.

09:14AM 18             THE COURT:  SURE.

09:14AM 19             MR. NASSIRI:  AND THE IDEA, YOUR HONOR, IS THAT THE

09:14AM 20   SETTLEMENT ADMINISTRATOR VERY SHORTLY AFTER THE WEBSITE GOES

09:14AM 21   LIVE WILL BEGIN TO CALCULATE ESTIMATES THAT WILL LARGELY BE

09:14AM 22   DEPENDENT ON HOW MANY CLAIMS HAVE BEEN FILED SINCE THIS IS PRO

09:14AM 23   RATA.

09:14AM 24             THE COURT:  EXACTLY.

09:15AM 25             MR. NASSIRI:  AND THAT ESTIMATE WILL BE UPDATED

09:15AM   1    PERIODICALLY.

09:15AM   2              THE COURT:  MAYBE WE SHOULD TELL THEM THAT.  DO YOU

09:15AM   3    THINK?

09:15AM   4              MR. NASSIRI:  WE COULD PUT THAT IN THE NOTICE,

09:15AM   5    YOUR HONOR.

09:15AM   6              THE COURT:  I THINK HAVING THEM -- AND THIS IS GOING

09:15AM   7    TO BE -- PARDON ME FOR INTERRUPTING YOU, MR. NASSIRI, BUT THE

09:15AM   8    CLAIM FORM WILL BE ELECTRONIC OR THEY CAN SEND IT IN BY MAIL

09:15AM   9    APPARENTLY.

09:15AM  10              MR. NASSIRI:  CORRECT.  WE HOPE THAT -- WE TRIED TO

09:15AM  11    MAKE THIS AS FRICTIONLESS AS POSSIBLE, SO WE EXPECT MOST PEOPLE

09:15AM  12    WILL SUBMIT ELECTRONICALLY, BUT YOU CAN PRINT IT OUT AND MAIL

09:15AM  13    IT IN.

09:15AM  14              THE COURT:  SURE.  AND THE ASSUMPTION I THINK IS

09:15AM  15    THAT, WELL, IF THEY'RE USING GOOGLE AS A SEARCH, THEY HAVE A

09:15AM  16    VEHICLE, THERE'S SOME BASIC KNOWLEDGE OF HOW TO USE THEIR

09:15AM  17    COMPUTER AND USE A MOUSE AND ALL OF THAT.

09:15AM  18              MR. NASSIRI:  EXACTLY.

09:15AM  19              THE COURT:  AND SO THAT WAS MY QUESTION.  IS IT

09:15AM  20    CLUMSY TO ASK THEM TO FILL THIS FORM OUT BUT THEN TOGGLE OVER,

09:15AM  21    EXCUSE ME, TO ANOTHER CITE TO GET THE MOST UPDATED INFORMATION?

09:15AM  22    AND IF IT'S NOT CLUNKY TO DO THAT, IF THAT SOUNDS LIKE A

09:16AM  23    SEAMLESS WAY TO DO THAT, SHOULD WE TELL THEM THAT WHILE WE

09:16AM  24    ANTICIPATE WHATEVER IT IS, PRO RATA MEANS THAT YOU WILL GET A

09:16AM  25    PORTION BUT THAT'S DEPENDENT ON THE NUMBER OF CLAIMANTS, AND TO

09:16AM 1    KEEP AN UPDATE ON THE BATTING AVERAGE, YOU CAN GO TO THIS

09:16AM 2    WEBSITE, AND IT'S GOING TO, WHATEVER, BE UPDATED, I DON'T KNOW

09:16AM 3    WHAT IS, BUT I DON'T KNOW HOW THEY DO THAT.  I MEAN, JUST TO

09:16AM 4    LET THEM KNOW.

09:16AM 5         MR. NASSIRI:  YES.  OF COURSE, YOUR HONOR.

09:16AM 6    I BELIEVE THAT THE FRONT PAGE, THE LANDING PAGE OF THE

09:16AM 7    WEBSITE WILL HAVE THE MOST RECENT ESTIMATE ON IT.

09:16AM 8    SO WHEN A CLASS MEMBER GETS NOTICE THROUGH SOCIAL MEDIA,

09:16AM 9    SOCIAL INFLUENCERS OR BANNER ADS AND VARIOUS OTHER --

09:16AM 10        THE COURT:  LET ME SAY, IT'S AMAZING THAT THE

09:16AM 11   ADMINISTRATOR CAN DO ALL OF THAT, HAS THESE ALGORITHMS THAT CAN

09:16AM 12   LET THEM FIND OUT WHAT IS THE BEST TOOL.

09:17AM 13   I DON'T THINK TEN YEARS AGO WHEN THIS LAWSUIT WAS

09:17AM 14   INITIATED THOSE TOOLS EXISTED.

09:17AM 15        MR. NASSIRI:  IT IS AMAZING.  THEY REALLY REFINED

09:17AM 16   THIS, AND THOSE PROGRAMS ARE DYNAMIC.  THEY HAVE REAL TIME

09:17AM 17   MEASUREMENTS AND METRICS SO THAT THEY CAN SEE WHAT IS WORKING

09:17AM 18   AND WHAT IS NOT.

09:17AM 19        THE COURT:  RIGHT.

09:17AM 20        MR. NASSIRI:  SO WHEN A CLASS MEMBER DOES GET NOTICE

09:17AM 21   AND IS DIRECTED TO THE SETTLEMENT WEBSITE, I BELIEVE THAT THE

09:17AM 22   FIRST PAGE THEY LAND ON, WHICH IS THE HOME PAGE FOR THE

09:17AM 23   SETTLEMENT WEBSITE, WILL HAVE PROMINENTLY DISPLAYED AN ESTIMATE

09:17AM 24   OF THE RECOVERY.

09:17AM 25        THE COURT:  OF RECOVERY TO DATE OR WHATEVER IT IS.

09:17AM 1          MR. NASSIRI:  YES.

09:17AM 2          THE COURT:  HOWEVER THAT IS UPDATED.

09:17AM 3      MAYBE CAN WE TELL THEM THAT SO THEY KNOW OR SOMEHOW

09:17AM 4  EXPRESS THAT?

09:17AM 5          MR. NASSIRI:  ABSOLUTELY, YOUR HONOR.

09:17AM 6          THE COURT:  PARDON MY PRESUMPTION, BUT I THINK THAT

09:17AM 7  MIGHT BE A MORE FULSOME ANSWER TO THE QUESTION OF HOW MUCH WILL

09:17AM 8  MY PAYMENT BE.

09:17AM 9      AND ONE THING I NOTICED, IT SEEMS LIKE THE PARAGRAPHS THAT

09:17AM 10  I'VE IDENTIFIED ON NUMBER 6, MAYBE WE COULD FLIP THOSE, MEANING

09:18AM 11  THE PARAGRAPH THAT APPEARS ON MY PAGE 5 AT THE TOP.  IF YOU

09:18AM 12  SUBMIT AN APPROVED CLAIM AND HAVE NOT SUBMITTED A VALID REQUEST

09:18AM 13  FOR EXCLUSION, MAY BE THAT SHOULD GO FIRST, AND THEN THE OTHER

09:18AM 14  ONE WHICH TALKS ABOUT THE PROCESS SHOULD GO SECOND.

09:18AM 15          MR. NASSIRI:  YES, YOUR HONOR, WE CAN DO THAT.

09:18AM 16          THE COURT:  I'M ASKING YOUR THOUGHTS ON WHETHER YOU

09:18AM 17  THINK THAT INFORMS.

09:18AM 18          MR. NASSIRI:  I AGREE, YOUR HONOR.  I THINK IT MAKES

09:18AM 19  SENSE BECAUSE THAT'S PROBABLY WHAT PEOPLE ARE MOST INTERESTED

09:18AM 20  IN.

09:18AM 21          THE COURT:  I THINK SO, THAT QUESTION --

09:18AM 22          MR. NASSIRI:  YEAH.

09:18AM 23          THE COURT:  -- HOW MUCH AM I GETTING?

09:18AM 24      AND THANK YOU FOR TELLING ME ABOUT THE WEBSITE THAT IS

09:18AM 25  GOING TO BE DYNAMIC.  IF THEY KNOW THAT, THEN THEY KNOW HOW TO

09:18AM  1     TOGGLE OVER TO THAT.  THAT WOULD BE GREAT.  THANK YOU.

09:18AM  2          LET ME ASK ABOUT CY PRES.  I THINK WE SHOULD IDENTIFY A

09:19AM  3     RECIPIENT OR RECIPIENTS EARLY, AND I'D ENCOURAGE YOU TO MEET

09:19AM  4     AND CONFER AND MAYBE LET'S GET THAT -- WE HAD A DISCUSSION I

09:19AM  5     RECALL ABOUT A DECADE AGO ABOUT THAT.

09:19AM  6          MR. NASSIRI:  YES, YOUR HONOR, WE CAN DO THAT.

09:19AM  7          JUST ALSO TO INFORM THE COURT, WE, IN DESIGNING THE CLAIMS

09:19AM  8     PROCESS, AGAIN WITH THE ADVENT -- WITH THE ADVANCE OF TIME, WE

09:19AM  9     HAVE HALF A DOZEN OR SO ELECTRONIC PAYMENT OPTIONS, INCLUDING

09:19AM  10    PAYPAL, VENMO, MASTERCARD --

09:19AM  11         THE COURT:  RIGHT.

09:19AM  12         MR. NASSIRI:  -- AS WELL AS PAPER CHECKS FOR PEOPLE

09:19AM  13    WHO WANT THEM.

09:19AM  14         BUT THE UPSHOT THERE, YOUR HONOR, IS THAT IT'S MUCH MORE

09:19AM  15    EFFICIENT AND LESS EXPENSIVE TO MAKE DISTRIBUTIONS.

09:19AM  16         SO BEING THAT THIS IS A PRO RATA DISTRIBUTION AND IT'S NOT

09:19AM  17    REVERSIONARY, AFTER THE FIRST ROUND OF DISTRIBUTIONS, TO THE

09:19AM  18    EXTENT THAT ANY MONIES ARE UNCLAIMED WILL, YOU KNOW,

09:19AM  19    REDISTRIBUTE THE UNCLAIMED MONEY PRO RATA SO LONG AS THE COST

09:20AM  20    OF DOING SO DOESN'T EXCEED WHAT IS LEFT.  BUT AGAIN, BECAUSE

09:20AM  21    THE COST IS SO LOW, YOUR HONOR, AND BECAUSE ELECTRONIC DEPOSITS

09:20AM  22    PROBABLY SHOULDN'T FAIL AT A HIGH RATE, WE DON'T EXPECT THERE

09:20AM  23    TO BE MUCH FOR CY PRES.

09:20AM  24         THE COURT:  SURE.  OKAY.

