KASSRA P. NASSIRI (215405)
(knassiri@njfirm.com)
NASSIRI & JUNG LLP
1700 Montgomery St, Suite 207
San Francisco, California 94111
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

MICHAEL J. ASCHENBRENER (277114)
(masch@kamberlaw.com)
KAMBERLAW, LLC
201 Milwaukee St, Suite 200
Denver, Colorado 80206
Telephone: (303) 222-0281

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION | Case No. 5:10-cv-04809-EJD <br><br> CLASS ACTION |
| This Document Relates To: All Actions | **DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:  May 4, 2023 <br> Time:  9:00 a.m. <br> Place:  Courtroom 1, 5th Floor <br> Judge:  Hon. Edward J. Davila |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted to practice in the States of California, Colorado, Illinois, and Minnesota, and represent Plaintiffs in the above-titled action. I am over the age of eighteen and am fully competent to make this declaration. This declaration is based upon my personal knowledge, except where expressly noted otherwise.

2. This declaration is submitted in support of Plaintiffs' motion for preliminary approval of class action settlement, heard by the Court on May 4, 2023.

3. The parties have selected World Privacy Forum (www.worldprivacyforum.org) ("WPF") as the cy pres recipient.

4. WPF was an approved recipient in the now-vacated earlier settlement in this case.

5. WPF was also approved as a cy pres recipient in *In re Google LLC Street View Electronic Communications Litigation,* No. 3:10-md-02184-CRB.

6. Plaintiffs and plaintiffs' counsel have no connection with WPF.

7. The Settlement Website will prominently feature an estimate of the amount of recovery each Class Member can expect. This estimate will be updated periodically.

8. Attached is a true and correct copy of the redlined Notice.

9. Attached is a true and correct copy of the edited Notice with changes accepted.

10. Attached is a true and correct copy of the redlined Objection Form.

11. Attached is a true and correct copy of the edited Objection Form with changes accepted.

12. Attached is a true and correct copy of the redlined Claim Form.

13. Attached is a true and correct copy of the Claim Form with changes accepted.

14. Attached is a true and correct copy of the redlined Proposed Order.

15. Attached is a true and correct copy of the Proposed Order with changes accepted.

//
//
//

1      16.    I declare under penalty of perjury that the foregoing is true and correct.

2  Dated: May 23, 2023                                          KAMBERLAW, LLC.

                                                          s/ Michael Aschenbrener
                                                          Michael Aschenbrener