**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION | Case No. 5:10-cv-04809-EJD |
| | [Hon. Edward J. Davila] |
| This Document Relates To: All Actions | |

**[PROPOSED] PRELIMINARY APPROVAL ORDER**

**WHEREAS**, Plaintiffs Paloma Gaos, Anthony Italiano, and Gabriel Priyev ("Plaintiffs") and Defendant Google Inc. ("Google" or "Defendant") (collectively, the "Parties"), entered into a Settlement Agreement (ECF 165-2) on August 24, 2022, which, together with the exhibits and appendices thereto, sets forth the terms and conditions for a proposed resolution of this litigation and for its dismissal with prejudice;

**WHEREAS**, this Court has reviewed the Settlement entered into by the Parties, all exhibits thereto, the record in this case, and the Parties' arguments;

**WHEREAS**, this Court preliminarily finds, for the purpose of settlement only, that the Settlement Class meets all the prerequisites of Federal Rule of Civil Procedure 23 for class certification, including numerosity, commonality, typicality, predominance of common issues, superiority, and that the Plaintiffs and Class Counsel are adequate representatives of the Settlement Class;

1.      All terms and definitions used herein have the same meanings as set forth in the Settlement Agreement.

**Preliminary Certification of Settlement Class for Purpose of Settlement Only**

2.      The Settlement is hereby preliminarily approved as fair, reasonable, and adequate such that notice thereof should be given to members of the Settlement Class. Under Federal Rule of Civil Procedure 23(b)(3), the Settlement Class, as set forth in § 1.49 of the Settlement Agreement and defined as follows, is preliminarily certified for the purpose of settlement only:

> All Persons in the United States who submitted a search query to Google
> and clicked on a search result at any time during the period commencing
> on October 25, 2006, up to and including September 30, 2013.

The Settlement Class excludes: (i) Google, its subsidiaries and affiliates, officers, and directors; (ii) the judge(s) to whom these cases are or have been assigned and any member of the judge's or judges' immediate family; (iii) Persons who have settled with and released Google from individual claims substantially similar to those alleged in the Consolidated Complaint; (iv) Persons who submit a valid and timely Request for Exclusion pursuant to Section 7; and (v) Class Counsel.

3.      If the Final Order and Judgment is vacated, modified in a manner deemed material by any Party, or reversed, in whole or in part, this agreement will be deemed terminated (except with respect to rulings on any Fee Award or Service Award), unless all Parties who are adversely affected thereby, in their sole discretion within thirty (30) days of receipt of such ruling, provide written notice through counsel to Class Counsel and Google of their intent to proceed with this Agreement as modified by the Court or on appeal.

4.      Lead Counsel and the Plaintiffs are appointed as adequate representatives of the Settlement Class. Kassra Nassiri of Nassiri & Jung LLP, Michael Aschenbrener of KamberLaw, LLC, and Mark Bulgarelli of Progressive Law Group are hereby appointed as Lead Class Counsel.

**Notice to the Settlement Class**

5.      The court approves the Notice Plan, Notice of Proposed Class Action Settlement, Claim Form, and Opt-Out Form, which are attached to the Settlement Agreement as Exhibits

[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL

5:10-cv-4809-EJD

XXX, and finds that their dissemination substantially in the manner and form set forth in the

Settlement Agreement meets the requirements of Federal Rule of Civil Procedure 23 and due

process, constitutes the best notice practicable under the circumstances, and is reasonably

calculated, under the circumstances, to apprise members of the Settlement Class of the pendency

of the Actions, the effect of the proposed Settlement (including the releases contained therein),

the anticipated Motion for a Fee and Expense Award and for Service Awards, and their rights to

participate in, opt out of, or object to any aspect of the proposed Settlement.

6.     The Notice Plan will be implemented, and all announcements at least initially

posted on the Settlement Website, within seven (7) days of the entry of the Preliminary Approval

Order.

### Settlement Administration

7.     The Court appoints Kroll to serve as the Settlement Administrator. Kroll shall

supervise and administer the notice procedures, establish and operate the Settlement Website,

administer the claims processes, distribute cash payments according to the processes and criteria

set forth in the Settlement Agreement, and perform any other duties that are reasonably

necessary and/or provided for in the Settlement Agreement.

8.     Settlement Class Members who wish to make a Claim must do so by submitting a

Claim Form by _____ [no later than sixty (60) days from the Notice Date], in accordance

with the instructions contained therein. The Settlement Administrator shall determine the

eligibility of Claims submitted and allocate the Settlement Funds in accordance with the

Settlement Agreement.

