# **OBJECTION FORM**

If you intend to file a written objection to the proposed Settlement in *In re Google Referrer Header Privacy Litigation*, Case No. 5:10-cv-4809-EJD, please use this form and mail it to each of the following addresses:

| | |
|---|---|
| In re Google Referrer Header Settlement<br>c/o Kroll Settlement Administration<br>P.O. Box 225391<br>New York, NY 10150-5391 | Edward D. Johnson<br>Mayer Brown LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112 |
| Kassra Nassiri<br>Nassiri & Jung LLP<br>1700 Montgomery St, Suite 207<br>San Francisco, CA 94111 | U.S. District Court<br>Clerk's Office<br>280 S 1st St<br>San Jose, CA 95113 |

Your objection must be post-marked by **DATE**.

---

I, _____, hereby object to the proposed Settlement Class in *In re Google Referrer Header Privacy Litigation*, Case No. 5:10-cv-4809-EJD.

Name: _____

Address: _____

Email: _____

Phone Number: _____

Signature: _____

(If Applicable) My Attorney's Name: _____

(If Applicable) My Attorney's Address: _____

(If Applicable) My Attorney's Email: _____

(If Applicable) My Attorney's Phone Number: _____

I (or my attorney) plans to speak at the Final Approval Hearing:

☐ Yes

☐ No

My objection applies to (check only one box):

☐ Only me

☐ A specific subset of the Class

☐ The Entire Class

The number of class action settlements I have objected to in the last three (3) years: _____

These are the case name(s) and case number(s) for each settlement to which I have objected in the last three (3) years:

I, _____, hereby declare under penalty of perjury that I am a Settlement Class Member in this action and I am entitled to be included as a member of the Settlement Class.

Signature: _____

*Please state the reasons for your objection below. Please state with specificity each objection, as well as the specific reasons, if any, for each objection, including any evidence and legal authority you wish to bring to the Court's attention and any evidence you wish to introduce in support of your objection(s). If you need additional space, please attach additional pages.*