
6 0 9 3 8 0 0 0 0 0 0 0

## OBJECTION FORM

If you intend to file a written objection to the proposed Settlement in *In re Google Referrer Header Privacy Litigation*, Case No. 5:10-cv-4809-EJD, please use this form and mail it to each of the following addresses:

In re Google Referrer Header Settlement
c/o Kroll Settlement Administration
P.O. Box 225391
New York, NY 10150-5391

Edward D. Johnson
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

Kassra Nassiri
Nassiri & Jung LLP
1700 Montgomery St, Suite 207
San Francisco, CA 94111

U.S. District Court
Clerk's Office
280 S 1st St
San Jose, CA 95113

Your objection must be post-marked by **July 31, 2023**.

---

I, __Boyd John Adams__, hereby object to the proposed Settlement Class in *In re Google Referrer Header Privacy Litigation*, Case No. 5:10-cv-4809-EJD.

Name: __Boyd John Adams__

Address: __706 Church Ave__

Email: __commonlaw1766@gmail.com__ @ _____

Phone Number: (__337__) __912-0266__

Signature: __[signed]__

(If Applicable) My Attorney's Name: _____

(If Applicable) My Attorney's Address: _____

(If Applicable) My Attorney's Email: _____ @ _____

(If Applicable) My Attorney's Phone Number: (___ ___) ___ ___ ___ - ___ ___ ___ ___




6 0 9 3 8 0 0 0 0 0 0 0 0

I (or my attorney) plans to speak at the Final Approval Hearing:

☐ Yes

☒ No

My objection applies to (check only one box):

☐ Only me

☒ A specific subset of the Class

☐ The Entire Class

The number of class action settlements I have objected to in the last three (3) years: __0__

These are the case name(s) and case number(s) for each settlement to which I have objected in the last three (3) years:

I, _Boyd John Adams_, hereby declare under penalty of perjury that I am a Settlement Class Member in this action and I am entitled to be included as a member of the Settlement Class.

Signature: _[signature]_

Please state the reasons for your objection below. Please state with specificity each objection, as well as the specific reasons, if any, for each objection, including any evidence and legal authority you wish to bring to the Court's attention and any evidence you wish to introduce in support of your objection(s). If you need additional space, please attach additional pages.

I do Not think this Should be settled for what google is settling for. Humanity has been Mistreated to a severe extent by google and their Practices. My Privacy is important to me and I do Not feel Google has the Right to Share anything I do.

I also Feel Google has to admit to wrong doing. Last I checked Google does Not call the shots in the Court Room. Humanity was Mishandled and the Punishment Should be Severly Harsh. I also think No one should be excluded from Sueing Google again. If Googles Commits Crimes against the People then Everyone Should have the Right to get Involved and See Justice Served.

$23,000,000.00 is Not Close to Enough when you involving the Entire Population of America. A more Resendble Amount would be $160,000,000.00. That May Make them tighten things up and Do right by the People. $23,000,000.00 is a waste of time for the Courts and a Joke Made against the People.

I am 100% against Seeing This Case Settle for $23,000,000.00. I'M also against anyone Suing again for other offenses.