# CLIFFORD WEILER

2156 Mergho Impasse
San Diego, CA 92110
Clifford.weiler@gmail.com



July 28, 2023

Class Action Clerk
United States District Court for the Northern District of California
280 South 1st Street
San Jose, CA 95113

RE: In Re Google Referrer Header Privacy Litigation, Case No. 5:10-cv-04809-EJD (N.D. Cal.)
Objection to proposed settlement

To the Court and whom it may concern:

I am a claimant in this case, presuming I have properly completed all the prerequisite procedures. (I am a retired attorney, having practiced for over 40 years, and find the "hoops" necessary to get to this point, incredibly complex and would overwhelm and inhibit any lay person. That alone should warrant rejection of this proposed settlement, but I proceed with more details to fulfill the continued complexities and hinderances.

Per the website's Frequently Asked Questions, section 14:

(i)     Case name and number, are above.

(ii)    My ("Objector") contact information, with my signature at the end of this letter:

> Clifford Donald Weiler
> 2156 Mergho Impasse
> San Diego, CA 92110
> 858-210-2848
> Clifford.weiler@gmail.com

(iii)   I am not represented by legal counsel (as that would be ridiculous given the small amount to each claimant in the proposed settlement). I am thereby involved as a pro per. But my contact information is:

> Clifford Donald Weiler
> 2156 Mergho Impasse
> San Diego, CA 92110
> 858-210-2848
> Clifford.weiler@gmail.com

(iv)    These objections apply to the entire class.

(v)     Given the nature of the alleged violations, the duration of continuing impropriety of the alleged misconduct, the size of the defendant corporation and its profits and cash reserves, and the increasing importance, need for and existence of privacy issues, the individual payout to claimants (who are successful in maneuvering through the prerequisites for filing a claim), the settlement agreement does not provide adequate compensation to individual claimants.  It also does not consider at all the damages or potential damages caused by defendant's alleged violation of privacy rights.   For example, in California, the right to privacy is an inalienable right, within Article I, section 1 of the state constitution.  The small amount provided to each claimant in the proposed settlement invokes concern that this may be a friendly lawsuit to clear the defendant as the plaintiff's team of attorneys receive voluminous fees and costs for basically moving papers around.  Had I had the power of discovery, these objections might have been broader and with verification(s).  Section 5 of the Frequently Asked Questions estimates the payout to each claimant as approximately $7.70 and "**if they file an Approved Claim.**" [Emphasis by FAQ]; more recently evidently revised to a whopping (?) $8.08.   That is ridiculous, especially after going through all the complexities to file; also, rarely would anyone, such as me, go the next step of complexities to file objections. (And the postage going back and forth for this likely exceeds the proposed payout to individuals!)

(vi)    I have not objected to any other class action for decades, because none have been this offensive to me.

(vii)   Declaration, using the same language that was on the website for payment processing, with the additional elements in FAQ, section 14:
        I declare under penalty of perjury that the information on this objection letter is true and correct to the best of my knowledge and belief and that I am qualified to be a member of this class because I believe, after my using Microsoft search, Defendant improperly shared my search queries with third-party websites and companies between October 26, 2006 and September 30, 2013, inclusive. Signed this _28th_ day of July, 2023, by:

_____
    Clifford Weiler

Thank you for consideration of these comments, and hopefully knowing that us "little people" have difficulty challenging the Big Guy, especially if a non-lawyer would be trying to understand all the complex prerequisites to get $8.08.  Why even try? (That is rhetorical.)  Since I am retired and have the time to address such an unfairness, I have tried to fulfill the complexities to get this far.  (I was not a litigator, but represented public school districts throughout California.) If any prerequisite has been omitted or deemed inadequate, I reserve the right to submit further elements.

Sincerely,

_____
Clifford Weiler

Enclosure: supporting declaration per FAQ, section 14

Declaration of Clifford Weiler

In support of Objections to Proposed Settlement

RE: In Re Google Referrer Header Privacy Litigation, Case No. 5:10-cv-04809-EJD (N.D. Cal.)

I declare under penalty of perjury that the information in the accompanying objection letter is true and correct to the best of my knowledge and belief and that I am qualified to be a member of this class because I believe, after my using Microsoft search, Defendant improperly shared my search queries with third-party websites and companies between October 26, 2006 and September 30, 2013, inclusive.

Signed this 28th day of July, 2023, by:

Clifford Weiler