UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CASE NO.  CV-10-04809 EJD

IN RE GOOGLE REFERRER HEADER
PRIVACY LITIGATION                    SAN JOSE, CALIFORNIA

OCTOBER 12, 2023

PAGES 1 - 28

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE EDWARD J. DAVILA

UNITED STATES DISTRICT JUDGE

A-P-P-E-A-R-A-N-C-E-S

FOR THE PLAINTIFFS:    NASSIRI & JUNG LLP
                       BY:  KASSRA P. NASSIRI
                       1700 MONTGOMERY STREET, SUITE 207
                       SAN FRANCISCO, CALIFORNIA 94111

                       KAMBERLAW
                       BY:  MICHAEL J. ASCHENBRENER
                       220 N GREEN STREET
                       CHICAGO, ILLINOIS 60607

                       PROGRESSIVE LAW GROUP LLC
                       BY:  MARK A. BULGARELLI
                       1570 OAK AVENUE, SUITE 103
                       EVANSTON, ILLINOIS 60201

          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

  OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER.

A P P E A R A N C E S: (CONT'D)


FOR THE DEFENDANTS:      MAYER BROWN LLP
                         BY:  EDWARD D. JOHNSON
                              KRISTIN W. SILVERMAN
                         TWO PALO ALTO SQUARE, SUITE 300
                         PALO ALTO, CALIFORNIA 94306

                         BY:  ANKUR MANDHANIA
                         575 MARKET STREET, SUITE 2500
                         SAN FRANCISCO, CALIFORNIA 94105


FOR OBJECTORS FRANK
AND HOLYOAK:             HAMILTON LINCOLN LAW INSTITUTE
                         BY:  THEODORE H. FRANK
                         1629 K STREET NW, SUITE 300
                         WASHINGTON, DC 20006

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                    OCTOBER 12, 2023 |
| 2 | |
| 3 | P R O C E E D I N G S |
| 09:10AM 4 | (COURT CONVENED AT 9:10 A.M.) |
| 09:10AM 5 | THE COURT:  LET'S CALL OUR MORNING CALENDAR.  THANK |
| 09:10AM 6 | YOU FOR YOUR PATIENCE THIS MORNING AS WELL. |
| 09:10AM 7 | LET'S TURN OUR ATTENTION TO 10-4809, THIS IS IN |
| 09:10AM 8 | RE GOOGLE REFERRER HEADER LITIGATION. |
| 09:10AM 9 | IF THOSE PARTIES COULD COME FORWARD, PLEASE. |
| 09:10AM 10 | WHY DON'T I CAPTURE THE APPEARANCE OF THE PARTIES, PLEASE. |
| 09:10AM 11 | WHO APPEARS FOR THE PLAINTIFF? |
| 09:11AM 12 | MR. NASSIRI:  GOOD MORNING, YOUR HONOR. |
| 09:11AM 13 | KASSRA NASSIRI FOR PLAINTIFFS. |
| 09:11AM 14 | THE COURT:  THANK YOU. |
| 09:11AM 15 | MR. ASCHENBRENER:  MICHAEL ASCHENBRENER FOR |
| 09:11AM 16 | PLAINTIFFS. |
| 09:11AM 17 | THE COURT:  THANK YOU. |
| 09:11AM 18 | MR. BULGARELLI:  MARK BULGARELLI FOR PLAINTIFFS. |
| 09:11AM 19 | THE COURT:  THANK YOU. |
| 09:11AM 20 | MR. BULGARELLI:  THANK YOU. |
| 09:11AM 21 | THE COURT:  AND FOR THE DEFENSE? |
| 09:11AM 22 | MR. JOHNSON:  GOOD MORNING, YOUR HONOR. |
| 09:11AM 23 | WARD JOHNSON FOR GOOGLE. |
| 09:11AM 24 | THE COURT:  THANK YOU, GOOD MORNING. |
| 09:11AM 25 | MS. SILVERMAN:  GOOD MORNING, YOUR HONOR. |

09:11AM 1          KRISTIN SILVERMAN FOR GOOGLE.

09:11AM 2              THE COURT:  THANK YOU.  GOOD MORNING.

09:11AM 3              MR. MANDHANIA:  GOOD MORNING, YOUR HONOR.

09:11AM 4          ANKUR MANDHANIA FOR GOOGLE.

09:11AM 5              THE COURT:  GOOD MORNING.  PLEASE BE SEATED.

09:11AM 6      ANYONE ELSE IN THE COURTROOM?  I SEE A YOUNG MAN WAVING

09:11AM 7  HIS HAND.  WHO COULD THIS BE ABOUT?

09:11AM 8              MR. FRANK:  THANK YOU FOR CALLING ME YOUNG,

09:11AM 9  YOUR HONOR.

09:11AM 10         THEODORE FRANK FOR OBJECTORS FRANK AND HOLYOAK.

09:11AM 11             THE COURT:  THANK YOU.  THANK YOU.  NICE TO SEE YOU.

09:11AM 12 WELCOME.

09:11AM 13     THE QUESTION FOR THE HOUR I BELIEVE IS SHOULD WE STOP

09:11AM 14 MEETING LIKE THIS?  AND IF SO, UNDER WHAT CIRCUMSTANCES WOULD

09:11AM 15 THAT COME TO PASS?

09:11AM 16     SO LET ME TURN TO MR. NASSIRI.  THIS MATTER IS ON -- IS IT

09:11AM 17 ON NOW FOR FINAL APPROVAL?

09:11AM 18             MR. NASSIRI:  IT IS, YOUR HONOR.

09:12AM 19             THE COURT:  OKAY.  WHAT WOULD YOU LIKE ME TO KNOW

09:12AM 20 ABOUT THAT?  WHY DON'T YOU COME FORWARD, PLEASE.  THANK YOU.

09:12AM 21             MR. NASSIRI:  WELL, AS MUCH AS I WOULD MISS OUR

09:12AM 22 MEETINGS HERE, I DO HOPE THAT THIS IS COMING TO A CONCLUSION

09:12AM 23 AFTER 13 YEARS, YOUR HONOR.

09:12AM 24             THE COURT:  YOU HAVEN'T AGED.  NONE OF YOU HAVE

09:12AM 25 AGED, WHY DON'T I JUST SAY THAT.

09:12AM 1    MR. NASSIRI:  HAS ANYTHING HAPPENED IN THE LAST

09:12AM 2 13 YEARS?

09:12AM 3    WE MET HERE, I BELIEVE, IN MAY, YOUR HONOR, ON PRELIMINARY

09:12AM 4 APPROVAL AND WENT OVER THE FEATURES OF THE SETTLEMENT THAT IS

09:12AM 5 BEFORE THE COURT AND TALKED ABOUT WHETHER IT MEETS THE RULES

09:12AM 6 AND THE REQUIREMENTS UNDER RULE 23.

09:12AM 7    I'LL JUST GIVE A BRIEF OVERVIEW OF WHAT THE COURT ALREADY

09:12AM 8 KNOWS.  THIS CASE WAS FILED IN 2010 ON BEHALF OF A CLASS OF

09:12AM 9 GOOGLE SEARCH USERS.  THE CLAIMS THAT WE BROUGHT WERE UNDER THE

09:12AM 10 STORED COMMUNICATIONS ACT AS WELL AS BREACH OF CONTRACT CLAIMS.

09:12AM 11    THE CASE SETTLED IN 2012 OR '13, YOUR HONOR, FOR $8 AND A

09:13AM 12 HALF MILLION.  THERE WAS AN OBJECTOR.  WE TOOK A ROUND TRIP UP

09:13AM 13 TO THE NINTH CIRCUIT, THE UNITED STATES SUPREME COURT, AND BACK

09:13AM 14 HERE IN 2019, YOUR HONOR, FOUR YEARS AGO.  IT'S HARD TO

09:13AM 15 BELIEVE.

09:13AM 16    SINCE THEN WE'VE BEEN THROUGH QUITE A BIT OF LITIGATION

09:13AM 17 INCLUDING SOME MOTIONS TO DISMISS.  AND WITH THE ASSISTANCE OF

09:13AM 18 MAGISTRATE JUDGE SALLIE KIM, OVER A NINE MONTH PERIOD,

09:13AM 19 YOUR HONOR, FINALLY JUDGE KIM MADE A MEDIATOR'S PROPOSAL THAT

09:13AM 20 THE PARTIES ACCEPTED.

