UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GOOGLE REFERRER HEADER PRIVACY LITIGATION. | Case No. 5:10-cv-04809 EJD<br><br>**JUDGMENT** |

Pursuant to the Order Granting Final Approval of Class Action Settlement ("Final Approval Order") and Granting Motions for Attorneys' Fees, Costs, and Service Awards ("Fees Order"), ECF No. 193, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings and holdings of, the Final Approval Order, Fees Order, and the Parties' Class Action Settlement agreement ("Settlement Agreement"). ECF No. 193.

2. Capitalized terms not defined herein shall have the meanings set forth in the Settlement Agreement.

3. The Court adjudges that upon the Effective Date, Plaintiffs and the Settlement Class Members—except those listed on Exhibit A hereto—have released, forever discharged, and will not in any manner pursue this Action, and will be forever barred from asserting, instituting, or maintaining against the Releasees, any and all Released Claims (as defined by the Settlement Agreement, § 12).

4. Without affecting the finality of this Judgment in any way, the Court shall retain continuing jurisdiction of all matters relating to the interpretation, administration, implementation, and enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: October 24, 2023

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:10-cv-04809-EJD
JUDGMENT

**EXHIBIT A**

The Settlement Class excludes:

> Google, its subsidiaries and affiliates, officers, and directors; (ii) the judge(s) to whom these cases are or have been assigned and any member of the judges' staff or judges' immediate family; (iii) Persons who have settled with and released Google from individual claims substantially similar to those alleged in the Consolidated Complaint; (iv) Persons who submit a valid and timely Request for Exclusion pursuant to Section 7; and (v) Class Counsel.

Settlement Agreement § 1.50.