09:20AM  25         MR. JOHNSON.

09:20AM 1      MR. JOHNSON:  WELL, YOUR HONOR, SINCE IT WAS SUCH A

09:20AM 2   HOT BUTTON ISSUE THE LAST TIME, IT'S A LITTLE BIT OF TAIL AND

09:20AM 3   DOG AND I THINK MORE SO FOR THE REASONS THAT MR. NASSIRI

09:20AM 4   EXPLAINED.

09:20AM 5      WE'RE QUITE HAPPY TO DO IT IN A WAY THAT IS MOST

09:20AM 6   SATISFACTORY TO THE COURT.  IF THE COURT WOULD LIKE TO APPOINT

09:20AM 7   A SPECIAL MASTER TO DO IT, WE DON'T THINK IT'S GOING TO BE BIG,

09:20AM 8   OR HAVE A MAGISTRATE DO IT, THAT'S FINE.

09:20AM 9      THE OTHER THINGS THAT WE WERE TALKING ABOUT, JUST TO BE

09:20AM 10  COMPLETELY CARDS ON TABLE, IS THAT WE COULD PICK, FOR EXAMPLE,

09:20AM 11  A PREVIOUSLY COURT APPROVED OF CY PRES RECIPIENTS IN, FOR

09:20AM 12  EXAMPLE, THE STREET VIEW CASE HERE RECENTLY VETTED AND

09:20AM 13  APPROVED, AND THERE WERE ABOUT FIVE, AND WE COULD PICK FROM

09:21AM 14  AMONG THEM.  WE CAN PICK FROM AMONG THE ONES ORIGINALLY IN THIS

09:21AM 15  CASE THAT WEREN'T OBJECTED TO.  BUT WE ARE, YOU KNOW -- WE

09:21AM 16  DON'T THINK IT WILL BE A PROBLEM, BUT WE'RE HAPPY TO TAKE

09:21AM 17  GUIDANCE FROM THE COURT ON THAT POINT.

09:21AM 18      THE COURT:  THANK YOU.  AGAIN, IT SOUNDS LIKE WE'RE

09:21AM 19  TALKING AND LOOKING AT THE REARVIEW MIRROR, AREN'T WE, AS TO

09:21AM 20  WHERE WE WERE AND WHERE WE ARE.  AND THERE ARE MORE

09:21AM 21  EFFICIENCIES, I'LL SAY, THAT EXIST NOW THAT AFFORD THIS WITH

09:21AM 22  DIRECT DEPOSIT AND SO WE DON'T HAVE TO SEND CHECKS AND THINGS.

09:21AM 23  AND THAT'S NOT NECESSARY.

09:21AM 24      BUT IT WOULD BE -- I DO THINK IT WOULD BE HELPFUL TO

09:21AM 25  IDENTIFY A RECIPIENT IF WE CAN.  I THINK THAT MIGHT BE HELPFUL.

09:21AM 1      I KNOW IN THE PAST I HAVE REFERRED TO A MAGISTRATE JUDGE

09:21AM 2  OR ACTUALLY RETIRED MAGISTRATE JUDGE AT JAMS, I THINK SHE'S AT

09:22AM 3  JAMS NOW, TO LOOK INTO A CY PRES RECIPIENT, AND THAT'S FINE.

09:22AM 4  BUT I'M NOT SURE WE NEED TO DO THAT.  THAT JUST ADDS ANOTHER

09:22AM 5  LAYER, DOESN'T IT?

09:22AM 6      MR. NASSIRI:  YEAH.

09:22AM 7      THE COURT:  OKAY.  SO LET'S WORK ON THAT AND SEE

09:22AM 8  WHERE THAT LEADS US BECAUSE I DON'T -- I THINK I TOLD YOU A

09:22AM 9  DECADE AGO THAT THERE WAS A CASE THAT MY PREDECESSOR HANDLED

09:22AM 10  AND IT WAS, OH, JUDGE, ALL OF THE MONEY IS GOING TO GO AWAY AND

09:22AM 11  ABOUT THREE YEARS LATER THE MATTER WAS ON CALENDAR AFTER IT HAD

09:22AM 12  BEEN RESOLVED AND THEY WERE IN AND THEY SAID, GEE, JUDGE, WE

09:22AM 13  HAVE $30,000 AND WE DON'T KNOW WHAT TO DO WITH IT.  AND, YOU

09:22AM 14  KNOW, WE HAD TO SOLVE THAT QUESTION.

09:22AM 15      OKAY.  SO LET'S WORK ON THAT.  THANK YOU.

09:22AM 16      LET ME -- I WANT TO TALK ABOUT THE NOTICE HERE.  BUT I

09:22AM 17  THINK I ASKED THIS QUESTION EARLIER ABOUT WHAT IS THE POTENTIAL

09:23AM 18  RECOVERY IF PLAINTIFFS WON THE FULL CASE.  I THINK I ASKED THAT

09:23AM 19  EARLIER.  DO WE KNOW THAT?  DO WE KNOW THE ANSWER TO THAT

09:23AM 20  QUESTION?  THAT'S CONTINGENT ON HOW BIG OR HOW MANY CLIENTS

09:23AM 21  THAT YOU HAVE.

09:23AM 22      MR. NASSIRI:  THAT IS A HARD NUMBER TO PIN DOWN,

09:23AM 23  YOUR HONOR.

09:23AM 24      SO OUR CURRENT ESTIMATE, IF I WERE TO GIVE YOU A VERY

09:23AM 25  BROAD RANGE, IT WOULD BE SOMEWHERE BETWEEN 100 AND 200 MILLION

09:23AM 1      CLASS MEMBERS.  PROBABLY SOMEWHERE RIGHT IN THE MIDDLE.

09:23AM 2           EVEN IF IT WERE JUST ONE SEARCH PER CLASS MEMBER, THAT'S A

09:23AM 3      PRETTY BIG NUMBER, YOUR HONOR.

09:23AM 4           THE COURT:  THAT MATH IS TOO BIG FOR ME TO DO, BUT

09:23AM 5      IT'S RIGHT UP YOUR ALLEY.  WHAT DO YOU THINK?

09:23AM 6           MR. NASSIRI:  I HAVEN'T DONE THE MATH.  I KNOW IT'S

09:23AM 7      A BIG NUMBER, YOUR HONOR.

09:23AM 8           THE COURT:  IS IT A "B" NUMBER?  IS IT A "T" NUMBER?

09:23AM 9           MR. NASSIRI:  I THINK IT'S A "T" NUMBER, YOUR HONOR.

09:23AM 10          THE COURT:  A "T" NUMBER, RIGHT.

09:24AM 11          MR. NASSIRI:  TOO BIG TO SETTLE.  IT'S A HUGE NUMBER

09:24AM 12     AND THAT'S A FEATURE OF SOME OF THESE PRIVACY CLASS ACTIONS,

09:24AM 13     PARTICULARLY WITH STATUTORY DAMAGES.

09:24AM 14          THE COURT:  RIGHT.

09:24AM 15          MR. NASSIRI:  HOWEVER, THERE IS PLENTY OF PRECEDENT,

09:24AM 16     YOUR HONOR, FOR CASES LIKE THIS AND WHAT IS A REASONABLE, FAIR,

09:24AM 17     AND ADEQUATE SETTLEMENT.

09:24AM 18        WE LOOKED CAREFULLY AT WHAT THESE CASES -- HOW THEY HAVE

09:24AM 19     SETTLED SIMILAR CASES, WHAT HAS BEEN APPROVED.

09:24AM 20        WE'VE HAD A VERY EXPERIENCED MAGISTRATE JUDGE.

09:24AM 21          THE COURT:  SHE'S TERRIFIC, ISN'T SHE?

09:24AM 22          MR. NASSIRI:  FANTASTIC, YOUR HONOR.  HONESTLY, SHE

09:24AM 23     WAS NIGHT AND DAY.  SHE WAS TENACIOUS, VERY AVAILABLE, VERY

09:24AM 24     ENGAGED, AND I'M VERY APPRECIATIVE BECAUSE SHE HELPED US

09:24AM 25     RESOLVE THE CASE.  AND I BELIEVE, AS WE PUT IN OUR PAPERS,

09:24AM 1    YOUR HONOR, THIS WAS A MEDIATOR'S PROPOSAL.

09:24AM 2            THE COURT:  YES.

09:24AM 3            MR. NASSIRI:  AND WE BELIEVE THAT IT'S A VERY GOOD

09:25AM 4    OUTCOME FOR THE CLASS NOTWITHSTANDING THE "T" NUMBER.  AND, OF

09:25AM 5    COURSE, NOBODY HAS EVER GONE TO TRIAL IN A CASE LIKE THIS AND

09:25AM 6    GOTTEN THAT KIND OF JUDGMENT OR A VERDICT.

09:25AM 7            THE COURT:  OKAY.  LET ME -- I THINK IT'S ON THE

09:25AM 8    NOTICE FORM.  LET'S SEE.  YES, IT'S EXHIBIT I.  THIS IS JUST A

09:25AM 9    TYPO, AND I WANT TO CALL IT TO YOUR ATTENTION.  IT'S PAGE 2.

09:25AM 10   IT'S UNDER YOUR BOX OF LEGAL RIGHTS AND OPTIONS IN THIS

09:25AM 11   SETTLEMENT, WHICH APPEARS ON THE BOTTOM OF PAGE 1 THAT I HAVE A

09:25AM 12   COPY OF.  IT MIGHT BE A DIFFERENT PAGINATION FOR YOU.

09:25AM 13       UP AT THE TOP IT SAYS "EXCLUDE YOURSELF," AND THEN YOU'LL

09:25AM 14   SEE IN THE BOX THAT CONTINUES.  YOU HAVE ALREADY CAUGHT IT,

09:25AM 15   HAVEN'T YOU?

09:25AM 16           MR. NASSIRI:  YES, YOUR HONOR.  GOOGLE, NOT APPLE.

09:25AM 17   THANK YOU.

09:25AM 18           THE COURT:  ALTHOUGH, LET ME ASK THE DEFENSE WHAT

09:25AM 19   THEY WOULD LIKE.

09:25AM 20       (LAUGHTER.)

09:26AM 21           MR. JOHNSON:  IT COULD BE WORSE, YOUR HONOR.

09:26AM 22           THE COURT:  SO WE'LL JUST MAKE THAT CORRECTION.

09:26AM 23           MR. NASSIRI:  GREAT.

09:26AM 24           THE COURT:  GREAT.  THANK YOU.  LET'S SEE.

09:26AM 25       AND ALSO IN THE NOTICE, IS THERE A DISCREPANCY?  DOES THE

09:26AM 1     NOTICE SAY OCTOBER 26TH AND THEN THE SETTLEMENT AGREEMENT SAY

09:26AM 2     OCTOBER 25TH?