9.     Settlement Class Member who wish to object to the Settlement must object in

writing and: (i) clearly identify the case name and number; (ii) state the Settlement Class

Member's full name, address, email address, and telephone number; (iii) include the full name,

address, telephone number, and email address of the Objector's counsel (if any); (iv) state

whether the objection applies only to the objector, to a specific subset of the class, or to the entire

class; (v) state with specificity each objection, as well as the specific reasons, if any, for each

[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL

5:10-cv-4809-EJD

1    objection, including any evidence and legal authority the Settlement Class Member wishes to

2    bring to the Court's attention and any evidence the Settlement Class Member wishes to introduce

3    in support of his/her objection(s); (vi) identity the number of class action settlements objected to

4    by the Settlement Class Member in the last three years, and list those cases by case name and

5    number; and (vii) be verified by an accompanying declaration submitted under penalty of perjury

6    or a sworn affidavit demonstrating that the Settlement Class Member is entitled to be included as

7    a member of the Settlement Class. Objections must be filed with the Court or post-marked by

8    _____ [no later than sixty (60) days from the Notice Date] at: Class Action Clerk,

9    United States District Court for the Northern District of California, 280 South 1st Street, San

10   Jose, California 95113.

11          10.      Any Settlement Class Member who seeks to be excluded from the Settlement

12   Class must submit a request for exclusion, either using the electronic Opt-Out Form or providing

13   other written request, which must be sent electronically or postmarked by _____ [no later

14   than sixty (60) days from the Notice Date].

### Final Approval Hearing

16          11.      The Final Approval Hearing shall be held by the Court on October 12, 2023 at 9

17   a.m. [not less than 120 days after entry of Preliminary Approval Order], to determine whether the

18   requirements for certification of the Settlement Class have been met; whether the proposed

19   Settlement of the Actions on the terms set forth in the Settlement should be approved as fair,

20   reasonable, adequate, and in the best interests of the Settlement Class Members; whether Class

21   Counsel's motion or application for Fees and Expense Award and application for the Service

22   Awards should be approved; and whether final judgment approving the Settlement and

23   dismissing the Actions on the merits with prejudice against the Named Plaintiffs and all other

24   Settlement Class Members should be entered. The Final Approval Hearing may, without further

25   notice to the Settlement Class Members (except those who have filed timely and valid objections

26   and requested to speak at the Final Approval Hearing), be continued or adjourned by order of the

27   Court.

28

[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL

5:10-cv-4809-EJD

12.     Any Objector who timely submits an Objection has the option to appear and request to be heard at the Final Fairness hearing, either in person or through the Objector's counsel. Any Objector wishing to appear and be heard at the Final Approval Hearing must include a Notice of Intention to Appear in the body of the Objector's Objection. Objectors who fail to submit or include such timely Notice of Intention to Appear may not speak at the Final Approval Hearing without permission of the Court.

13.     By _____ [not later than thirty-five (35) days before the Final Fairness Hearing], Class Counsel shall file all papers in support of the application for the Final Approval Order and Final Judgment, and any Motion for a Fee and Expense Award and/or for Service Awards, and shall serve copies of such papers upon Defense Counsel and upon any objectors who have validly complied with this Order. All opposition papers shall be filed by _____ [not later than twenty-one (21) days before the Final Fairness Hearing], and any reply papers shall be filed by _____ [not later than seven (7) days before the Final Fairness Hearing].

14.     Class Counsel's motion or application for a Fee and Expense Award and for Service Awards will be considered separately from the fairness, reasonableness, and adequacy of the Settlement. Any appeal from any order relating solely to Class Counsel's Motion for a Fee and Expense Award, and/or for Service Awards, or any reversal or modification of any such order, shall not operate to terminate, vacate, or cancel the Settlement.

15.     Defense Counsel and Class Counsel are hereby authorized to utilize all reasonable procedures in connection with the administration of the Settlement that are not materially inconsistent with either this Order or the Settlement Agreement.

**Schedule and Next Steps**

16.     The Court sets the following schedule:

| Event | Deadline/Date |
|-------|---------------|
| Notice Date | [not later than seven (7) days after entry of preliminary approval order] |

[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL

5:10-cv-4809-EJD

| Claims Deadline | [not later than sixty (60) days from Notice Date] |
|---|---|
| Objection Deadline | [not later than sixty (60) days from Notice Date] |
| Opt-Out Deadline | [not later than sixty (60) days from Notice Date] |
| Opening Briefs for Final Approval and Fees | [not later than thirty-five (35) days before Final Approval Hearing] |
| Final Approval Hearing | October 12, 2023 [not earlier than 120 days from Notice Date] |

IT IS SO ORDERED.

Dated: _____, 2023

_____
EDWARD J. DAVILA
United States District Judge

[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL

5:10-cv-4809-EJD