09:13AM 21    YOU WOULD THINK THAT THAT WOULD BE THE END OF IT, BUT IT

09:13AM 22 TOOK ABOUT ANOTHER YEAR FOR THE PARTIES TO THEN NEGOTIATE AND

09:13AM 23 EXECUTE A WRITTEN SETTLEMENT AGREEMENT WHICH IS NOW BEFORE THIS

09:13AM 24 COURT.

09:13AM 25    WE ARE HOPING TO GET FINALITY HERE TODAY, YOUR HONOR.  THE

09:13AM  1    SETTLEMENT IS FAIR, REASONABLE, AND ADEQUATE, AND WE HAVE

09:13AM  2    BRIEFED -- WE HAVE SUBMITTED BRIEFS FOR THAT.

09:14AM  3        UNLESS THE COURT WANTS TO GO OVER ANY OF THAT STUFF, WHAT

09:14AM  4    I THOUGHT I WOULD FOCUS ON IS WHAT HAS HAPPENED SINCE

09:14AM  5    PRELIMINARY APPROVAL.

09:14AM  6            THE COURT:  SURE.

09:14AM  7            MR. NASSIRI:  OKAY.  SO WE HIRED KROLL AS THE

09:14AM  8    SETTLEMENT ADMINISTRATOR AND KROLL DESIGNED A NOTICE PLAN

09:14AM  9    DESIGNED TO REACH AT LEAST 76 PERCENT OF THE CLASS, WHICH IS

09:14AM  10   ESTIMATED TO BE ABOUT 193 MILLION PEOPLE.  SO WE TARGETED

09:14AM  11   GOOGLE SEARCH USERS AGE 25 AND OLDER.

09:14AM  12       THE NOTICE CAMPAIGN SERVED OVER 600 MILLION IMPRESSIONS

09:14AM  13   AND THESE WERE BANNER ADS, GOOGLE KEYWORDS, GMAIL ADS, SOCIAL

09:14AM  14   MEDIA.  THERE WERE ALSO -- THERE WAS A ONE PAGE OR A HALF A

09:14AM  15   PAGE PRESS RELEASE IN "PEOPLE MAGAZINE."  THERE WERE OTHER

09:14AM  16   PRESS RELEASES.  ALL OF THIS WAS IN ENGLISH AND SPANISH.

09:15AM  17       AS A RESULT OF THE CAMPAIGN, YOUR HONOR, WE REACHED

09:15AM  18   83 PERCENT OF THE CLASS ON AVERAGE THREE TIMES EACH.

09:15AM  19       WE SET UP A SETTLEMENT WEBSITE

09:15AM  20   REFERRERHEADERSETTLEMENT.COM.  AS OF SEPTEMBER 24TH, OVER

09:15AM  21   5 MILLION CLASS MEMBERS VISITED THAT CITE, 28 MILLION PAGE

09:15AM  22   VIEWS.  ON AVERAGE EACH CLASS MEMBER LOOKED AT FIVE PAGES ON

09:15AM  23   THAT WEBSITE.

09:15AM  24       THE NOTICE, WHICH THE COURT APPROVED ON PRELIMINARY

09:15AM  25   APPROVAL, DESCRIBED THE NATURE OF THE CLAIMS, CLASS DEFINITION,

09:15AM 1    OPPORTUNITY TO APPEAR HERE TODAY, OPPORTUNITY TO OBJECT, OPT

09:15AM 2    OUT OR EXCLUDE THEMSELVES, DESCRIBED THAT THERE WAS A BINDING

09:15AM 3    EFFECT ON PEOPLE WHO REMAINED IN THE CLASS, AND SET FORTH THE

09:15AM 4    PROCEDURE FOR FILING CLAIMS.

09:15AM 5        WE GOT A GREAT RESULT.  THE CLAIMS DEADLINE WAS JULY 31ST,

09:16AM 6    YOUR HONOR.  ABOUT 2.56 MILLION CLAIMS WERE FILED.  THAT'S A

09:16AM 7    CLAIMS RATE IF YOU -- BASED ON 193 MILLION CLASS MEMBERS, OF

09:16AM 8    ABOUT 1.33 PERCENT, WHICH IS ABOUT AVERAGE IN THESE LARGE CLASS

09:16AM 9    ACTIONS.

09:16AM 10       ABOUT 2.5 MILLION OF THOSE CLAIMS WERE SUBMITTED ONLINE.

09:16AM 11   WE TRIED TO DESIGN THE CLAIMS PROCESS TO MAKE IT AS EASY AS

09:16AM 12   POSSIBLE.  AND 2.5 MILLION PEOPLE SUBMITTED THEIR CLAIM ONLINE.

09:16AM 13       ABOUT 2500 PEOPLE SUBMITTED PAPER CLAIMS BECAUSE THAT WAS

09:16AM 14   AN OPTION AS WELL.

09:16AM 15       ASSUMING, IF I MAY, THAT THE COURT AWARDS CLASS COUNSEL

09:16AM 16   AND MR. FRANK, OR THE OBJECTOR'S FEES IN FULL, THE EXPECTED

09:16AM 17   VALUE PER CLAIM IS $7.16.

09:16AM 18           THE COURT:  AND THAT'S FOR 2,564,000 INDIVIDUALS, I

09:17AM 19   BELIEVE.

09:17AM 20           MR. NASSIRI:  ABOUT 2.5 MILLION CLAIMANTS WILL

09:17AM 21   RECEIVE ABOUT $7.16 EACH.

09:17AM 22       WE GAVE CLASS MEMBERS WHO FILED CLAIMS THE OPTION TO

09:17AM 23   CHOOSE THE PAYMENT METHOD.  THEY COULD CHOOSE PAPER CHECKS, ACH

09:17AM 24   OR DIRECT DEPOSIT, E MASTERCARDS, PAYPAL, VENMO, AND ZELLE.

09:17AM 25   AND I THOUGHT THE COURT MIGHT BE INTERESTED TO GET A GENERAL

09:17AM 1    BREAKDOWN OF WHAT PEOPLE CHOSE.

09:17AM 2              THE COURT:  I WOULD.  THANK YOU.

09:17AM 3              MR. NASSIRI:  WHAT DO YOU THINK THEY CHOSE THE MOST?

09:17AM 4              THE COURT:  DOES ANYBODY KNOW WHAT A PAPER CHECK IS

09:17AM 5    ANYMORE?

09:17AM 6              MR. NASSIRI:  APPARENTLY 107,000 PEOPLE DO KNOW WHAT

09:17AM 7    A PAPER CHECK IS.

09:17AM 8         SO OF THE 2.5 MILLION CLAIMANTS, 107,000 ELECTED TO

09:17AM 9    RECEIVE PAPER CHECK.

09:17AM 10        E MASTERCARD WAS THE MOST POPULAR, 1.5 MILLION.  AND THEN

09:17AM 11   THE OTHERS KIND OF TRAIL FROM THERE.

09:17AM 12        INCIDENTALLY, THIS -- THE FACT THAT MOST OF THE

09:18AM 13   DISTRIBUTION IS DIGITAL OR ELECTRONIC SHOULD DECREASE ANY

09:18AM 14   RESIDUAL.  WE SPOKE TO KROLL WHO IS EXPERIENCED IN THESE

09:18AM 15   MATTERS, WHAT DO YOU THINK A REASONABLE RESIDUAL MIGHT BE?

09:18AM 16   KROLL SAID MAYBE 150, 175,000.  BUT THEN WE REDISTRIBUTE TO THE

09:18AM 17   CLAIMANTS.  SO WE EXPECT THAT ANY RESIDUAL HERE WILL BE PRETTY

09:18AM 18   LOW.

09:18AM 19             THE COURT:  WILL THERE BE NEED FOR A CY PRES?  AND

09:18AM 20   WE SHOULD TALK ABOUT THAT.  PARDON ME FOR INTERRUPTING.

09:18AM 21        I DID RECEIVE SOMETHING TODAY, MAYBE YOU DID AS WELL, FROM

09:18AM 22   SOMEONE NAMED ALAN BUTLER FROM THE ELECTRONIC PRIVACY

09:18AM 23   INFORMATION CENTER WHO WAS -- HE FILED SOMETHING ENTITLED

09:18AM 24   MOTION FOR LEAVE TO FILE REQUEST FOR THE ESTABLISHMENT OF A

09:18AM 25   CY PRES APPLICATION PROCESS OR IN THE ALTERNATIVE FOR

09:18AM 1    CONSIDERATION AS CY PRES RECIPIENT.