09:26AM 3              MR. NASSIRI:  I BELIEVE -- YES, YOUR HONOR.  THANK

09:26AM 4     YOU.

09:26AM 5              THE COURT:  AND WE'LL CORRECT THAT TO WHATEVER DATE

09:26AM 6     IS IN THE AMENDED COMPLAINT, I THINK.

09:26AM 7              MR. JOHNSON:  YES, YOUR HONOR.  AND THANK YOU,

09:26AM 8     YOUR HONOR.

09:26AM 9              THE COURT:  CAN I ASK A QUESTION ABOUT LANGUAGES?

09:26AM 10    IT'S ALWAYS A QUESTION THAT WE DISCUSS IN THE NOTICE.

09:27AM 11        WHAT SHOULD WE KNOW ABOUT THAT, MR. NASSIRI?

09:27AM 12             MR. NASSIRI:  WE ARE PLANNING ON BOTH FOR THE NOTICE

09:27AM 13    AND THE ADS, SOME OF THE ADS THAT ARE GOING OUT IN ENGLISH AND

09:27AM 14    SPANISH.

09:27AM 15             THE COURT:  OKAY.  ARE THERE ANY OTHER LANGUAGES?

09:27AM 16    SHOULD WE CONSIDER MANDARIN, CANTONESE, VIETNAMESE, ANY OTHER

09:27AM 17    LANGUAGES?  I'M JUST THROWING THAT OUT THERE.

09:27AM 18             MR. NASSIRI:  I THINK WE TOOK SOME GUIDANCE FROM OUR

09:27AM 19    CLAIMS ADMINISTRATOR WHO HAS BETTER INFORMATION THAN WE DO

09:27AM 20    ABOUT THE DEMOGRAPHIC, THE ONLINE DEMOGRAPHIC HERE AND THE

09:27AM 21    RECOMMENDATION WHICH WE ACCEPTED WAS ENGLISH AND SPANISH.

09:27AM 22             THE COURT:  SURE.  AND I WAS THINKING ABOUT THE

09:27AM 23    QUESTION IS, WELL, WHEN SOMEBODY USES GOOGLE, I GUESS WE THINK,

09:27AM 24    WELL, IT'S IN ENGLISH, THEY'RE LOOKING AT AN ENGLISH LANGUAGE,

09:27AM 25    BUT NOT NECESSARILY.  I GUESS MAYBE YOU CAN HELP ME WITH THAT.

09:27AM 1   I DON'T KNOW WHAT YOU OR YOUR ADMINISTRATOR THINKS ABOUT THAT.

09:28AM 2          MR. NASSIRI:  I THINK YOU'RE RIGHT, YOUR HONOR.  I

09:28AM 3   THINK YOU CAN TRANSLATE THESE WEB PAGES INTO DOZENS OF

09:28AM 4   LANGUAGES.

09:28AM 5        BUT WE DIDN'T GET ANY INFORMATION FROM THE ADMINISTRATOR

09:28AM 6   THAT LED US TO BELIEVE THAT IT WOULD BE EFFICIENT OR NECESSARY

09:28AM 7   TO DO ANY -- DO THIS IN ANY OTHER LANGUAGE.

09:28AM 8          THE COURT:  OKAY.

09:28AM 9          MR. NASSIRI:  I THINK, YOUR HONOR, IF SOMEBODY WHO

09:28AM 10  DOES NOT SPEAK ENGLISH OR SPANISH GOES TO THE WEBSITE, THEY CAN

09:28AM 11  VERY EASILY HAVE THE WEBSITE TRANSLATED BY THE BROWSER AND

09:28AM 12  PEOPLE WHO DON'T SPEAK ENGLISH ARE PROBABLY VERY FAMILIAR WITH

09:28AM 13  THAT FUNCTION SO THEY CAN SURF THE INTERNET AND GET THESE

09:28AM 14  TRANSLATIONS.

09:28AM 15          THE COURT:  I SEE.

09:28AM 16          MR. NASSIRI:  I KNOW I DO IT SOMETIMES WHEN I VIEW

09:28AM 17  WEBSITES THAT ARE NOT WRITTEN IN ENGLISH.

09:28AM 18        GIVEN THE TECHNOLOGY, IT'S PROBABLY EASY ENOUGH FOR PEOPLE

09:29AM 19  TO TRANSLATE ANYTHING THAT IS IN ENGLISH.

09:29AM 20          THE COURT:  OKAY.  DID THIS EXIST TEN YEARS AGO?

09:29AM 21          MR. NASSIRI:  NOT AS ROBUST.

09:29AM 22          THE COURT:  MAYBE WE SHOULD ASK GOOGLE.

09:29AM 23          MR. JOHNSON:  WELL, I THINK IT'S CONSTANTLY BEING

09:29AM 24  IMPROVED, YOUR HONOR.  NOW IT'S AT A POINT WHERE IT'S PRETTY

09:29AM 25  SEAMLESS, AND I'VE DONE IT FOR MYSELF FOR FAR FLUNG WEBSITES

09:29AM 1  AND YOU GET PRETTY GOOD TRANSLATIONS AUTOMATICALLY.

09:29AM 2  THE COURT:  OKAY.  SO THE ADMINISTRATORS SAY

09:29AM 3  SPANISH, ENGLISH/SPANISH?

09:29AM 4  MR. NASSIRI:  CORRECT, YOUR HONOR.

09:29AM 5  THE COURT:  AND THEN WE DON'T HAVE TO ADVISE THE

09:29AM 6  PUBLIC THAT YOU CAN TRANSLATE THIS IF YOU DON'T UNDERSTAND?

09:29AM 7  MR. NASSIRI:  I DON'T BELIEVE SO FOR THE REASONS

09:29AM 8  THAT WE HAVE JUST BEEN DISCUSSING.  I THINK MR. JOHNSON IS

09:29AM 9  CORRECT THAT IT CAN BE EVEN AUTOMATIC.  SO IF YOU'RE NOT A

09:29AM 10  NATIVE ENGLISH SPEAKER, YOU ALREADY HAVE YOUR WEBSITE TO

09:29AM 11  AUTOMATICALLY TRANSLATE.

09:30AM 12  THE COURT:  OKAY.  WILL -- I'M ALSO CURIOUS ABOUT IT

09:30AM 13  DOESN'T SEEM TO CONSIST -- THE AGREEMENT, THE SETTLEMENT

09:30AM 14  AGREEMENT THAT TALKED ABOUT COSTS TAKEN OUT OF THE SETTLEMENT

09:30AM 15  FUND, IS THERE LANGUAGE THAT INFORMS THE CLASS ABOUT THAT?

09:30AM 16  MR. NASSIRI:  I BELIEVE SO, YOUR HONOR.

09:30AM 17  THE COURT:  AND IS THERE LANGUAGE THAT SAYS THAT

09:30AM 18  THAT COULD CHANGE DEPENDENT ON THE -- AT THE FAIRNESS HEARING

09:30AM 19  AND THAT GIVES THE PARTIES NOTICE?

09:30AM 20  IN OTHER WORDS, DO THEY -- I GUESS WHAT I'M ASKING IS DO

09:30AM 21  THE CLASS MEMBERS, IS IT REQUIRED THAT THEY GO TO THE WEBSITE

09:30AM 22  TO GET THE MOST CURRENT INFORMATION ON THE STATUS OF THEIR

09:30AM 23  CLAIM OR WILL THEY BE GIVEN, ONCE THEY APPLY, DO THEY THEN --

09:30AM 24  DOES THE ADMINISTRATOR GIVE THEM NOTICE, HEY, THE HEARING IS

09:31AM 25  HERE, OR, HEY, THIS HAS HAPPENED, OUR NUMBERS ARE UP OR

09:31AM  1    SOMETHING LIKE THAT?  IS IT INCUMBENT ON THE CLASS TO CHECK

09:31AM  2    THAT?

09:31AM  3              MR. NASSIRI:  IT IS INCUMBENT ON THE CLASS TO CHECK

09:31AM  4    THAT.

09:31AM  5              THE COURT:  OKAY.  IS THAT PRETTY STANDARD?

09:31AM  6              MR. NASSIRI:  I BELIEVE IT IS STANDARD.

09:31AM  7              THE COURT:  OKAY.  LET ME ASK ABOUT CAFA NOTICE.  WE

09:31AM  8    WERE SUPPOSED TO GET -- I THINK THE ADMINISTRATOR -- ARE PROOFS

09:31AM  9    OF SERVICE ON FILE YET?  KROLL WAS SUPPOSED TO DO THIS, RIGHT?

09:31AM 10              MR. NASSIRI:  THEY'RE NOT, YOUR HONOR.  WE WERE

09:31AM 11    DISCUSSING THIS BEFORE THE HEARING.

09:31AM 12              THE COURT:  OH.

09:31AM 13              MR. NASSIRI:  SO I -- WE BELIEVE THAT THE CLAIMS

09:31AM 14    ADMINISTRATOR HAS SENT OUT CAFA NOTICE, BUT WE DO NOT HAVE

09:31AM 15    CONFIRMATION OF THAT.

09:31AM 16        IF THE CLAIMS ADMINISTRATOR HAS NOT, WE WILL IMMEDIATELY,

09:31AM 17    YOUR HONOR.

09:31AM 18              THE COURT:  OKAY.

09:31AM 19              MR. NASSIRI:  AND FILE PROOFS OF SERVICE WITH THIS

09:31AM 20    COURT.  AND I BELIEVE THAT --

09:31AM 21              THE COURT:  THAT'S A CONDITION PRECEDENT; IS THAT

09:31AM 22    RIGHT?  RIGHT, YES.

09:32AM 23        OKAY.  THE OTHER QUESTION I HAD IS YOU TALK ABOUT

09:32AM 24    SELECTING KROLL.  I THINK YOU INTERVIEWED FIVE OTHER PEOPLE AND

09:32AM 25    THEN YOU MADE THE SELECTION.

| 09:32AM | 1 | WAS THAT SELECTION, CAN YOU TELL ME, BASED ON -- DID YOU |

09:32AM   1    WAS THAT SELECTION, CAN YOU TELL ME, BASED ON -- DID YOU

09:32AM   2    FOLLOW THE GOVERNMENT MODEL WHICH IS YOU ACCEPT THE LOWEST

09:32AM   3    BIDDER?  DID YOU MAKE A DETERMINATION ON FEES AND ESTIMATES

09:32AM   4    ABOUT THAT?  OR WHY ARE THEY THE BEST FIT I GUESS IS WHAT I'M

09:32AM   5    ASKING?

09:32AM   6          MR. NASSIRI:  YES, YOUR HONOR.