09:19AM 2          MR. NASSIRI:  WE WERE AWARE OF THAT, YOUR HONOR.

09:19AM 3    EPIC DID REACH OUT TO COUNSEL FOR THE PARTIES VERY RECENTLY, I

09:19AM 4    BELIEVE.  EARLIER THIS WEEK MAYBE.  WE HADN'T HEARD FROM THEM

09:19AM 5    BEFORE THAT, AND WE'RE AWARE OF THAT.

09:19AM 6       I'M HAPPY TO DISCUSS THAT.  YOUR HONOR, WE DID DESIGNATE

09:19AM 7    THE WORLD PRIVACY FORUM AS THE CY PRES RECIPIENT.

09:19AM 8       YOU MAY RECALL THAT WORLD PRIVACY, WPF, WAS ONE OF THE

09:19AM 9    CY PRES RECIPIENTS IN THE PREVIOUS SETTLEMENT, AND WE DECIDED

09:19AM 10   TO GO WITH THEM FOR WHAT RESIDUAL MIGHT BE HERE.

09:19AM 11      I'M HAPPY TO TALK ABOUT THE WORLD PRIVACY FORUM AND THEIR

09:19AM 12   BONA FIDES, BUT WE DON'T EXPECT THERE TO BE A SUBSTANTIAL

09:19AM 13   RESIDUAL HERE.

09:19AM 14          THE COURT:  OKAY.  THANK YOU.

09:19AM 15          MR. NASSIRI:  OKAY.  193 MILLION CLASS MEMBERS, WE

09:20AM 16   RECEIVED 2 OBJECTIONS.  BOTH OF THE OBJECTORS, AS BEST AS I CAN

09:20AM 17   TELL, ALSO FILED THE CLAIMS.

09:20AM 18          THE COURT:  LET ME INTERRUPT YOU AND ASK, ARE THERE

09:20AM 19   ANY OBJECTORS PRESENT IN THE COURTROOM NOW WHO WISH TO BE

09:20AM 20   HEARD?

09:20AM 21      I SEE OR HEAR NO RESPONSE.  THANK YOU.

09:20AM 22          MR. NASSIRI:  OKAY.  BOYD JOHN ADAMS OBJECTED TO THE

09:20AM 23   SETTLEMENT.  MR. ADAMS OBJECTED ON THE GROUNDS THAT $23 MILLION

09:20AM 24   IS TOO SMALL, AND HE ALSO OBJECTED ON THE GROUNDS THAT CLASS

09:20AM 25   MEMBERS SHOULD BE ABLE TO SUE GOOGLE IN THE FUTURE.

09:20AM  1      ADDRESSING THOSE ONE AT A TIME.  WE DID DISCUSS,

09:20AM  2  YOUR HONOR, AT PRELIMINARY APPROVAL THE $23 MILLION SETTLEMENT

09:20AM  3  FUND AND WHETHER IT'S ADEQUATE FOR A CASE OF THIS NATURE, AND

09:20AM  4  WE CAN DISCUSS THAT AGAIN IF THE COURT WISHES, BUT $23 MILLION

09:20AM  5  IS A PRETTY GOOD RESULT IN A CASE LIKE THIS GIVEN ALL OF THE

09:20AM  6  RISKS ATTENDANT WITH CONTINUED LITIGATION.

09:21AM  7      WITH RESPECT TO BEING ABLE TO SUE GOOGLE IN THE FUTURE,

09:21AM  8  THE RELEASE HERE CONTAINED IN THE SETTLEMENT IS BACKWARDS

09:21AM  9  LOOKING.  IT ENDS AS OF THE DATE OF PRELIMINARY APPROVAL AND

09:21AM  10  RELATES ONLY TO CLAIMS THAT COULD HAVE BEEN BROUGHT IN THIS

09:21AM  11  CASE.  SO NOBODY IS FORECLOSED FROM SUING GOOGLE FOR ANY

09:21AM  12  CONDUCT THAT MAY TAKE PLACE GOING FORWARD.

09:21AM  13      THE OTHER OBJECTOR, YOUR HONOR, IS CLIFFORD DONALD WEILER.

09:21AM  14  MR. WEILER ALSO OBJECTS ON THE GROUNDS THAT $23 MILLION IS NOT

09:21AM  15  ENOUGH.

09:21AM  16      INCIDENTALLY, YOUR HONOR, IN MR. WEILER'S OBJECTION, HE

09:21AM  17  WRITES THAT HE SEARCHED WITH MICROSOFT.  SO HE MAY NOT EVEN BE

09:21AM  18  A CLASS MEMBER, BUT PUTTING THAT ASIDE --

09:21AM  19          THE COURT:  HE FILED A CLAIM.

09:21AM  20          MR. NASSIRI:  HE FILED A CLAIM.  AND WE WERE PRETTY

09:21AM  21  LIBERAL WITH RESPECT TO THE CLAIMS FILED.

09:21AM  22      MR. WEILER ALSO CITES ARTICLE I OF THE CALIFORNIA

09:22AM  23  CONSTITUTION AND ITS INALIENABLE RIGHT TO PRIVACY.  IT'S NOT A

09:22AM  24  WORD I USE EVERY DAY.

09:22AM  25      A VIOLATION OF A CONSTITUTIONAL RIGHT DOES NOT INVARIABLY

09:22AM 1    GIVE RISE TO A CAUSE OF ACTION FOR DAMAGES ABSENT SOME STATUTE

09:22AM 2    CREATING A REMEDY.

09:22AM 3        AS YOUR HONOR KNOWS, WITH PRIVACY VIOLATIONS OF THIS SORT,

09:22AM 4    ESTABLISHING ACTUAL DAMAGES IS VERY TRICKY, WHICH IS WHY MANY

09:22AM 5    OF THESE STATUTES, INCLUDING THE SCA HERE, PROVIDED FOR

09:22AM 6    STATUTORY DAMAGES.

09:22AM 7        SO WE DO BELIEVE THAT WE BROUGHT THE APPROPRIATE CLAIMS

09:22AM 8    FOR THE CONDUCT ALLEGED AND RECEIVED -- AND OBTAINED A GOOD

09:22AM 9    RESULT.

09:22AM 10            THE COURT:  LET ME -- PARDON ME FOR INTERRUPTING YOU

09:22AM 11   AGAIN, I'M SORRY, BUT WHILE WE'RE TALKING ABOUT THE OBJECTIONS,

09:22AM 12   LET ME JUST TAKE THOSE OBJECTIONS NOW FOR THE RECORD HERE.

09:22AM 13       I DO HAVE MR. ADAMS'S OBJECTION FORM IN FRONT OF ME, AND I

09:23AM 14   THINK ALL COUNSEL HAVE LOOKED AT IT.  AND IT BEARS HIS

09:23AM 15   SIGNATURE WITH WHAT APPEARS TO BE PERHAPS A THUMBPRINT OVER HIS

09:23AM 16   SIGNATURE ON BOTH FRONT AND BACK OF THE DOCUMENT.  I'VE READ

09:23AM 17   AND REVIEWED THAT.  AND THE COURT UNDERSTANDS HIS COMPLAINT,

09:23AM 18   HIS OBSERVATIONS, BUT I DON'T FIND THOSE SUFFICIENT IN ANY WAY

09:23AM 19   TO DETER THE COURT FROM APPROVING THE FINAL SETTLEMENT, SO I'LL

09:23AM 20   OVERRULE HIS OBJECTION.

09:23AM 21       SAME AS TO MR. WEILER, I DID RECEIVE AND REVIEW HIS

09:23AM 22   OBJECTION.  HE TALKS ABOUT THE HOOPS THAT PEOPLE HAD TO GO

09:23AM 23   THROUGH TO FILE THEIR CLAIMS, ALTHOUGH THE RECORD, AS YOU POINT

09:23AM 24   OUT, REFLECTS THE 2.5 MILLION SUCCESSFULLY NAVIGATED THOSE

09:23AM 25   HOOPS AND FILED CLAIMS, SO I'LL OVERRULE THAT OBJECTION AS WELL

09:23AM 1    AND I DON'T SEE THAT THOSE TWO OBJECTIONS IN ANY WAY, SHAPE

09:24AM 2    INTERFERE WITH THE COURT'S APPROVAL OF THAT.  SO THANK YOU FOR

09:24AM 3    THAT.  PLEASE CONTINUE.