09:32AM   7    I THINK THE THREE MAIN THINGS THAT LED US TO CHOOSE KROLL

09:32AM   8    OVER THE OTHERS, ONE OF THEM WAS THEIR FOCUS ON SECURITY AND

09:32AM   9    VETTING CLAIMS.  YOU KNOW, IN THIS CASE, YOUR HONOR, THE CLASS

09:32AM   10   IS SELF-IDENTIFIED, IT'S BASED ON AN AFFIDAVIT, AND SO WE FELT

09:33AM   11   IT WAS VERY IMPORTANT TO HAVE A CLAIMS ADMINISTRATOR WHO IS

09:33AM   12   REALLY TUNED IN TO TRY TO PREVENT FRAUDULENT CLAIMS, DUPLICATE

09:33AM   13   CLAIMS, THAT SORT OF THING.

09:33AM   14   AND KROLL IMPRESSED US THE MOST.  THEY ACTUALLY WERE

09:33AM   15   PROACTIVE IN RAISING THE ISSUE COMPARED TO THE OTHER CLAIMS

09:33AM   16   ADMINISTRATORS THAT WE SPOKE WITH.  SO THAT WAS ONE ISSUE OR

09:33AM   17   ONE REASON.

09:33AM   18   IN TERMS OF THE PRICE OF ADMINISTRATION, I DON'T BELIEVE

09:33AM   19   THAT THEY WERE THE LOWEST, BUT THEY WERE, I BELIEVE, THE SECOND

09:33AM   20   LOWEST.  SO THEY WERE VERY COMPETITIVE ON PRICE.

09:33AM   21         THE COURT:  OKAY.

09:33AM   22         MR. NASSIRI:  THEY WERE RESPONSIVE.  I BELIEVE I CAN

09:33AM   23   SHARE THIS WITH THE COURT, WE ACTUALLY, WHEN WE GOT ALL OF THE

09:33AM   24   BIDS, WE KIND OF PLAYED THEM OFF EACH OTHER A LITTLE BIT, AND

09:33AM   25   KROLL WAS WILLING TO IMPROVE THE PRICING ON THE COST OF

09:33AM  1    DISTRIBUTING THE FUNDS ELECTRONICALLY.  THIS WAS VERY IMPORTANT

09:33AM  2    TO US.

09:33AM  3        SO PRICE WAS -- THEY CAME IN AT A VERY GOOD PRICE.

09:33AM  4            THE COURT:  OKAY.

09:33AM  5            MR. NASSIRI:  AND THEN THE THIRD REASON WAS THAT

09:33AM  6    THEY WERE JUST VERY ENGAGED AND THEY SEEMED VERY INTERESTED IN

09:34AM  7    TAKING THE CASE.  OF COURSE THEY'RE VERY EXPERIENCED.  THEY'RE

09:34AM  8    LARGE.  JEAN FINNEGAN HAS A FANTASTIC RESUME, AND MOST OF THEM

09:34AM  9    DID, BUT THOSE ARE THE THREE MAIN REASONS.

09:34AM  10            THE COURT:  OKAY.  THANK YOU.  I APPRECIATE THAT

09:34AM  11    INFORMATION.

09:34AM  12        ANYTHING TO ADD?  YOU WEREN'T INVOLVED IN THAT PROCESS.

09:34AM  13            MR. JOHNSON:  WELL, WE WOULD FROM TIME TO TIME.  I

09:34AM  14    THINK WE SUGGESTED SOME CANDIDATES.  SO, YOU KNOW, WE JUST

09:34AM  15    WANTED A THOROUGH VETTING PROCESS AND A RIGOROUS ONE, AND THAT

09:34AM  16    WAS DONE, YOUR HONOR.

09:34AM  17            THE COURT:  OKAY.  THANK YOU.

09:34AM  18        LET ME TURN TO EXHIBIT I, WHICH IS THE NOTICE AND

09:34AM  19    PARAGRAPH 14 ON PAGE 7 IS WHAT I HAVE IN FRONT OF ME.  IT'S

09:34AM  20    OBJECTING TO THE SETTLEMENT.  THAT BOTTOM PARAGRAPH THERE --

09:34AM  21    THERE'S THREE PARAGRAPHS ON THE PAGE THAT I HAVE, AND THE

09:34AM  22    BOTTOM ONE IS PRETTY MEATY.  IT HAS HEMINGWAY-LIKE GRAMMAR,

09:35AM  23    DOESN'T IT?  IT'S KIND OF STREAM OF CONSCIOUSNESS HERE.

09:35AM  24        BUT IF YOU LOOK AT IT, IT'S LONG.  AND THEN YOU LOOK AT

09:35AM  25    EXHIBIT H AND PAGE 1 OF THE OBJECTION FORM, AND IT HAS THE

09:35AM  1    INFORMATION AT THE TOP.  AND THEN AT THE BOTTOM IT SAYS,

09:35AM  2    "PLEASE STATE THE REASONS FOR YOUR OBJECTION BEFORE.  IF YOU

09:35AM  3    NEED ADDITIONAL SPACE, PLEASE ATTACH ADDITIONAL PAGES."  AND

09:35AM  4    THERE'S ABOUT, I DON'T KNOW, THREE INCHES MAYBE ON THE BOTTOM

09:35AM  5    OF THE PAGE.

09:35AM  6        AND IT JUST LOOKS -- JUST AT A GLANCE, IT LOOKS TO BE A

09:35AM  7    LITTLE DISCONNECT WITH ALL OF THE INFORMATION THAT SAYS

09:35AM  8    OBJECTING TO THE SETTLEMENT, AND IT REALLY IS -- THERE'S A LOT

09:35AM  9    OF INFORMATION THERE.

09:35AM  10       AND THEN TO GO TO THIS PAGE AND SAY, OKAY, NOW OBJECT.  I

09:35AM  11   THINK YOU'RE ASKING THEM TO SOLVE A QUADRATIC EQUATION HERE IN

09:36AM  12   ABOUT TWO INCHES.

09:36AM  13            MR. NASSIRI:  SO THE CONCERN, YOUR HONOR, IS THAT

09:36AM  14   THE FORM SHOULD MAYBE LAY OUT ALL OF THE ITEMS IN THE NOTICE,

09:36AM  15   THAT'S THE COURT'S CONCERN?

09:36AM  16            THE COURT:  WELL, I DON'T KNOW.  I'M ASKING THIS.

09:36AM  17   YOU KNOW, WE'RE ALL DEAR FRIENDS HERE, AND I'M JUST ASKING,

09:36AM  18   WHAT DO YOU THINK?  IS THAT SOMETHING THAT AN OBJECTOR WOULD BE

09:36AM  19   ABLE TO UNDERSTAND?

09:36AM  20            MR. NASSIRI:  I BELIEVE, YOUR HONOR, I WOULD LIKE TO

09:36AM  21   CONFER WITH GOOGLE COUNSEL ON THIS.

09:36AM  22            THE COURT:  YES.

09:36AM  23            MR. NASSIRI:  BUT I TAKE YOUR POINT AND THINK THAT

09:36AM  24   WE COULD PROBABLY MAKE THE OBJECTION FORM A LITTLE MORE ROBUST

09:36AM  25   AND HAVE IT CONFORM KIND OF MORE CLOSELY TO THE REQUIREMENTS SO

09:36AM 1     THAT PEOPLE DON'T NEED TO CROSS-REFERENCE.

09:36AM 2          THE COURT:  RIGHT.  THAT MIGHT BE HELPFUL IF PEOPLE

09:37AM 3     WANT TO OBJECT.

09:37AM 4          MR. NASSIRI:  YES.

09:37AM 5          THE COURT:  IT'S FULLY INFORMATIVE AND COMPLETELY

09:37AM 6     ACCURATE, THE FORM, EXHIBIT I.  AND I DON'T HAVE ANY ISSUE WITH

09:37AM 7     THAT AT ALL.  I JUST WANTED TO DISCUSS AND SHARE YOUR THOUGHTS,

09:37AM 8     BOTH OF YOUR THOUGHTS ABOUT HOW DO I TELL THE COURT THAT I DO

09:37AM 9     NOT LIKE THE SETTLEMENT?

09:37AM 10         AND THE FIRST TWO PARAGRAPHS ARE FINE.  THAT'S HOW YOU DO

09:37AM 11    IT.  AND THEN THE INFORMATION -- AND I RECOGNIZE AND THANK YOU

09:37AM 12    FOR BEING AS INFORMATIVE AS POSSIBLE.  YOU'RE TELLING ME HERE'S

09:37AM 13    EVERYTHING, AND NOW HERE'S THE RULE AGAINST PERPETUITIES, NOW

09:37AM 14    DISCUSS THE RIGHTS AND LIABILITIES OF THE PARTIES.

09:37AM 15         MR. NASSIRI:  THAT'S WHAT CHAT GBT IS FOR,

09:37AM 16    YOUR HONOR.

09:37AM 17         THE COURT:  WE'LL GET TO THAT.  WHERE'S THE

09:37AM 18    PARAGRAPH IN THIS SUIT ENSURES THAT THAT DOESN'T INFECT THINGS?

09:38AM 19         OKAY.  I APPRECIATE YOUR ATTENTION TO THAT.  I JUST WANTED

09:38AM 20    TO LOOK AT THAT.

09:38AM 21         THE OPT OUT FORM.  ARE EMAIL ADDRESSES REQUIRED ON THAT

09:38AM 22    FORM OR WHAT IS THE NATURE OF THAT?  DOES THAT FULL -- DOES THE

09:38AM 23    OPT OUT FORM FULLY INFORM SOMEONE WHAT THEY NEED TO DO?

09:38AM 24         MR. NASSIRI:  I BELIEVE SO, YOUR HONOR.