09:24AM 4         MR. NASSIRI:  THANK YOU, YOUR HONOR.

09:24AM 5      THERE WERE 2,530 OPTOUTS OR EXCLUSIONS AND THAT IS

09:24AM 6    .0013 PERCENT OF THE TOTAL CLASS.  THAT IS PRETTY MINIMAL OR

09:24AM 7    NEGLIGIBLE AND ALSO WEIGHS TOWARDS APPROVAL, YOUR HONOR.  I

09:24AM 8    DON'T KNOW IF THE COURT HAS ANY QUESTIONS ABOUT THE OPTOUTS OR

09:24AM 9    EXCLUSIONS.

09:24AM 10         THE COURT:  NO, I DON'T.  THANK YOU.

09:24AM 11         MR. NASSIRI:  OKAY.  ALL RIGHT.  SO THAT'S THE

09:24AM 12   REACTION OF THE CLASS AND THE CLAIMS FILING TO DATE, THE

09:24AM 13   PROCESS.

09:24AM 14      OUR CLAIMS ADMINISTRATOR, KROLL, HAD SUBMITTED A BUDGET

09:24AM 15   FOR ADMINISTERING THE CASE FOR THE SETTLEMENT AND IS ON TRACK

09:24AM 16   TO MEET THAT BUDGET.  TO DATE, KROLL HAS BILLED ABOUT

09:24AM 17   $1.388 MILLION AND EXPECTS TO BILL ABOUT ANOTHER $340,000,

09:24AM 18   WHICH WILL TOTAL ABOUT $1.7 MILLION, WHICH, AGAIN, IS

09:25AM 19   CONSISTENT WITH THE BUDGET THAT THEY PROPOSED AT THE OUTSET.

09:25AM 20      IF THE COURT HAS NO FURTHER QUESTIONS THERE, I COULD TURN

09:25AM 21   TO THE REQUEST FOR FEES AND SERVICE AWARD.

09:25AM 22         THE COURT:  WHY DON'T YOU JUST, IF YOU WOULD, JUST

09:25AM 23   FOR THE RECORD, LET ME GIVE YOU AN OPPORTUNITY TO SPEAK, IF YOU

09:25AM 24   WISH, TO THE CHURCHILL FACTORS AND WHY YOU THINK THOSE HAVE

09:25AM 25   BEEN MET IN THIS CASE JUST FOR THE RECORD.

09:25AM 1          MR. NASSIRI:  YES, YOUR HONOR.

09:25AM 2      SO HERE, OF COURSE, THE COURT BECAUSE THIS IS

09:25AM 3  PRECERTIFICATION, THERE'S NO PRESUMPTION OF REASONABLENESS AND

09:25AM 4  ALL OF THE RULE 23 FACTORS HAVE BEEN MET.

09:25AM 5      SO IN TERMS OF COMMONALITY, ALL OF THE CLAIMS ARISE OUT OF

09:25AM 6  A SYSTEMWIDE PRACTICE OF EMBEDDING SEARCH QUERIES INTO THE

09:26AM 7  REFERRER HEADERS SO WE HAD COMMON, FACTUAL, AND LEGAL

09:26AM 8  QUESTIONS, INCLUDING WHETHER THE SEARCH QUERIES, DISCLOSURE OF

09:26AM 9  THE SEARCH QUERIES VIOLATED THE SCA.

09:26AM 10     IN TERMS OF TYPICALITY FOR OUR PLAINTIFFS, YOUR HONOR, THE

09:26AM 11 PLAINTIFFS USED GOOGLE SEARCH AND IN EVERY WAY, AND THERE WERE

09:26AM 12 NO UNIQUE DEFENSES RAISED WITH RESPECT TO ANY OF THE THREE

09:26AM 13 NAMED PLAINTIFFS.

09:26AM 14     FOR ADEQUACY OF REPRESENTATION, WE'VE BEEN AT THIS FOR

09:26AM 15 13 YEARS.  WE HAVE -- WE ALSO SUBMITTED, COUNSEL ALL SUBMITTED

09:26AM 16 FIRM RESUMES AND WE'RE ALL VERY EXPERIENCED WITH CLASS ACTIONS

09:26AM 17 OF THIS SORT AND HAVE OBTAINED A VERY GOOD RESULT FOR THE

09:26AM 18 CLASS.

09:26AM 19     HERE WE BELIEVE COMMON QUESTIONS PREDOMINATE BECAUSE THE

09:26AM 20 OPERATIVE FACTS REALLY INVOLVE GOOGLE'S CONDUCT WHICH WAS

09:26AM 21 UNIFORM AS IT WAS PROGRAMMATIC INTO THEIR PLATFORM AND LEGAL

09:27AM 22 QUESTIONS ARE ALSO COMMON ABOUT WHETHER GOOGLE IS SUBJECT TO

09:27AM 23 THE SCA AND WHETHER ITS DISCLOSURE IS UNLAWFUL.

09:27AM 24     CERTAINLY HERE, CLASSES TREATMENT OF CLAIMS IS SUPERIOR

09:27AM 25 OVER 150 MILLION INDIVIDUAL LAWSUITS.

09:27AM 1    THE RESULT IS FAIR, REASONABLE, AND ADEQUATE AS INDICATED

09:27AM 2    IN PART BY THE REACTION OF THE CLASS.  NO OBJECTORS, VERY FEW

09:27AM 3    -- TWO OBJECTORS, VERY FEW OPTOUTS AND A HEALTHY CLAIMS RATE.

09:27AM 4    DID I MISS ANYTHING, YOUR HONOR?

09:27AM 5    THE COURT:  I DON'T THINK SO.  YOU HAVE NOTICE -- I

09:27AM 6    THINK YOUR PAPERS SUGGEST THAT THE ADMINISTRATOR DID COMPLY

09:27AM 7    WITH THE CAFA NOTICE IN THE CASE.

09:27AM 8    MR. NASSIRI:  YES.

09:27AM 9    THE COURT:  THAT'S BEEN COMPLETED.  THANK YOU FOR

09:27AM 10   THAT.

09:27AM 11   WELL, BEFORE YOU MOVE TO ANY OTHER MATTER, I WAS GOING TO

09:28AM 12   JUST REVIEW AND GIVE YOU THE COURT'S -- BECAUSE THIS IS, AS YOU

09:28AM 13   SAY, A PREREQ -- YOU WERE REQUIRED TO AND APPROPRIATELY

09:28AM 14   REQUIRED TO GIVE THIS SIGNIFICANT SCRUTINY, AS TO WHETHER OR

09:28AM 15   NOT ANY BLUETOOTH FACTORS EXIST.

09:28AM 16   AND I HAVE TO SAY THE BLUETOOTH FACTORS SORT OF LOOK AT

09:28AM 17   WHETHER OR NOT THERE IS COLLUSION IN THE SETTLEMENT, YOU KNOW,

09:28AM 18   TO PROTECT THE INTEGRITY OF THE RESULT FOR THE CLASS, PRIMARILY

09:28AM 19   FOR THE CLASS PARTICIPANTS.

09:28AM 20   I HAVE TO SAY WHEN WE LOOK AT A CASE THAT IS 13 YEARS IN

09:28AM 21   LENGTH, IF THERE WAS COLLUSION, IT WAS NOT VERY GOOD.

09:28AM 22   (LAUGHTER.)

09:28AM 23   THE COURT:  THIS CASE WAS LITIGATED AGGRESSIVELY BY

09:28AM 24   BOTH SIDES AND THE ISSUES WERE UNIQUE AND THEY WERE UNIQUE AT

09:28AM 25   THAT TIME AND STILL CONTINUE TO BE AND WE HAVE HAD SOME CASE

09:29AM 1    LAW THAT HAS DEVELOPED FACTUALLY THAT HAS HELPED INFORM BOTH

09:29AM 2    PRACTITIONERS AS WELL AS THE PUBLIC AS TO THE IMPORTANCE OF

09:29AM 3    THESE ISSUES.