09:38AM 25         THE COURT:  OKAY.  MR. JOHNSON, ANY COMMENT ON THAT?

| | | |
|---|---|---|
| 09:38AM | 1 | MR. JOHNSON:  NO, YOUR HONOR. |
| 09:38AM | 2 | THE COURT:  LET ME ASK NOW THE CLAIM FORM EXHIBIT F, |
| 09:38AM | 3 | AND IT'S 165-6 IS THE DOCKET.  I'M JUST CURIOUS ON PARAGRAPH 4 |
| 09:39AM | 4 | AFFIRMATION.  IS AFFIRMATION THE SAME AS PENALTY OF PERJURY OR |
| 09:39AM | 5 | DID YOU WANT TO PUT PENALTY OF PERJURY THERE, OR WHAT?  FOR |
| 09:39AM | 6 | EXAMPLE, 2 SAYS THAT "I ATTEST THAT" AND THEN 4 SAYS, |
| 09:39AM | 7 | "I AFFIRM UNDER OATH THAT." |
| 09:39AM | 8 | AM I PICKING NITS HERE?  YOU CAN SAY PROBABLY IF I AM. |
| 09:39AM | 9 | MR. NASSIRI:  ACTUALLY, WHAT IS HAPPENING IS I'M |
| 09:39AM | 10 | FEELING A LITTLE SHEEPISH ABOUT MY VOCABULARY SKILLS, AND I'M |
| 09:39AM | 11 | TRYING TO FIGURE OUT THE DIFFERENCE BETWEEN THE "ATTEST" AND |
| 09:39AM | 12 | THE "AFFIRM" ON THE FLY, YOUR HONOR. |
| 09:40AM | 13 | IT HADN'T SEEMED TO BE AN ISSUE TO ME.  THIS WAS SOMETHING |
| 09:40AM | 14 | THAT WE DISCUSSED WITH GOOGLE, AND THIS IS THE LANGUAGE WE |
| 09:40AM | 15 | ARRIVED AT.  I THINK FOR MOST CLASS MEMBERS WHO PROBABLY AREN'T |
| 09:40AM | 16 | LAWYERS, THIS WILL COMMUNICATE THE POINT WHICH IS THAT THIS |
| 09:40AM | 17 | BETTER BE TRUTHFUL, BUT I'M OPEN TO REVISING THE LANGUAGE IF |
| 09:40AM | 18 | THE COURT BELIEVES IT WOULD BE BETTER TO DO SO. |
| 09:40AM | 19 | THE COURT:  THANK YOU.  WELL, LET ME SAY, I |
| 09:40AM | 20 | UNDERSTAND THAT THERE MIGHT BE SOME TREPIDATION ABOUT PUTTING |
| 09:40AM | 21 | IN "I DECLARE UNDER PENALTY OF PERJURY" BECAUSE THAT HAS SOME |
| 09:40AM | 22 | CONNOTATION AND PUTS PEOPLE AT FEAR AND CONCERN WHO MAY BE NOT |
| 09:40AM | 23 | HAVE ANY BUT NONETHELESS THEY SEE THE WORD "PERJURY" AND THEY |
| 09:40AM | 24 | THROW THE DOCUMENT AWAY OR SOMETHING.  SO I THINK I APPRECIATE |
| 09:40AM | 25 | THE REASON NOT TO USE THOSE WORDS.  BUT I SEE "ATTEST" AND |

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
| 09:40AM | 1  | "AFFIRM" AND MAYBE WE SHOULD HAVE CONSISTENCY WITH WHATEVER THE     |
| 09:40AM | 2  | LANGUAGE IS.                                                        |
| 09:41AM | 3  | MR. NASSIRI:  IS ONE OF THOSE WORDS BETTER THAN THE        |
| 09:41AM | 4  | OTHER, YOUR HONOR?                                                  |
| 09:41AM | 5  | THE COURT:  WHAT DOES YOUR ADMINISTRATOR SAY?              |
| 09:41AM | 6  | MR. NASSIRI:  OKAY.  WE COULD USE -- CHANGE THEM           |
| 09:41AM | 7  | BOTH TO "AFFIRM," YOUR HONOR.                                       |
| 09:41AM | 8  | THE COURT:  THAT WOULD AT LEAST BE CONSISTENT.  WHAT       |
| 09:41AM | 9  | IT IS, IT WOULD BE CONSISTENT.                                      |
| 09:41AM | 10 | MR. JOHNSON:  AND IT'S MORE ORDINARY LANGUAGE.             |
| 09:41AM | 11 | THE COURT:  I THINK SO.  I THINK SO.  OKAY.                |
| 09:41AM | 12 | I APPRECIATE YOU NOT ROLLING YOUR EYES WHEN I RAISE THESE     |
| 09:41AM | 13 | OTHER THINGS.  BUT, YOU KNOW, I'M TRYING TO GET CLARITY FOR US      |
| 09:41AM | 14 | ALL.                                                               |
| 09:41AM | 15 | MR. JOHNSON:  THANK YOU, YOUR HONOR.  THESE ARE           |
| 09:41AM | 16 | GREAT COMMENTS THAT WE WISH WE HAD THOUGHT OF OURSELVES.            |
| 09:41AM | 17 | THAT'S ALL.                                                        |
| 09:42AM | 18 | THE COURT:  OKAY.  LET ME SEE.  LET ME JUST GO            |
| 09:42AM | 19 | THROUGH THE OTHER FACTORS.  I APPRECIATE THE -- I WAS GOING TO      |
| 09:42AM | 20 | CONTINUE WITH GOING THROUGH MY QUESTIONS AND NOTES HERE.            |
| 09:42AM | 21 | MR. NASSIRI:  YOUR HONOR, I'M SORRY.                      |
| 09:42AM | 22 | THE COURT:  YES, PLEASE.                                   |
| 09:42AM | 23 | MR. NASSIRI:  WE JUST HEARD FROM THE CLAIMS               |
| 09:42AM | 24 | ADMINISTRATOR, CAFA NOTICE DID GO OUT AND SO WE WILL FILE THE       |
| 09:42AM | 25 | PROOF OF SERVICE.                                                   |

09:42AM 1              THE COURT:  GREAT.  YOU WERE ABLE TO DO THAT HERE?

09:42AM 2              MR. NASSIRI:  YES.  TEXT MESSAGES.

09:42AM 3              THE COURT:  OKAY.  I'M NOT GOING TO ASK WHETHER HE'S

09:42AM 4     USING A GOOGLE PHONE OR NOT.  WE'LL KEEP THAT FOR ANOTHER --

09:42AM 5     FOR THE FINAL HEARING.

09:42AM 6              MR. JOHNSON:  ON THIS SIDE OF THE TABLE WE ARE,

09:42AM 7     YOUR HONOR.

09:42AM 8              THE COURT:  OF COURSE.  LET ME TURN TO ATTORNEYS'

09:42AM 9     FEES FOR JUST A MOMENT.  I KNOW THE AGREEMENT SAYS IT'S NOT

09:42AM 10    CONDITIONED ON THE SETTLEMENT.  MR. FRANK HAS FILED A DOCUMENT

09:42AM 11    HERE, AND HE'S APPARENTLY GOING TO REQUEST ATTORNEYS' FEES.

09:42AM 12      I'M CURIOUS ABOUT WHAT -- DO THOSE -- DOES THAT REQUEST

09:43AM 13    AND DOES THAT IN ANY WAY AFFECT THE ATTORNEYS' FEES ISSUE HERE

09:43AM 14    AND HOW SHOULD THAT BE RESOLVED IF AT ALL?  WHAT IS GOING TO

09:43AM 15    HAPPEN WITH THAT?  WHAT ARE YOUR THOUGHTS ABOUT THAT?

09:43AM 16             MR. NASSIRI:  WELL, YOUR HONOR, PROCEDURALLY I DON'T

09:43AM 17    BELIEVE THIS IS THE TIME TO DISCUSS ATTORNEYS' FEES.  WE'RE NOT

09:43AM 18    HERE ON AN ATTORNEYS' FEES MOTION.

09:43AM 19             THE COURT:  CORRECT.  AND I'M NOT GOING TO TAKE ANY

09:43AM 20    EVIDENCE ON THAT.  IT'S JUST -- I JUST THOUGHT THAT WE SHOULD

09:43AM 21    TALK ABOUT THAT.  I HAVE A QUESTION ABOUT -- AND LET ME SAY FOR

09:43AM 22    CALENDARING PURPOSES, WHEN WE -- ASSUMING I DO APPROVE THIS AT

09:43AM 23    SOME POINT IN TIME AND WE SET IT FOR FINAL APPROVAL, WILL THAT

09:43AM 24    FINAL APPROVAL HEARING ALSO CONTAIN A TIME TO TALK ABOUT

09:43AM 25    ATTORNEYS' FEES THEN OR WILL WE HAVE A SEPARATE HEARING DATE,

09:43AM 1    FOR EXAMPLE, REGARDING ATTORNEYS' FEES TO DEAL WITH MR. FRANK'S

09:44AM 2    MOTION?  THAT'S WHAT I'M TRYING TO GET AT.  YOU KNOW,

09:44AM 3    PROCEDURALLY, WHAT SHOULD WE DO ABOUT THAT?

09:44AM 4        AND INITIALLY THE FIRST QUESTION IS DOES IT AFFECT OUR

09:44AM 5    SETTLEMENT AT ALL, THE FACT THAT HE FILED, MR. FRANK FILED HIS

09:44AM 6    MOTION?

09:44AM 7            MR. NASSIRI:  NO, I DON'T BELIEVE IT DOES,

09:44AM 8    YOUR HONOR.

09:44AM 9            THE COURT:  OKAY.  GREAT.

09:44AM 10           MR. NASSIRI:  IN TERMS OF WHEN MR. FRANK'S MOTION

09:44AM 11   SHOULD BE HEARD, SHOULD HE CHOOSE TO FILE IT, TYPICALLY

09:44AM 12   OBJECTORS WHO ARE SEEKING FEES DO SO AFTER THEY HAVE ACHIEVED

09:44AM 13   SOME SORT OF CHANGE, BENEFICIAL CHANGE.

09:44AM 14       MR. FRANK'S THEORY IS NOVEL HERE IN THAT THE EVENTS THAT

09:44AM 15   HE WILL ARGUE SERVE AS THE BASIS FOR HIS ENTITLEMENT TO FEES

09:44AM 16   HAVE ALREADY HAPPENED.

09:44AM 17       SO I SUPPOSE FOR EFFICIENCY SAKE, YOUR HONOR, WE COULD

09:44AM 18   HEAR MR. FRANK'S MOTION AT THE SAME TIME THAT OUR MOTION IS

09:45AM 19   HEARD.

09:45AM 20       BUT I THINK IT DEPENDS A BIT ON THE COURT AND HOW MUCH THE

09:45AM 21   COURT NEEDS TO SEE HOW THIS CLAIMS PROCESS PLAYS OUT AND WHAT

09:45AM 22   IS PRESENTED ON FINAL APPROVAL, CONSIDER CLASS COUNSEL'S FEE

09:45AM 23   APPLICATION, AND THEN MAY BE DO IT IN SERIATIM AND THEN AFTER

09:45AM 24   DOING ALL OF THAT CONSIDER MR. FRANK'S MOTION.

09:45AM 25           THE COURT:  SURE.  MR. JOHNSON, YOU RESERVE THE

09:45AM  1    RIGHT TO OBJECT TO ATTORNEYS' FEES.

09:45AM  2         DO YOU HAVE ANY THOUGHTS ABOUT THIS QUESTION?

09:45AM  3             MR. JOHNSON:  AT THIS POINT, NO.  FRANKLY, NO,

09:45AM  4    YOUR HONOR.

09:45AM  5             THE COURT:  OKAY.  THANK YOU.