09:29AM 4         SO THE STRENGTH OF THE PLAINTIFF'S CASE WAS, YOU KNOW, IT

09:29AM 5    WAS A STRONG CASE, HOWEVER, YOU HAVE FORMIDABLE ADVERSARIES WHO

09:29AM 6    WERE PREPARED TO MOUNT SEVERAL DEFENSES.  THIS CASE, AS YOU

09:29AM 7    SAID, VISITED EVERY COURT AVAILABLE IN THE FEDERAL SYSTEM, THAT

09:29AM 8    IS, THE DISTRICT COURT, THE APPELLATE COURT AS WELL AS THE

09:29AM 9    SUPREME COURT.

09:29AM 10        SO THIS CASE WAS THOROUGHLY VETTED BY MANY EYES, MANY GOOD

09:29AM 11   JUDGES AND JUSTICES WHO ULTIMATELY LOOKED AT THIS CASE AND THE

09:29AM 12   ISSUES THAT RESULTED IN IT.

09:29AM 13        I DO THINK THAT REVIEWING THE FACTORS HERE, THERE IS NO

09:29AM 14   COLLUSION INVOLVED HERE.  AS YOU SAID, YOU ULTIMATELY MET WITH

09:29AM 15   MAGISTRATE JUDGE KIM WHO I KNOW YOU ALL ENJOYED WORKING WITH.

09:29AM 16   SHE IS -- YOU, YOU ENJOYED HER BRILLIANCE AND HER ABILITIES TO

09:30AM 17   LOOK AT THESE ISSUES, MAKE THEM ACCESSIBLE FOR BOTH SIDES,

09:30AM 18   WHICH IS THE RESULT WE'RE TALKING ABOUT THIS MORNING.  SO I

09:30AM 19   APPRECIATE THAT, HER GOOD WORK.  AND WE'RE REALLY FORTUNATE,

09:30AM 20   THE COMMUNITY IS FORTUNATE, AS WELL AS HER COLLEAGUES, TO HAVE

09:30AM 21   HER ON THE BENCH.

09:30AM 22        THE RISK OF THIS CASE WE'VE TALKED ABOUT.  AND I CONCUR

09:30AM 23   WITH YOU, MR. NASSIRI, THE RISKS WERE SIGNIFICANT IN THIS CASE.

09:30AM 24        THE CLASS ACTION IS THE APPROPRIATE MEASURE AND THE

09:30AM 25   APPROPRIATE METHOD TO LITIGATE THESE ISSUES, 1.5 MILLION,

09:30AM 1    2 MILLION CASES CANNOT SUSTAIN ANY JUSTICE TO DO THAT.

09:30AM 2         AND I ALSO FIND THAT THE SETTLEMENT THAT IS REACHED IS

09:30AM 3    FAIR, ADEQUATE, AND REASONABLE, LOOKING AT ALL OF THE FACTORS

09:30AM 4    INVOLVING THE UNIQUE CIRCUMSTANCES.  THE FACT THAT YOU DID

09:30AM 5    RECEIVE IN THIS 2.5 MILLION CLAIMS SUGGESTS THAT THE CONSUMERS

09:31AM 6    WERE -- HAD BEEN CONCERNED ABOUT THIS FOR 13 YEARS, AND SUCH

09:31AM 7    THAT THEY HAVE FILED CLAIMS ON THIS AND THEY'RE SATISFIED.

09:31AM 8         AND WHEN WE LOOK AT THIS ALSO, THERE'S ONLY TWO OBJECTORS,

09:31AM 9    WE TALKED ABOUT THEM, THE OPTOUTS ARE 2500 OR SO PEOPLE.

09:31AM 10        OVERALL, THE COURT LOOKS AT THIS AND APPLAUDS COUNSEL'S

09:31AM 11   WORK AND TENACITY IN STAYING WITH THIS CASE, ON BOTH SIDES, TO

09:31AM 12   COME OUT WITH A RESULT THAT THE COURT DOES FIND IS FAIR,

09:31AM 13   ADEQUATE, AND REASONABLE.

09:31AM 14        AND YOU'RE ASKING IF I SHOULD APPROVE THIS, INCLUDING THE

09:31AM 15   ADMINISTRATOR AND INCLUDING THE PROCESS THAT HAS BEEN ENGAGED

09:31AM 16   FOR PAYING AND SERVICING THE AWARDS.  THE COURT WILL FIND THAT

09:31AM 17   THIS SETTLEMENT IS FAIR, ADEQUATE, AND REASONABLE.

09:31AM 18        THERE IS NOT A SECTION THAT ASKS FOR TIMING, BUT I DO

09:32AM 19   APPRECIATE THAT THE PARTIES PUT SO MUCH WORK INTO THIS, AND I

09:32AM 20   KNOW THAT IN YOUR RESPECTIVE FIRMS, YOU PROBABLY HAVE HAD MANY,

09:32AM 21   MANY ASSOCIATES WHO TOUCHED THIS CASE, AND I HOPE THEY

09:32AM 22   BENEFITTED FROM THAT PROCESS AS WELL.

09:32AM 23        SO I WILL APPROVE THE SETTLEMENT.  I FIND IT FAIR,

09:32AM 24   ADEQUATE, AND REASONABLE.

09:32AM 25        ARE WE DONE THEN?

09:32AM 1          MR. NASSIRI:  THANK YOU, YOUR HONOR.  WOW, IT'S BEEN

09:32AM 2     A LONG TIME.

09:32AM 3          THE COURT:  IS THERE ANYTHING ELSE WE NEED TO LOOK

09:32AM 4     AT, MR. NASSIRI?

09:32AM 5          MR. NASSIRI:  WELL, MAYBE.  ATTORNEYS' FEES.

09:32AM 6          THE COURT:  OH, THAT.

09:32AM 7          MR. NASSIRI:  SERVICE AWARDS, YOUR HONOR.

09:32AM 8          THE COURT:  YES, LET'S TALK ABOUT THAT.

09:32AM 9          MR. NASSIRI:  OKAY.  SO WE'VE BEEN WORKING ON THIS

09:32AM 10    CASE FOR 13 YEARS.  OBVIOUSLY WE HAVEN'T BEEN PAID.

09:32AM 11         WE ARE ASKING THE COURT FOR THE NINTH CIRCUIT BENCHMARK IN

09:32AM 12    A COMMON FUND CASE OF 25 PERCENT.  THAT'S $5.75 MILLION,

09:33AM 13    YOUR HONOR.

09:33AM 14         WE ARE ALSO SEEKING REIMBURSEMENT OF $44,000 IN EXPENSES

09:33AM 15    BORNE BY COUNSEL.

09:33AM 16         WE PRESENTED TO YOU, COUNSEL PRESENTED TO YOU DECLARATIONS

09:33AM 17    THAT INCLUDE DETAILED BREAK DOWN OF THE HOURS SPENT.  SO WE HAD

09:33AM 18    FOUR MOTIONS TO DISMISS, A MOTION FOR JUDGMENT ON THE

09:33AM 19    PLEADINGS, MULTIPLE ROUNDS OF DISCOVERY, APPEALS, MEDIATIONS.

09:33AM 20    WE INCLUDED TABLES BREAKING ALL OF THE ATTORNEY TIME DOWN INTO

09:33AM 21    CATEGORIES OF WORK LIKE MOTION PRACTICE AND APPEAL AND THAT

09:33AM 22    SORT OF THING.  SO HOPEFULLY THAT WAS HELPFUL TO THE COURT.

09:33AM 23         IN OUR DECLARATIONS, WE ALSO SET FORTH OUR HOURLY RATES,

09:33AM 24    WHICH WE BELIEVE ARE CONSISTENT AND REASONABLE WITH THE RATES

09:33AM 25    IN THIS DISTRICT FOR THIS SORT OF WORK.

09:33AM 1      OVERALL, YOUR HONOR, BETWEEN CLASS COUNSEL, WE HAVE

09:34AM 2  SUBMITTED 4,014 HOURS TO THE COURT.

09:34AM 3      I'D LIKE TO NOTE THAT WE DID NOT PRESENT TO THE COURT

09:34AM 4  MOLOLAMKEN'S TIME.  SO MOLOLAMKEN WAS OUR SUPREME COURT

09:34AM 5  COUNSEL, AND THEY SPENT A LOT OF TIME ON THE CASE.  WE DID NOT

09:34AM 6  PRESENT THAT TO THE COURT.

09:34AM 7      IF YOU DO THE LODESTAR CROSS-CHECK, YOUR HONOR, THE

09:34AM 8  MULTIPLIER ON THE HOURS WE SUBMITTED IS ABOUT 1.85, WHICH IS

09:34AM 9  SQUARELY IN LINE WITH CASES OF THIS SORT AND PRECEDENT IN THIS

09:34AM 10  DISTRICT.