09:45AM  6         OKAY.  MR. FRANK, I SEE YOU HERE, SIR.  DO YOU WANT TO

09:45AM  7    TALK NOT AS TO THE MERITS OF THE CLAIM BUT TALK PROCEDURALLY?

09:45AM  8             MR. FRANK:  PROCEDURALLY IT JUST MAKES SENSE TO HAVE

09:45AM  9    ONE OMNIBUS HEARING SO EVERYTHING IS RESOLVED.

09:46AM 10         PROCEDURALLY, I THINK IT MAKES THE MOST SENSE TO HAVE A

09:46AM 11    SINGLE OMNIBUS HEARING SO THAT THOUSANDS OF DOLLARS IN HOURS OF

09:46AM 12    ATTORNEYS DON'T HAVE TO KEEP COMING BACK AND FORTH TO COURT,

09:46AM 13    AND WE JUST DO IT IN ONE HEARING AND DIVVY UP THE ATTORNEYS'

09:46AM 14    FEES AT THAT TIME.

09:46AM 15         I DON'T THINK OUR THEORY IS THAT NOVEL.  THE NINTH CIRCUIT

09:46AM 16    HAS ALREADY RULED ON IT IN THE WEST PUBLISHING CASE.

09:46AM 17             THE COURT:  OKAY.  THANK YOU.

09:46AM 18             MR. FRANK:  THANK YOU.

09:46AM 19             THE COURT:  OKAY.  I JUST HAVE A FEW MORE ITEMS TO

09:46AM 20    TALK ABOUT.  LET'S SEE.  I DO THINK THAT THE SETTLEMENT CLASS

09:46AM 21    WAS PROPERLY IDENTIFIED.

09:46AM 22         I MENTIONED THE 23(B)(3) FACTORS, AND I WAS TALKING ABOUT

09:46AM 23    SUPERIORITY AND AGAIN WITH THE STATUTORY CLAIM.  AND MAYBE,

09:46AM 24    MR. NASSIRI, YOU COULD JUST ADDRESS THAT IF YOU WOULD LIKE.

09:47AM 25             MR. NASSIRI:  WELL, 13 YEARS LATER WE'RE STILL

09:47AM 1    TRYING TO RESOLVE THESE STATUTORY CLAIMS.  I THINK THEY'RE

09:47AM 2    COMPLICATED, THEY'RE EXPENSIVE TO LITIGATE.  CERTAINLY ON AN

09:47AM 3    INDIVIDUAL BASIS IT WOULD BE NEXT TO IMPOSSIBLE FOR SOMEONE TO

09:47AM 4    TRY AND FILE A COMPLAINT AND LITIGATE A CASE FOR EVEN $20- OR

09:47AM 5    $30,000.  IT WOULDN'T MAKE SENSE, AND I DON'T THINK IT IS

09:47AM 6    WITHIN THE MEANS FOR MOST PEOPLE.

09:47AM 7        THIS CASE CONCERNS GOOGLE'S CONDUCT, WHICH IS UNIFORM

09:47AM 8    VIS-À-VIS THE CLASS.  ALL OF THE ISSUES HERE, YOUR HONOR, ARE

09:47AM 9    COMMON QUESTIONS.  THERE ARE NO INDIVIDUAL QUESTIONS.  SO IN

09:47AM 10   TERMS OF EFFICIENCIES, THIS IS BY FAR THE MOST EFFICIENT WAY TO

09:47AM 11   GET A RECOVERY FOR ANY CLASS MEMBER.

09:47AM 12       SO I ALSO BELIEVE, YOU KNOW, SINCE WE HAVE 13 YEARS TO

09:48AM 13   LOOK BACK ON, I DON'T BELIEVE ANYBODY HAS FILED A CASE, AN

09:48AM 14   INDIVIDUAL CASE.  MAYBE IT'S BECAUSE OF THE DEPENDENCY OF THE

09:48AM 15   CLASS ACTION BUT PROBABLY NOT.  I WOULD BE SURPRISED IF ANYONE

09:48AM 16   LOOKED AT THIS AND THOUGHT WE SHOULD FILE OUR OWN CASE.

09:48AM 17       NOW, TO THE EXTENT ANYONE WISHES TO DO SO, THEY CAN OPT

09:48AM 18   OUT AND THEY CAN DO THAT.

09:48AM 19           THE COURT:  OKAY.  THANK YOU.

09:48AM 20       MR. JOHNSON, ANY COMMENT?

09:48AM 21           MR. JOHNSON:  NO, YOUR HONOR.

09:48AM 22           THE COURT:  OKAY.  THANK YOU.

09:48AM 23       THIS CLASS IS NARROWER NOW THAN I THINK IT WAS ORIGINALLY.

09:48AM 24   AND DO YOU WANT TO TALK ABOUT THAT FOR JUST A MOMENT FOR THE

09:48AM 25   RECORD?

09:48AM 1           MR. NASSIRI:  YES, YOUR HONOR.

09:48AM 2       SO IF YOU'LL RECALL WHEN WE DISCUSSED THIS BEFORE, THE

09:48AM 3   CLAIM HERE UNDER THE STORED COMMUNICATIONS ACT IS ONE THAT

09:49AM 4   HINGES ON DISCLOSURE.

09:49AM 5       AND I BELIEVE OCTOBER 1ST, 2013, GOOGLE PUT NEW

09:49AM 6   DISCLOSURES ON ITS WEBSITE, WHICH THE COURT MAY RECALL BECAUSE

09:49AM 7   THIS WAS THE SUBJECT OF THE FIRST SETTLEMENT AS WELL, THAT

09:49AM 8   DISCLOSED UNDER WHAT CIRCUMSTANCES REFERRER HEADERS WOULD BE

09:49AM 9   SUCH CLAIMS.  SO THAT IS A LOGICAL END POINT FOR THE CLASS

09:49AM 10  BECAUSE ONCE THOSE DISCLOSURES ARE UP, ITS CLAIMS WEAKER.

09:49AM 11      THE OTHER THING, YOUR HONOR, I BELIEVE THIS WAS ALSO

09:49AM 12  DISCUSSED IS THAT GOOGLE KIND OF CHANGED ITS PRACTICES SO IN

09:49AM 13  THAT IN THE VAST MAJORITY OF CASES SEARCH TERMS ARE NOT

09:49AM 14  EMBEDDED IN REFERRER HEADERS.

09:49AM 15      SO THE CLASS HAS BEEN NARROWED SUBSTANTIALLY IN TIME.

09:49AM 16      THEN THE OTHER NARROWING, YOUR HONOR, WAS ONE IN TERMS OF

09:49AM 17  KIND OF SCOPE OR CHARACTER, WHICH IS IT'S NOT ENOUGH AS THE

09:50AM 18  ORIGINAL COMPLAINT CLASS DEFINITION STATED TO HAVE CONDUCTED A

09:50AM 19  SEARCH.

09:50AM 20      IF YOU CONDUCT A SEARCH, YOU LOOK AT IT, AND YOU CLOSE THE

09:50AM 21  WEB PAGE, THEN NO REFERRER HEADER WAS TRANSMITTED TO A THIRD

09:50AM 22  PARTY.  SO WE CLARIFIED THAT NOT ONLY YOU HAVE TO CONDUCT A

09:50AM 23  SEARCH, BUT YOU HAVE TO CLICK ON A SEARCH RESULT DURING THE

09:50AM 24  CLASS PERIOD TO BE A MEMBER OF THE CLASS.  SO THAT WAS ANOTHER

09:50AM 25  WAY THAT WE NARROWED THE CLASS.

| | | |
|---|---|---|
| 09:50AM | 1 | THE COURT:  OKAY.  THANK YOU. |
| 09:50AM | 2 | AND AS YOU POINT OUT, THERE'S NO REVERSION TO DEFENDANT IN |
| 09:50AM | 3 | THIS MATTER.  YOU HAVE IDENTIFIED THE ADMINISTRATOR, AND THANK |
| 09:50AM | 4 | YOU FOR THAT.  I THINK YOUR ESTIMATE OF THE CLASS -- WHAT DID |
| 09:50AM | 5 | THEY TELL US? -- CLAIMS RATE OF ABOUT 1.5, 1 AND A HALF |
| 09:50AM | 6 | PERCENT.  IS THAT THE ESTIMATE? |
| 09:50AM | 7 | MR. NASSIRI:  THAT'S OPTIMISTIC, YOUR HONOR.  IT'S |
| 09:50AM | 8 | PROBABLY CLOSER TO 1 PERCENT. |
| 09:50AM | 9 | THE COURT:  OKAY.  AND I THINK KROLL TELLS US, MY |
| 09:51AM | 10 | NOTES FROM THEIR DECLARATION SUGGESTS THAT THEY'LL REACH |
| 09:51AM | 11 | 76 PERCENT I THINK IS WHAT THEY TELL US, AND THAT'S BASED ON |
| 09:51AM | 12 | WHAT WE DISCUSSED EARLIER, THEIR IMPROVED -- ALL THESE TOOLS |
| 09:51AM | 13 | THAT THEY HAVE NOW THAT THEY CAN CITE SPECIFIC AND GATHER |
| 09:51AM | 14 | INFORMATION. |
| 09:51AM | 15 | MR. NASSIRI:  THAT'S CORRECT, YOUR HONOR.  I WOULD |
| 09:51AM | 16 | JUST NOTE THAT THAT 76 REACH NUMBER EXCEEDS THE GUIDELINES FROM |
| 09:51AM | 17 | THE FJC, SO IT'S A VERY GOOD NUMBER. |
| 09:51AM | 18 | THE COURT:  OKAY.  AND YOU'VE TALKED ABOUT PAYMENT |
| 09:51AM | 19 | METHODS THAT ARE NOW IN EXISTENCE THAT WEREN'T PREVIOUSLY DONE, |
| 09:51AM | 20 | VENMO, ZELLE, PAYPAL ALL OF THE THOSE TYPES OF THINGS THAT |
| 09:51AM | 21 | INCREASES THE EFFICIENCY. |
| 09:51AM | 22 | THE ADMINISTRATOR'S COST, AND I THINK THEY'VE TOLD US |
| 09:51AM | 23 | THEIR COST RATE BETWEEN A 1 PERCENT AND A 5 PERCENT RETURN, IS |
| 09:52AM | 24 | THAT WHAT THOSE DELTAS WERE? |
| 09:52AM | 25 | MR. NASSIRI:  CORRECT, YOUR HONOR.  IF THERE'S A |

09:52AM 1     1 PERCENT CLAIMS RATE THEN THE ESTIMATED ADMINISTRATION COSTS

09:52AM 2     ARE 1.3 MILLION.  IF IT WERE A 5 PERCENT CLAIMS RATE, IT WOULD

09:52AM 3     BE 3.1 MILLION.

09:52AM 4             THE COURT:  OKAY.  AND THEY'VE TALKED ABOUT THAT.