09:34AM 11      THERE WAS NO CLEAR SAILING PROVISION.  THERE'S NO

09:34AM 12  REVERSION TO DEFENDANT, YOUR HONOR.

09:34AM 13      THE SETTLEMENT IS NOT CONTINGENT ON THE COURT'S APPROVAL

09:34AM 14  OF ANY FEE AMOUNT.

09:34AM 15      AS YOU NOTED, YOUR HONOR, IT'S BEEN A LONG TIME THAT WE'VE

09:34AM 16  BEEN WORKING ON THIS CASE, AND DURING LONG JUNCTURES THAT

09:35AM 17  CROWDED OUT OTHER PAYING WORK FOR ALL OF CLASS COUNSEL.  THE

09:35AM 18  ISSUES WERE DIFFICULT, INCLUDING THE ISSUES INCLUDING WHAT WE

09:35AM 19  DID AT THE SUPREME COURT.

09:35AM 20      THERE WAS NO REAL PRECEDENT AT THE TIME THAT WE FILED THIS

09:35AM 21  IN 2010.  IT'S A HIGHLY TECHNICAL CASE, AND WE'RE UP AGAINST

09:35AM 22  MAYBE THE WORLD'S MOST SMARTEST DEFENDANT THAT YOU COULD

09:35AM 23  POSSIBLY CHOOSE FOR A CASE OF THIS SORT.

09:35AM 24      THE STATUTE IS OLD, AND IT WASN'T REALLY WRITTEN FOR THIS

09:35AM 25  SORT OF CLAIM.  AND WE'VE TALKED ABOUT ALL OF THE RISKS

09:35AM 1 ASSOCIATED WITH THAT.

09:35AM 2  BUT WE WERE TENACIOUS. WE RESEARCHED GOOGLE'S PRIVACY

09:35AM 3 REPRESENTATIONS EVERYWHERE AND ANYWHERE WE COULD AND IN OTHER

09:35AM 4 LITIGATION AND REGULATORY ACTIONS, STATEMENTS TO THE FTC ON

09:35AM 5 BLOGS.

09:35AM 6  WE HAD EXPERTS WHO HELPED US UNDERSTAND THE REFERRER

09:35AM 7 HEADER TECHNOLOGY, AND WE PROVIDED A PRIMER ON THAT TO THE

09:36AM 8 COURT. AND, OF COURSE, WE STUCK WITH THIS FOR A LONG TIME.

09:36AM 9  BY THE WAY, I DID LOOK, JUST BECAUSE I WAS CURIOUS, THE

09:36AM 10 KIND OF MARKER FOR ME IN TERMS OF THIS SORT OF PRIVACY ISSUE IS

09:36AM 11 EDWARD SNOWDEN, RIGHT? BECAUSE THERE'S THE WORLD BEFORE

09:36AM 12 EDWARD SNOWDEN AND THE WORLD AFTER, AND THAT HAPPENED IN 2013,

09:36AM 13 THREE YEARS AFTER WE FILED THIS CASE.

09:36AM 14  SO IN SHORT, YOUR HONOR, I BELIEVE THAT THE COURT -- WHAT

09:36AM 15 WE'RE ASKING IS FOR THE COURT TO AWARD THE BENCHMARK OF

09:36AM 16 $5.75 MILLION.

09:36AM 17   THE COURT: THANK YOU.

09:36AM 18  AND LET ME TURN TO YOUR COLLEAGUE OPPOSITE FOR A MOMENT.

09:36AM 19  MS. SILVERMAN, I APOLOGIZE, I NEGLECTED TO ASK YOU WHETHER

09:36AM 20 YOU HAD ANY COMMENTS AS TO WHETHER OR NOT THE COURT SHOULD

09:36AM 21 APPROVE THE SETTLEMENT FIRST OF ALL, AND I'M HAPPY TO HEAR FROM

09:36AM 22 YOU IF YOU DO. MY SENSE WAS THERE WAS NO OBJECTION, BUT I DO

09:36AM 23 WANT TO GIVE YOU AN OPPORTUNITY TO BE HEARD.

09:36AM 24   MS. SILVERMAN: SURE, YOUR HONOR. THANK YOU FOR THE

09:37AM 25 OPPORTUNITY.

09:37AM 1    I THINK I'LL JUST BRIEFLY MENTION ONE FACTOR TO MAKE SURE

09:37AM 2  IT'S IN THE RECORD, WHICH IS THAT WE NOT ONLY SERVED THE -- THE

09:37AM 3  CAFA NOTICE WAS NOT ONLY SERVED BUT THERE HAVE BEEN NO

09:37AM 4  OBJECTIONS FROM ANY OF THE GOVERNMENTAL BODIES JUST TO MAKE

09:37AM 5  SURE THAT'S UPDATED FROM THE PAPERS.

09:37AM 6    THE COURT:  THANK YOU.

09:37AM 7    MS. SILVERMAN:  AND I THINK I WOULD JUST LIKE TO

09:37AM 8  THANK THE COURT FOR ITS TIME AND PATIENCE WITH THE PARTIES OVER

09:37AM 9  THE YEARS AND THE COURTESY OVER THE YEARS.  SO THANK YOU,

09:37AM 10  YOUR HONOR.

09:37AM 11    THE COURT:  THANK YOU VERY MUCH.  DO YOU WISH TO BE

09:37AM 12  HEARD AS TO THE REQUEST FOR ATTORNEYS' FEES?

09:37AM 13    MS. SILVERMAN:  NO, YOUR HONOR.

09:37AM 14    THE COURT:  OKAY.  THANK YOU VERY MUCH.

09:37AM 15    ANYTHING ELSE I SHOULD KNOW FROM YOUR TEAM ON THESE

09:37AM 16  ISSUES?

09:37AM 17    MS. SILVERMAN:  NOPE.

09:37AM 18    THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU.

09:37AM 19    MS. SILVERMAN:  THANK YOU.

09:37AM 20    THE COURT:  ALL RIGHT.  THANK YOU.

09:37AM 21    MR. NASSIRI, ANYTHING ELSE TO ASK THE ATTORNEYS?  DID YOU

09:37AM 22  WANT TO TALK ABOUT THE INCENTIVES AS WELL?

09:37AM 23    MR. NASSIRI:  YES, YOUR HONOR.  THE 3 NAMED

09:37AM 24  PLAINTIFFS ALSO STUCK WITH THIS CASE FOR 13 YEARS, THEY

09:37AM 25  RESPONDED TO DISCOVERY, AND WE ARE ASKING FOR THE STANDARD IN

09:37AM 1    THIS CIRCUIT OF $5,000 PER NAMED PLAINTIFF.  I SHOULD NOTE THAT

09:38AM 2    NO PROMISES WERE EVER MADE TO THEM BY CLASS COUNSEL OF ANY

09:38AM 3    RECOVERY APART FROM CLAIMS THAT THEY MIGHT BE ABLE TO FILE IN

09:38AM 4    THE SETTLEMENT.

09:38AM 5         THE COURT:  OKAY.  THANK YOU.  AND ONE OTHER THING,

09:38AM 6    I APOLOGIZE.  THERE IS NO INJUNCTIVE RELIEVE PER SE IN THE

09:38AM 7    SETTLEMENT.

09:38AM 8         MR. NASSIRI:  OH.

09:38AM 9         THE COURT:  HOWEVER, I DO BELIEVE THAT I'VE READ

09:38AM 10   THAT GOOGLE HAS NOT, WITHSTANDING THAT, CHANGED THEIR POLICIES

09:38AM 11   IN REGARDS TO THEIR PRACTICE OF THE REFERRAL HEADERS.

09:38AM 12       IS THAT ACCURATE?

09:38AM 13        MR. NASSIRI:  THANK YOU, YOUR HONOR.  I FORGOT TO

09:38AM 14   MENTION THAT.

09:38AM 15       THERE IS PROSPECTIVE RELIEF.  IT'S BEEN IN PLACE SINCE THE

09:38AM 16   FIRST SETTLEMENT, AND IT IS A DISCLOSURE IN GOOGLE'S FAQ'S WITH

09:38AM 17   RESPECT TO THE CIRCUMSTANCES UNDER WHICH A SEARCH QUERY MIGHT

09:38AM 18   BE EMBEDDED IN REFERRER HEADERS.