09:52AM 5     THE RELEASE IS ALL CLAIMS ARISING OUT OF THE SUBJECT MATTER

09:52AM 6     GIVING RISE TO THE CLAIMS IN THE OPERATIVE COMPLAINT.  THAT

09:52AM 7     SOUNDS BROAD.

09:52AM 8         DOES THAT CAPTURE ENOUGH?  DOES THAT CAP ACCOMPLISH WHAT

09:52AM 9     YOU NEED AND, MR. JOHNSON, WHAT YOU NEED?

09:52AM 10            MR. JOHNSON:  YES, YOUR HONOR.

09:52AM 11        I MIGHT JUST SAY THIS MIGHT BE A GOOD JUNCTURE, SINCE

09:52AM 12    WE'RE TALKING ABOUT THE SCOPE OF THE RELEASE, SINCE THE MOTION

09:52AM 13    FOR PRELIMINARY APPROVAL WAS FILED, SINCE THE PAPERS WERE

09:52AM 14    FILED, PLAINTIFFS IN ANOTHER UNRELATED PUTATIVE CLASS ACTION, A

09:52AM 15    CASE CALLED IN RE GOOGLE REALTIME BIDDING BEFORE

09:53AM 16    JUDGE GONZALEZ ROGERS, THEY GOT IN TOUCH AND THEY HAD CONCERN

09:53AM 17    THAT SOMEHOW THE RELEASE IN THIS UNRELATED CASE MIGHT IMPACT

09:53AM 18    THEM.

09:53AM 19        SO I'M HERE TO SAY ON THE RECORD THAT GOOGLE WILL NOT USE

09:53AM 20    THE RELEASE HERE IN THE REFERRER HEADER CASE AS A BAR TO CLAIMS

09:53AM 21    IN THE RTB CASE.

09:53AM 22            THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU FOR

09:53AM 23    THAT.  AND I KNOW JUDGE GONZALEZ ROGERS WILL BE RELIEVED.

09:53AM 24            MR. JOHNSON:  THANK YOU, YOUR HONOR.

09:53AM 25            THE COURT:  THE CLAIMS PROCESS.  I'M JUST GOING

09:53AM 1    THROUGH MY NOTES AGAIN.  THE CLASS MEMBERS HAVE TO PROVIDE

09:53AM 2    CONTACT AND PAYMENT INFORMATION AND THEN THE -- WE'RE GOING TO

09:53AM 3    USE THE WORD "AFFIRMED" -- THAT THEY CLICKED ON THE GOOGLE

09:53AM 4    SEARCH DURING THE PERIOD OF TIME AND THEN AFFIRM THAT

09:53AM 5    EVERYTHING THAT THEY HAVE SAID IS ACCURATE.

09:54AM 6        WHAT ARE YOU DOING, MR. NASSIRI, TO ENCOURAGE SUBMISSION

09:54AM 7    OF CLAIMS?  IS THERE ANYTHING OTHER THAN THE NOTICE THAT YOU'RE

09:54AM 8    GOING TO DO TO ENCOURAGE PARTIES TO JOIN THE LAWSUIT?

09:54AM 9            MR. NASSIRI:  TELL ALL OF MY FAMILY AND FRIENDS,

09:54AM 10   YOUR HONOR.

09:54AM 11           THE COURT:  WELL, THAT TAKES CARE OF THE FIRST HALF

09:54AM 12   MILLION.

09:54AM 13           MR. NASSIRI:  THE SHORTER ANSWER IS, YOUR HONOR,

09:54AM 14   NOTHING THAT WILL MOVE THE NEEDLE.  IT'S A HUGE CLASS, BUT WE

09:54AM 15   HAVE THIS ROBUST NOTICE CAMPAIGN, WHICH IS GOING TO DO FAR MORE

09:54AM 16   THAN ANYTHING THAT I COULD DO.

09:54AM 17       BUT WE WILL DO LITTLE THINGS LIKE PUBLICIZE THE RESULT ON

09:54AM 18   OUR WEBSITE, YOU KNOW, LINKEDIN AND THAT SORT OF THING, BUT

09:54AM 19   NOTHING THAT IS GOING TO IMPACT NOTICE OR CLAIMS RATE IN ANY

09:54AM 20   MEANINGFUL WAY.

09:54AM 21           THE COURT:  OKAY.  THANK YOU.

09:55AM 22       IS THERE ANYTHING THAT GIVES THE CLASS NOTICE, A CHANGE,

09:55AM 23   NOTICE OF ANY CHANGES OR AGAIN IS THIS SOMETHING THAT WE

09:55AM 24   DISCUSSED PREVIOUSLY THAT THE SETTLEMENT -- THE INFORMATION FOR

09:55AM 25   THE CLASS REQUIRES THEM TO MONITOR THE WEBSITE, AND IF SO,

09:55AM 1   SHOULD WE ADD THAT LANGUAGE SOMEWHERE, "IT'S YOUR

09:55AM 2   RESPONSIBILITY TO," OR "WE ENCOURAGE YOU TO MONITOR THE

09:55AM 3   WEBSITE," OR "TO STAY ABREAST OF THE LATEST WE ENCOURAGE YOU TO

09:55AM 4   CHECK THE WEBSITE," WHATEVER?

09:55AM 5         MR. NASSIRI:  YES, YOUR HONOR.  I THINK THAT'S A

09:55AM 6   GOOD IDEA.  THIS HAS COME ON SEVERAL TIMES NOW.

09:55AM 7      SO THE WEBSITE ITSELF WILL CERTAINLY SAY, "CHECK BACK FOR

09:55AM 8   UPDATES."

09:55AM 9      YOU KNOW, THERE ARE A FAIR NUMBER OF EXEMPLARS IN PREVIOUS

09:56AM 10  CASES IN SETTLEMENT WEBSITES, AND I'VE SEEN THAT A LOT.

09:56AM 11        THE COURT:  RIGHT.

09:56AM 12        MR. NASSIRI:  WE COULD ALSO MAKE IT MORE CLEAR ON

09:56AM 13  THE FIRST PAGE OF THE NOTICE WHERE IT FIRST IDENTIFIES THE

09:56AM 14  SETTLEMENT WEBSITE.  I BELIEVE WE COULD ADD LANGUAGE THERE THAT

09:56AM 15  SAYS, "CHECK BACK FOR UPDATES."

09:56AM 16        THE COURT:  YES, I THINK THAT WOULD BE HELPFUL.

09:56AM 17        MR. NASSIRI:  YEAH.

09:56AM 18        THE COURT:  THANK YOU FOR THAT SUGGESTION.

09:56AM 19     I JUST THINK THAT BEING PROPHYLACTIC, LOOKING AT IT

09:56AM 20  THROUGH A PROPHYLACTIC LENS I THINK WOULD RELIEVE YOU AND YOUR

09:56AM 21  COLLEAGUES FROM GETTING PHONE CALLS AT THE LAST MINUTE, I

09:56AM 22  DIDN'T KNOW, WHY DIDN'T I, THIS AND THAT, THAT TYPE OF THING.

09:56AM 23  I KNOW I'VE SETTLED -- NOT ME, BUT I'VE HAD THE PRIVILEGE OF

09:56AM 24  OVERSEEING SETTLEMENT OF CASES WHERE PARTIES HAVE CALLED IN AND

09:56AM 25  SAID I DIDN'T KNOW, AND THEY DIDN'T TELL ME THIS AND THAT, AND

09:56AM 1  THE LAWYERS IN THOSE CASES, BOTH NOTWITHSTANDING THE DEADLINE,

09:57AM 2  THEY AGREED TO ALLOW THAT CLIENT OR CLIENTS TO BE PART OF THE

09:57AM 3  CLASS JUST BECAUSE OF THE CONFUSION.  AND IF WE CAN STAY AHEAD

09:57AM 4  OF THAT, I THINK IT WOULD BE HELPFUL FOR EVERYONE.  SO THAT'S

09:57AM 5  WHY I RAISE THAT.

09:57AM 6      WHAT ELSE SHOULD I KNOW FROM YOU, MR. NASSIRI, AS TO

09:57AM 7  ANYTHING ELSE I CAN DO TO GRADE YOUR PAPERS?

09:57AM 8          MR. NASSIRI:  YOU KNOW, IT'S ALL IN THE PAPERS,

09:57AM 9  YOUR HONOR.  I THINK WE ARE VERY PLEASED.  THIS CASE HAS BEEN

09:57AM 10 THROUGH A LOT, AND WE NEARLY TRIPLED THE SIZE OF THE SETTLEMENT

09:57AM 11 FUND, WHICH IS NOT INCONSEQUENTIAL.

09:57AM 12     SO WE APPRECIATE THE OPPORTUNITY TO BE BACK IN THIS

09:57AM 13 COURTROOM UNDER THESE CIRCUMSTANCES, YOUR HONOR.

09:57AM 14         THE COURT:  WELL, THANK YOU.  YOU'RE ACCURATE THAT

09:58AM 15 THE HISTORY OF THIS CASE IS THE INITIAL SETTLEMENT WAS CY PRES

09:58AM 16 ONLY.

09:58AM 17         MR. NASSIRI:  YEAH.

09:58AM 18         THE COURT:  AND WE ALL KNOW THE HISTORY OF THAT,

09:58AM 19 THAT WENT THROUGH THE NINTH CIRCUIT AND THEN UP TO THE

09:58AM 20 SUPREME COURT, AND THE SUPREME COURT DID NOT ISSUE ANY OPINION

09:58AM 21 ABOUT THE CY PRES ONLY.

09:58AM 22     I THINK IT SENT IT BACK BECAUSE IT WAS SUBSEQUENT TO

09:58AM 23 SPOKEO, I THINK, AND WE HAD TO LOOK AT THAT ISSUE REGARDING

09:58AM 24 STANDING REALLY, NOT ANYTHING ELSE.

09:58AM 25         MR. NASSIRI:  YES, YOUR HONOR.  THE SOLICITOR

09:58AM  1    GENERAL SHOWED UP AND RAISED QUESTIONS ABOUT STANDING.

09:58AM  2         WE, ALONG WITH MR. FRANK, ARGUED THAT STANDING IS NOT AN

09:58AM  3    ISSUE, BUT THE SUPREME COURT DISAGREED AND SENT IT BACK TO THIS

09:58AM  4    COURT.

09:58AM  5         I ALSO HAVE TO SAY, YOUR HONOR, WHAT A PRIVILEGE, BUCKET

09:58AM  6    LIST, TO GO TO THE SUPREME COURT.

09:58AM  7              THE COURT:  YES.

09:58AM  8              MR. NASSIRI:  THAT WAS WORTH THE PRICE OF ADMISSION

09:58AM  9    ALONE.