09:38AM 19        THE COURT:  SO DOES THE CHANGE IN THEIR PRACTICE,

09:38AM 20   POLICY IS DESIGNED TO NOTIFY THE PUBLIC CONSUMER AS TO THEIR

09:39AM 21   PRACTICES?

09:39AM 22        MR. NASSIRI:  THAT'S RIGHT.

09:39AM 23        THE COURT:  WHICH HAD NOT PREVIOUSLY BEEN DONE.

09:39AM 24        MR. NASSIRI:  IT HAD NOT PREVIOUSLY BEEN DONE.

09:39AM 25       AND BECAUSE THE SCA, I THINK THIS CAME UP AT A PRIOR

09:39AM 1    HEARING, DISCLOSURE OF REFERRER HEADERS IS NOT A VIOLATION OF

09:39AM 2    THE SCA.  IT WAS DONE WITH THE CONSENT OF THE USER.

09:39AM 3            THE COURT:  YEAH.  OKAY.  MS. SILVERMAN, ANYTHING

09:39AM 4    YOU WANT TO ADD ON THAT?

09:39AM 5            MS. SILVERMAN:  NO, YOUR HONOR.  THANK YOU.

09:39AM 6            MR. NASSIRI:  THANK YOU, YOUR HONOR.

09:39AM 7            THE COURT:  OKAY.  THANK YOU.

09:39AM 8        ANY OTHER COUNSEL WISH TO BE HEARD ON ATTORNEYS' FEES?

09:39AM 9    THAT YOUNG MAN RISES AGAIN.

09:39AM 10           MR. FRANK:  WELL, WE HAVE A PENDING MOTION.

09:39AM 11           THE COURT:  YES, I'M AWARE OF THAT.  DO YOU WANT TO

09:39AM 12   BE HEARD NOW?

09:39AM 13           MR. FRANK:  I CAN BE HEARD NOW.

09:39AM 14           THE COURT:  SURE.  WHY DON'T YOU STEP FORWARD THEN,

09:39AM 15   MR. FRANK.

09:39AM 16           MR. FRANK:  THANK YOU, YOUR HONOR.  WE HAVE A MODEST

09:39AM 17   REQUEST FOR ATTORNEYS' FEES.  WHEN WE FIRST OBJECTED, THE

09:39AM 18   SETTLEMENT PAID ZERO TO THE CLASS AND NOW THERE IS A FUND OF

09:40AM 19   EIGHT DIGITS.

09:40AM 20       WE ARE REQUESTING LESS THAN 5 PERCENT OF THAT, 793,500.

09:40AM 21   THAT'S VERY MODEST WITH RESPECT TO THE LODESTAR AS WELL.  THE

09:40AM 22   LODESTAR EXCLUDES THE TIME OF MS. HOLYOAK, AND IT EXCLUDES MY

09:40AM 23   TIME.  MS. HOLYOAK IS NO LONGER WITH OUR FIRM.  SHE'S BEEN

09:40AM 24   NOMINATED BY PRESIDENT BIDEN TO SERVE AS COMMISSIONER FOR THE

09:40AM 25   FTC.  AND I'M NOT CHOPPED LIVER, EITHER.

09:40AM 1    UNDER RODRIGUEZ WE'RE LEGALLY ENTITLED TO ATTORNEYS' FEES

09:40AM 2    OF SOME SORT, AND THERE'S NO OBJECTION TO THE AMOUNTS WE HAVE

09:40AM 3    REQUESTED.  I KNOW THE COURT IS BEING VERY CAREFUL IN TERMS OF

09:40AM 4    SETTLEMENT APPROVAL.  I DON'T EXPECT EITHER OF THE OBJECTORS TO

09:40AM 5    APPEAL, BUT JUST FOR THE RECORD, IN 2018 RULE 23(E) WAS AMENDED

09:40AM 6    TO INCLUDE ADDITIONAL FACTORS FOR SETTLEMENT APPROVAL UNDER

09:40AM 7    23(E)(2).  MOST OF THOSE OVERLAP WITH CHURCHILL, BUT THE

09:41AM 8    23(E)(2)(C) FACTORS ARE NOT INCLUDED IN CHURCHILL BUT THE

09:41AM 9    SETTLEMENT DOES MEET THOSE FACTORS UNDER (E)(2)(C)(2).  THERE'S

09:41AM 10   REAL MONEY GOING TO THE CLASS, ELECTRONICALLY DISTRIBUTED.

09:41AM 11   THERE'S A SECOND ROUND OF DISTRIBUTIONS.  THIS IS EXACTLY THE

09:41AM 12   SORT OF SETTLEMENT THAT MY NONPROFIT LIKES TO SEE AND WANTED TO

09:41AM 13   SEE IN THE FIRST PLACE.

09:41AM 14       AND IN TERMS OF (E)(2)(C)(3), THE FEES ARE PROPORTIONATE

09:41AM 15   TO WHAT THE CLASS IS RECEIVING AND MEETS THE NINTH CIRCUIT

09:41AM 16   BENCHMARK AND THERE'S NO REVERSION TO THE DEFENDANT IF THE FEES

09:41AM 17   WERE TO BE REDUCED.  SO WE DON'T HAVE ANY OBJECTION TO THE

09:41AM 18   SETTLEMENT.

09:41AM 19       THE COURT:  OKAY.  WELL, THANK YOU.

09:41AM 20   I NOTE THAT YOU'RE RIGHT, WHEN THE CASE FIRST SETTLED, IT

09:41AM 21   WAS A PURE CY PRES SETTLEMENT, WASN'T IT?  AND I KNOW THAT

09:41AM 22   OFFENDED YOU.  YOU THOUGHT THAT THERE SHOULD BE SOMETHING

09:41AM 23   DIFFERENT AND THE CASE THEN TOOK ITS WAY UP THE APPELLATE

09:41AM 24   LADDER SHALL WE SAY, WHEN IT WENT TO THE SUPREME COURT, BUT THE

09:42AM 25   SUPREME COURT DID NOT REACH THE MERITS OF YOUR OBJECTION, DID

09:42AM 1     THEY?

09:42AM 2              MR. FRANK:  THE SUPREME COURT VACATED THE

09:42AM 3     NINTH CIRCUIT RULING FOR THE NINTH CIRCUIT'S FAILURE TO USE THE

09:42AM 4     APPROPRIATE ARTICLE III INQUIRY THAT THIS COURT EVENTUALLY

09:42AM 5     REACHED.  WE GOT A NICE DISSENT FROM JUSTICE THOMAS SAYING WE

09:42AM 6     WERE RIGHT, AND I THINK IF THE COURT IS CURIOUS TO LISTEN TO

09:42AM 7     THE ORAL ARGUMENT, IF IT WENT TO THE MERITS, WE THINK WE WOULD

09:42AM 8     HAVE HAD A VERY GOOD CHANCE BUT --

09:42AM 9              THE COURT:  BUT I THINK YOUR -- I DON'T WANT TO SAY

09:42AM 10    YOUR ARGUMENT, BUT YOUR POSITION AS TO FEES IS THAT, WELL,

09:42AM 11    JUDGE, WE OBJECTED AND IT WENT UP THE APPELLATE LADDER AND BUT

09:42AM 12    FOR THAT, THESE ADDITIONAL STATE CASES WOULD NOT HAVE PERHAPS

09:42AM 13    ATTACHED TO THIS CASE WHICH THEN BLOSSOMED INTO THE WONDERFUL

09:42AM 14    RESULT THAT WE'RE TALKING ABOUT TODAY.

09:42AM 15             MR. FRANK:  RIGHT.  IF WE HAD NOT OBJECTED, THE

09:42AM 16    CLASS WOULD BE GETTING NOTHING.

09:42AM 17             THE COURT:  RIGHT.  IT'S KIND OF A PALSGRAF TYPE OF

09:42AM 18    A THING, IS IT?