09:58AM 10              THE COURT:  WELL, I'M GLAD THIS CASE AFFORDED YOU

09:58AM 11    AND YOUR COLLEAGUES ON BOTH SIDES, MR. FRANK AS WELL, TO APPEAR

09:59AM 12    IN THAT COURT.  I AGREE WITH YOU, IT MUST BE VERY AUGUST TO

09:59AM 13    STAND IN FRONT OF THOSE JUSTICES AND ANSWER QUESTIONS THAT ARE

09:59AM 14    FAR MORE COMPLICATED THAN MINE.

09:59AM 15         BUT IT'S NICE TO HAVE YOU BACK IN N.D. CAL AND NICE TO

09:59AM 16    HAVE US EVER CLOSER TO A FINAL RESOLUTION OF THIS CASE.  IT'S

09:59AM 17    GETTING CLOSE TO THAT TIME FINALLY.  SO THANK YOU FOR THAT.

09:59AM 18         AND IT'S ALWAYS GOOD TO SEE ALL OF YOU.  THANK YOU.

09:59AM 19         OKAY.  YOU'VE HEARD MY CRITIQUES AND SUGGESTIONS.  I KNOW

09:59AM 20    YOU'RE GOING TO GET ON THOSE RIGHT AWAY.

09:59AM 21         WHEN SHOULD WE MEET AGAIN?

09:59AM 22              MR. NASSIRI:  AS SOON AS POSSIBLE, YOUR HONOR.  I

09:59AM 23    DON'T THINK IT WILL TAKE US LONG.

09:59AM 24              THE COURT:  WELL, TOMORROW IS CINCO DE MAYO, I'M

09:59AM 25    OTHERWISE ENGAGED.

| | | |
|---|---|---|
| 09:59AM | 1 | MR. NASSIRI:  I WONDER, YOUR HONOR, IF THE -- I |
| 09:59AM | 2 | THINK THE CHANGES THAT WE NEED TO SUBMIT TO THE COURT ARE |
| 10:00AM | 3 | RELATIVELY STRAIGHTFORWARD, BUT IF IT'S YOUR HONOR'S PREFERENCE |
| 10:00AM | 4 | THAT WE COME BACK FOR ANOTHER HEARING OR COULD THEY BE APPROVED |
| 10:00AM | 5 | ON THE PAPERS SO THAT WE DON'T COME BACK UNTIL FINAL APPROVAL. |
| 10:00AM | 6 | THE COURT:  I'M HAPPY TO DO IT THAT WAY IF YOU HAVE |
| 10:00AM | 7 | CONFIDENCE IN WHAT YOU WANT TO DO AND YOU COULD FILE THAT, I'LL |
| 10:00AM | 8 | LOOK AT IT, AND IF I THINK I'D LIKE TO SEE YOU AGAIN FOR THE |
| 10:00AM | 9 | PURPOSE OF ASKING ADDITIONAL QUESTIONS, WE CAN DO THAT, AND |
| 10:00AM | 10 | I'LL CALENDAR SOMETHING.  BUT OTHERWISE IF YOU'RE ALL |
| 10:00AM | 11 | COMFORTABLE AND YOU DON'T HAVE ANY FURTHER QUESTIONS OF ME |
| 10:00AM | 12 | REGARDING THE SUGGESTIONS, THEN I'M HAPPY TO HAVE -- MAYBE YOU |
| 10:00AM | 13 | COULD FILE IT RED LINED, TOO. |
| 10:00AM | 14 | MR. NASSIRI:  YES, YOUR HONOR. |
| 10:00AM | 15 | THE COURT:  SO WE CAN MONITOR THOSE AND SEE THOSE |
| 10:00AM | 16 | CHANGES. |
| 10:00AM | 17 | MR. NASSIRI:  AND, YOUR HONOR, I GUESS THAT'S IT. |
| 10:00AM | 18 | SO ANYTHING ELSE FROM YOU? |
| 10:00AM | 19 | MR. JOHNSON:  NO.  THANK YOU, MR. NASSIRI. |
| 10:00AM | 20 | THANK YOU, YOUR HONOR.  THANK YOU FOR YOUR PATIENCE AND |
| 10:01AM | 21 | GUIDANCE IN ALLOWING US TO GET TO THIS POINT. |
| 10:01AM | 22 | THE COURT:  THANK YOU.  IT'S BEEN GREAT WORKING WITH |
| 10:01AM | 23 | YOU. |
| 10:01AM | 24 | SO LET'S -- I'LL JUST WAIT TO RECEIVE THEN, MR. NASSIRI, |
| 10:01AM | 25 | YOUR CHANGES.  AND YOU COULD FILE THOSE.  AS I SAID, A RED LINE |

| | |
|---|---|
| 10:01AM | 1 |

COPY AS WELL WOULD BE APPRECIATED.  AND I'LL LOOK AT THAT.

I THINK I CAN LOOK AT IT AND MAKE A DECISION AS TO

APPROVAL.

MR. NASSIRI:  WITHOUT BEING PRESUMPTIVE, YOUR HONOR,

SHOULD WE TALK ABOUT A DATE FOR FINAL FAIRNESS?

THE COURT:  NO.  I THINK IT'S -- WE'RE ALL HERE.

WHAT DO YOU THINK ABOUT THAT?  WHAT DO YOUR CALENDARS PERMIT?

MR. NASSIRI:  WE WOULD LIKE THERE TO BE AT LEAST

120 DAYS FROM THE PRELIMINARY APPROVAL ORDER SHOULD THE COURT

ISSUE ONE.  SO MAYBE FOUR MONTHS.

THE COURT:  WE'LL LOOK AT OUR CALENDAR AND SUGGEST

SOME DATES.

MR. NASSIRI:  MAYBE SEPTEMBER, YOUR HONOR.

THE COURT:  IT'S REFRESHING TO SEE MR. NASSIRI

SEARCH FOR HIS PAPER CALENDAR.

MR. JOHNSON:  MORE RELIABLE.

MR. NASSIRI:  SORRY, YOUR HONOR, I HAD MY PHONE IN

MY BAG.

MR. JOHNSON:  I THINK WE'RE IN OCTOBER.

MR. NASSIRI:  AND IS THERE A PARTICULAR DAY OF THE

WEEK, YOUR HONOR?

THE COURT:  WE CAN DO ANY DAY EXCEPT FOR MONDAYS.

THURSDAYS, AS YOU KNOW, IS OUR TYPICAL CIVIL CALENDAR.  I'M

HAPPY TO SPECIAL SET ON A DIFFERENT DAY IF THAT'S MORE

CONVENIENT FOR YOUR CALENDARS.  BUT PROBABLY LATER IN SEPTEMBER

| | | |
|---|---|---|
| 10:03AM | 1 | OR OCTOBER 5TH WOULD BE THE FIRST OCTOBER DATE. |
| 10:03AM | 2 | MR. NASSIRI:  OCTOBER 5TH WORKS FOR ME. |
| 10:03AM | 3 | MR. JOHNSON:  I BELIEVE IT DOES FOR GOOGLE AS WELL, |
| 10:03AM | 4 | YOUR HONOR. |
| 10:03AM | 5 | THE COURT:  OKAY.  WELL, WHY DON'T YOU SEAL THAT |
| 10:03AM | 6 | DATE FOR US. |
| 10:03AM | 7 | MR. JOHNSON:  MR. EDWARDS? |
| 10:03AM | 8 | MR. EDWARDS:  YOUR HONOR, REALISTICALLY, ASSUMING |
| 10:03AM | 9 | THE SUBMISSION GOES IN NEXT WEEK AND TO GIVE YOU A LITTLE TIME |
| 10:03AM | 10 | TO ABSORB THAT AND THEN TO DO 120 DAYS AFTER THAT, OCTOBER 5TH |
| 10:03AM | 11 | IS KIND OF ON THE MOST OPTIMISTIC END, I THINK.  IT'S NOT A |
| 10:03AM | 12 | PROBLEM FOR MY CALENDAR OR GOOGLE'S CALENDAR, BUT TO ALLOW |
| 10:03AM | 13 | YOURSELF A LITTLE BIT OF TIME TO REVIEW PAPERS AND ISSUE |
| 10:03AM | 14 | WHATEVER ORDER YOU MIGHT WANT I MIGHT SUGGEST THAT SOME TIME |
| 10:04AM | 15 | LATER IN OCTOBER IS SAFER. |
| 10:04AM | 16 | MR. NASSIRI:  I WOULD SAY IT'S ABOUT FIVE MONTHS |
| 10:04AM | 17 | FROM TODAY, BUT IT SHOULD BE ENOUGH TIME. |
| 10:05AM | 18 | (DISCUSSION OFF THE RECORD.) |
| 10:05AM | 19 | THE COURT:  OCTOBER 12TH. |
| 10:05AM | 20 | MR. NASSIRI:  THAT WORKS, YOUR HONOR. |
| 10:05AM | 21 | MR. JOHNSON:  THAT'S FINE. |
| 10:05AM | 22 | THE COURT:  YOU NEED TO GET BUSY IN YOUR SOCIAL |
| 10:05AM | 23 | CALENDAR.  YOU'RE AVAILABLE ALL OF THESE DAYS.  MY GOODNESS, |
| 10:05AM | 24 | YOU'RE HARD AT WORK. |
| 10:05AM | 25 | OCTOBER 12TH AT 9:00 A.M. FOR FINAL APPROVAL.  AND THEN |

10:05AM  1    I'LL WAIT TO -- I'LL RECEIVE YOUR DOCUMENTS AND THIS UPDATE.

10:05AM  2    MY SENSE IS THAT YOU'RE GOING TO GET THAT IN IN THE NEXT COUPLE

10:05AM  3    OF WEEKS I THINK.

10:05AM  4                  MR. NASSIRI:  ABSOLUTELY, YOUR HONOR.

10:05AM  5                  THE COURT:  GREAT.

10:05AM  6                  MR. JOHNSON:  YES, YOUR HONOR.

10:05AM  7                  THE COURT:  OKAY.  ANYTHING ELSE?

10:05AM  8                  MR. NASSIRI:  NO.

10:05AM  9                  THE COURT:  GREAT.  IT'S GREAT SEEING YOU ALL.

10:05AM  10   THANK YOU VERY MUCH.

10:05AM  11                  MR. NASSIRI:  THANK YOU, YOUR HONOR.

10:05AM  12                  MR. JOHNSON:  THANK YOU VERY MUCH, YOUR HONOR.

10:05AM  13            (COURT CONCLUDED AT 10:05 A.M.)

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                        CERTIFICATE OF REPORTER

4

5

6

7           I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16          IRENE RODRIGUEZ, CSR, RMR, CRR
            CERTIFICATE NUMBER 8074
17

18                      DATED:  MAY 5, 2023
19

20

21

22

23

24

25