09:42AM 19             MR. FRANK:  NO.  I THINK RODRIGUEZ MAKES IT CLEAR

09:42AM 20    THAT THIS IS NOT A CLOCK FALLING ON SOMEBODY.  WE ARE A BUT FOR

09:43AM 21    CAUSE.  THIS SETTLEMENT THAT IS NEGOTIATED IS EXACTLY THE SORT

09:43AM 22    OF SETTLEMENT THAT WE TOLD THIS COURT SHOULD HAVE BEEN

09:43AM 23    NEGOTIATED FIVE OR SIX OR SEVEN YEARS AGO.  AND, YOU KNOW, WE

09:43AM 24    HAVEN'T CONDUCTED DISCOVERY TO SEE WHETHER WE BETTER DO IT THIS

09:43AM 25    WAY TO SEE IF MR. FRANK WILL OBJECT AGAIN, BUT THE

09:43AM 1    NINTH CIRCUIT CURRENT LAW WOULD HAVE LET THEM DO ALL CY PRES

09:43AM 2    AGAIN, AND THEY CHOSE NOT TO.

09:43AM 3          THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

09:43AM 4       ANYTHING ELSE YOU WANT ME TO KNOW?

09:43AM 5          MR. FRANK:  NOT UNLESS THE COURT HAS QUESTIONS.

09:43AM 6          THE COURT:  WELL, I DO HAVE ONE.  YOU CHANGED FIRMS,

09:43AM 7    HAVE YOU?

09:43AM 8          MR. FRANK:  WE MOVED AWAY FROM THE COMPETITIVE

09:43AM 9    ENTERPRISE INSTITUTE AND STARTED UP OUR OWN SHOP.

09:43AM 10         THE COURT:  I SEE.  RIGHT.  BEST WISHES ON THAT.

09:43AM 11         MR. FRANK:  THAT WAS IN 2019.

09:43AM 12         THE COURT:  WELL, THANK YOU.  ANYTHING FURTHER FROM

09:43AM 13   COUNSEL?

09:43AM 14         MR. NASSIRI:  NO, YOUR HONOR.

09:43AM 15         THE COURT:  MS. SILVERMAN, ANYTHING FURTHER FROM

09:43AM 16   YOU?

09:43AM 17         MS. SILVERMAN:  NO, YOUR HONOR.

09:43AM 18         THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU BOTH

09:43AM 19   FOR THE PRESENTATION REGARDING THE ATTORNEYS' FEES.  I DO FIND

09:44AM 20   THAT CLASS ATTORNEYS' FEES ARE APPROPRIATE IN THIS MATTER.

09:44AM 21   THEY DO MEET THE BENCHMARK OF 25 PERCENT.

09:44AM 22       AGAIN, THE RESULT OF THIS CASE IS OUTSTANDING FOR THE

09:44AM 23   CONSUMERS, FOR YOUR CLIENTS, AND FOR THE PUBLIC IN GENERAL.

09:44AM 24       SO I WILL APPROVE THE ATTORNEYS' FEES REQUESTED IN THIS

09:44AM 25   MATTER AS WELL AS THE LITIGATION EXPENSES, AND THE COURT FINDS

09:44AM 1    THAT THE SERVICE AWARDS ARE APPROPRIATE IN THIS MATTER, AND

09:44AM 2    I'LL APPROVE THOSE AS WELL.

09:44AM 3        AS TO THE OBJECTORS AND ATTORNEYS AND FEES, THANK YOU FOR

09:44AM 4    THAT PRESENTATION.

09:44AM 5        MR. FRANK, I THINK YOUR REQUEST IS ABOUT 4.6 PERCENT, I

09:44AM 6    THINK, OF THE AMOUNT IS 793,500, IS THAT YOUR REQUEST,

09:44AM 7    MR. FRANK?

09:44AM 8            MR. FRANK:  YES, YOUR HONOR.

09:44AM 9            THE COURT:  RIGHT.  I WILL APPROVE THAT AMOUNT.

09:44AM 10       DID YOU ALSO HAVE A REQUEST FOR EXPENSES, MR. FRANK?

09:44AM 11           MR. FRANK:  WE JUST ROLLED THOSE INTO THE --

09:44AM 12           THE COURT:  OKAY.  THANK YOU.  THANK YOU.

09:45AM 13       THEN I'LL APPROVE FEES OF 793,500 FOR THE FORMER

09:45AM 14   OBJECTORS' FEES AND COSTS COLLECTIVELY.

09:45AM 15       DO YOU HAVE A PROPOSED ORDER?  I THINK YOU SUPPLIED A

09:45AM 16   PROPOSED ORDER, AND I'LL LOOK AT THAT.

09:45AM 17       I DON'T THINK THERE'S ANY CHANGES TO THE PROPOSED ORDER

09:45AM 18   OTHER THAN THE FIGURES THAT WE'VE TALKED ABOUT TODAY.

09:45AM 19       MR. FRANK, DID YOU SUBMIT -- I APOLOGIZE, I DIDN'T

09:45AM 20   CHECK -- DID YOU SUBMIT A SEPARATE ORDER?

09:45AM 21           MR. FRANK:  WE DID IN DOCKET 182.  IT WOULD HAVE

09:45AM 22   BEEN SEVERAL MONTHS AGO.

09:45AM 23           THE COURT:  THANK YOU.  THANK YOU.  WE'LL DO THAT.

09:45AM 24       UNLESS THERE'S ANYTHING FURTHER, I'LL JUST INDICATE THAT I

09:45AM 25   HAVE APPROVED THE SETTLEMENT.  I FIND IT FAIR, ADEQUATE, AND

09:45AM 1    REASONABLE.  I FIND THE ATTORNEYS' FEES AND THE COSTS AND THE

09:45AM 2    INCENTIVE AWARDS APPROPRIATE IN THIS MATTER, AND I'LL APPROVE

09:46AM 3    THOSE AS WELL.

09:46AM 4        ONE THING WE HAVE BEEN DOING IN THIS CIRCUIT IS SETTING A

09:46AM 5    DATE IN THE FUTURE JUST TO DETERMINE AND KEEP AN EYE ON THE

09:46AM 6    ACTUAL RESULTS AND PAYOUTS IF YOU WILL.

09:46AM 7        WHEN SHOULD I SET THAT?  I'M SORRY, DO YOU HAVE A THOUGHT

09:46AM 8    ON THAT?

09:46AM 9            MR. NASSIRI:  YOUR HONOR, AND WE ARE AWARE OF THE

09:46AM 10   NORTHERN DISTRICT GUIDELINES FOR POST DISTRIBUTION ACCOUNTING.

09:46AM 11   TO BE SAFE, MAYBE THREE MONTHS FROM NOW, YOUR HONOR.  I HOPE

09:46AM 12   THAT IT WILL BE SOONER THAN THAT.  EARLY 2024.

09:46AM 13           THE COURT:  SURE.  WHAT WOULD YOU LIKE, THE IDES OF

09:46AM 14   MARCH?  SHOULD WE DO THAT?

09:46AM 15           MR. NASSIRI:  HOW ABOUT, YOUR HONOR, THE THIRD WEEK

09:46AM 16   IN JANUARY, THE WEEK OF JANUARY 22ND.

09:46AM 17           THE COURT:  LET'S SEE IF THAT WORKS FOR US.

09:46AM 18           THE CLERK:  THAT'S FINE, YOUR HONOR.

09:46AM 19           THE COURT:  THAT WORKS FOR US.

09:46AM 20           MR. NASSIRI:  OKAY.

09:46AM 21           THE COURT:  LET'S DO THAT.  SHOULD THAT BE AT

09:46AM 22   10:00 A.M.?

09:47AM 23           THE CLERK:  IS THIS A STATUS?

09:47AM 24           THE COURT:  YES.

09:47AM 25           THE CLERK:  LET'S DO 10:00 A.M.

09:47AM 1    THE COURT:  GREAT.  WELL, I'LL MISS OUR

09:47AM 2  CONVERSATIONS, BUT I KNOW OUR PATHS WILL CROSS SOON ENOUGH.

09:47AM 3  THANKS VERY MUCH.

09:47AM 4    MR. NASSIRI:  THANK YOU, YOUR HONOR.

09:47AM 5    THE COURT:  GOOD SEEING YOU ALL.  THANK YOU.

09:47AM 6    MR. JOHNSON:  THANK YOU, YOUR HONOR.

09:47AM 7    (COURT CONCLUDED AT 9:47 A.M.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2

 3                    CERTIFICATE OF REPORTER

 4

 5

 6

 7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

 8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

 9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10     HEREBY CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12     A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13     ABOVE-ENTITLED MATTER.

14

15

16                    _____
                      IRENE RODRIGUEZ, CSR, RMR, CRR
17                    CERTIFICATE NUMBER 8074

18

19                    DATED:  OCTOBER 12, 2023

20

21

22

23

24

25
```